DAVID G. FREEDMAN (Bar No. 81989)
Attorney at Law
1800 Century Park East, 8th Fl.
Los Angeles, California 90067
Telephone:  (310) 553-2121
Facsimile:  (310) 553-2111
E-mail:     dgf@dfreedman.net

Attorney for Plaintiff
STARLIGHT INTERNATIONAL, LTD. LP

FILED
2008 APR -9  A 11: 33
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STARLIGHT INTERNATIONAL, LTD. LP,
a California Limited Partnership,

Plaintiff,

v.

LIFEGUARD HEALTH, LLC, a Delaware
limited liability company,

Defendant.

CASE NO.: C08 01894 RS

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 8, 2008

David G. Freedman
Attorney for Plaintiff
Starlight International, Ltd. LP

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS