# Affidavit of Process Server

United States District Court of Northern California
(NAME OF COURT)

Starlight International Ltd. LP vs Lifeguard Health LLC         C08-01894 RS
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT         CASE NUMBER

I, Brandon Segal, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Lifeguard Health LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) complaint for damages and injunctive relief, certification of interested parties, civil cover sheet, summons in a civil action, order setting initial case management conference, ADR

by leaving with Esther Dinkins    Office Manager    At
NAME                RELATIONSHIP

☐ Residence _____
ADDRESS

☑ Business  502 West Germantown Pike Suite 750    Plymouth Meeting, PA 19462
ADDRESS                      CITY / STATE

On April 14th, 2008    AT 11:42AM
DATE                TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                              DATE
from _____
     CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                              DATE    TIME    DATE    TIME
(3) _____ (4) _____ (5) _____
   DATE TIME     DATE TIME     DATE TIME

Description: Age 48  Sex F  Race Blk  Height 5'6"  Weight 165  Hair Blk  Beard ___  Glasses ___

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 14th day of April, 2008 by Brandon Segal
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of PA

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LISBETH LOZADA, Notary Public
Cheltenham Twp., Montgomery County
My Commission Expires November 5, 2011