UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|                          |                                                               |
|--------------------------|---------------------------------------------------------------|
|                          | No.  C                                                        |
| Plaintiff(s),            | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v.                       |                                                               |
| Defendant(s).            /|                                                              |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

/s/ David G. Freedman
_____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")