UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STARLIGHT INTERNATIONAL, LTD. LP, a California Limited Partnership<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LIFEGUARD HEALTH, LLC, a Delaware Limited Liability Company<br><br>　　　　　　　　Defendant. | Case No. C08-01894 RS<br><br>**STIPULATION FOR EXTENSION OF TIME** |

　　　　Pursuant to Local Civil Rule 6-1(a) of the United States District Court for the Northern District of California, it is hereby STIPULATED and AGREED by and between counsel for the Plaintiff and counsel for the Defendant that the time within which Defendant may answer, plead or otherwise move, shall be extended for a period not exceeding two (2) weeks. No other extensions have been granted.

By: /s/ David G. Freedman
David G. Freedman (Bar No. 81989)
Attorney at Law
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: 310-553-2121
Facsimile: 310-553-2111
E-mail: dgf@dfreedman.net

Dated:

By: [signature]
Lawrence J. Bistany (Bar No. 75846)
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103
Telephone: 215-864-6306
Facsimile: 215-789-7506
E-mail: bistanyl@whiteandwilliams.com

Dated: 5-6-08

PHLDMS1 4260602v.1