White and Williams LLP
Lawrence J. Bistany, 61825
1800 One Liberty Place
Philadelphia, PA  19103-7395
215.864.7000
215.864.7123

Attorneys for Defendant,
LIFEGUARD HEALTH LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLIGHT INTERNATIONAL, LTD LP<br><br>Plaintiff,<br><br>v.<br><br>LIFEGUARD HEALTH LLC<br><br>Defendant. | Case No. 08-01894 RS<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

The undersigned party files this Consent without waiving its right to object to this Court's jurisdiction over the matter.

Dated: May 28, 2008                         By: _____
                                                 LAWRENCE J. BISTANY

1

2  White and Williams LLP
   Lawrence J. Bistany (Bar No. 75846)
3  1800 One Liberty Place
   Philadelphia, PA 19103-7395
4  Phone: 215.864.6306
   Fax: 215.789.7506
5  E-mail: bistanyl@whiteandwilliams.com

6  Attorneys for Defendant,
   Lifeguard Health LLC
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

| STARLIGHT INTERNATIONAL LTD. LP, a California Limited Partnership | Case No. C08 01894 RS |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| LIFEGUARD HEALTH LLC, a Delaware Limited Liability Company | |
| Defendant. | |

I, Lawrence J. Bistany, attorney for the Defendant, Lifeguard Health LLC, hereby certify that a copy of the foregoing Consent to Proceed Before A United States Magistrate Judge was served upon all counsel via ECF and first class mail, postage prepaid, on this 28th day of May, 2008, addressed as follows:

David G. Freedman
Attorney at Law
1800 Century Park East, 8th Floor
Los Angeles, California 90067

BY: _____
    LAWRENCE J. BISTANY

-2-