1  DAVID G. FREEDMAN (Bar No. 81989)
   Attorney at Law
2  1800 Century Park East, 8th Fl.
   Los Angeles, California 90067
3  Telephone:    (310) 553-2121
   Facsimile:    (310) 553-2111
4  E-mail:    dgf@dfreedman.net

5  Attorney for Plaintiff
   STARLIGHT INTERNATIONAL, LTD.
6  LP

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  STARLIGHT INTERNATIONAL, LTD. LP,      CASE NO. C08-01894 RS
    a California Limited Partnership,
12                                         **PLAINTIFF STARLIGHT
                Plaintiff,                  INTERNATIONAL, LTD. LP'S
13                                          MEMORANDUM OF POINTS AND
                   v.                       AUTHORITIES IN OPPOSITION TO
14                                          DEFENDANT'S MOTION TO
    LIFEGUARD HEALTH, LLC, a Delaware       DISMISS**
15  limited liability company,
                                           **Before Hon. Richard Seeborg**
16                Defendant.
                                           Date:    June 25, 2008
17                                         Time:    9:30 a.m.
                                           Room:    4
18

19      I.    __INTRODUCTION__

20          Starlight International Ltd. LP opposes Lifeguard Health, LLC's motion to dismiss.

21  Its opposition is based on this memorandum of points and authorities and the concurrently

22  filed Declaration of Scott Hickman and exhibits.

23          The motion should be denied because, as discussed below and shown by the

24  Declaration of Scott Hickman, Starlight International Ltd. LP can make a prima facie

25  showing of personal jurisdiction.

26      II.    __ISSUE TO BE DECIDED__

27          Whether the action should be dismissed or transferred for lack of personal jurisdiction

28                                         1

1    over Lifeguard Health, LLC.

2    **III.   FACTS**

3    Starlight International Ltd. LP ("Starlight") is a California limited partnership with its

4    principal place of business in Monterey, California. Starlight is in the business of marketing

5    and selling dietary tablets and supplements. As alleged in its complaint, Starlight owns the

6    registered trademarks "LIFEGUARD," "LIFEGUARD JUNIOR," and "LIFEGUARD

7    JOINT FORMULA" and uses them in connection with certain of its dietary tablets and

8    supplements. (Declaration of Scott Hickman, ¶¶3, 4.)

9    Lifeguard Health, LLC ("Lifeguard") also sells dietary supplements. It maintains an

10   interactive website located at www.lifeguardforlife.com where it displays and sells its dietary

11   products. On its website and product labels it displays marks that clearly infringe on

12   Starlight's registered trademarks. (Declaration of Scott Hickman, ¶5, Exhibit A.)

13   In this action Starlight alleges that Lifeguard has committed trademark infringement

14   and unfair competition by using Starlight's marks in interstate commerce in various ways,

15   including displaying them on its "Lifeguardforlife.com" website and product labels and

16   using the mark "Lifeguard" to sell, offer for sale, and advertise dietary tablets and

17   supplements products under that name.

18   Lifeguard's motion to dismiss is based on the declaration of Robert D. Bauer who

19   states that Lifeguard has "little or no business contacts" in California, does not advertise its

20   products in California, does not focus its advertising on California customers, and is not an

21   "e-tailer." However, the Bauer declaration tells only some of the facts. As shown below,

22   Lifeguard has significant commercial contacts with California that justify a finding of

23   personal jurisdiction.

24   **A.    Lifeguard's California E Commerce Relationship with Yahoo!**

25   At the top of every page on Lifeguard's interactive website is a logo stating "*e*

26   *commerce by Yahoo!*" This logo indicates that Lifeguard has contracted with Yahoo! to host

27   its website and process its internet sales. Yahoo! is based in Sunnyvale, California.

28

(Declaration of Scott Hickman, ¶6 and Exhibit B.)

The business arrangement between Lifeguard and Yahoo! is confirmed in the Privacy Policy that appears on Lifeguard's website. The policy states, "*This site is hosted by Yahoo! Store. Yahoo! hosts the store pages, ordering system, and order data.*" (Declaration of Scott Hickman, ¶7, Exhibit C.)

Clicking on the "e commerce by Yahoo!" logo on Lifeguard's website takes the user to the website http://smallbusiness.yahoo.com/ecommerce/. At the bottom of that page there is a link to the "Yahoo! Small Business Consolidated Terms of Service." According to its terms, the "Yahoo! Small Business Consolidated Terms of Service" govern the "e commerce" business arrangement between Lifeguard and Yahoo! Section 23 of the terms of service provides that Lifeguard's relationship with Yahoo! "*shall be governed by the laws of the State of California*" and that Lifeguard agrees *"to submit to the personal jurisdiction of the courts located within the county of Santa Clara, California.*" (Declaration of Scott Hickman, ¶¶8, 9, Exhibit D.)

### B.    Lifeguard's California Internet Protocol Registration

According to the American Registry for Internet Numbers, the organization associated with the internet protocol (IP) address for the domain "lifeguardforlife.com" is Inktomi Corporation located in Sunnyvale, California. (Declaration of Scott Hickman, ¶10, Exhibit E.)

### C.    Lifeguard's California Trade Show Exhibition

Lifeguard was an exhibitor at the July 2007 trade show of the International Health, Racquet & Sportsclub Association which is a trade association serving the health and fitness club industry. The show took place in San Francisco, California. (Declaration of Scott Hickman, ¶11, Exhibit F.)

### D.    Lifeguard's California Retail Partnership

MPOWER Solutions located in Foster City, California, identifies Lifeguard as one of its "Healthy Retail Partners" and provides a link to Lifeguard's website. In addition, the

1  website invites visitors to "*Please call for more information regarding these retail products*

2  *and to learn more about special pricing through MPowerSelling.*"  (Declaration of Scott

3  Hickman, ¶12, Exhibit G.)

4  **IV.   ARGUMENT**

5      **A.   Starlight's Burden**

6      In a motion challenging personal jurisdiction, the plaintiff, as the party seeking to

7  invoke the jurisdiction of the federal court, has the burden of establishing that jurisdiction

8  exists.  *Data Disc, Inc. v. Systems Tech. Assocs., Inc.*, 557 F.2d 1280, 1285 (9th Cir. 1977).

9  When a motion to dismiss constitutes a defendant's initial response to the complaint, the

10  plaintiff need only make a prima facie showing that personal jurisdiction exists.  *Data Disc*,

11  *Inc.*,  557 F.2d at 1285.  That is, the plaintiff must present facts which, if true, establish

12  jurisdiction.  *Mattel, Inc. v. Greiner and Hausser GmbH*, 354 F.3d 857, 862 (9th Cir. 2003).

13  "Unless directly contravened, [plaintiff's] version of the facts is taken as true, and conflicts

14  between the facts contained in declarations submitted by the two sides must be resolved in

15  [plaintiff's] favor for purposes of deciding whether a prima facie case for personal

16  jurisdiction exists." *Id.*  See also *Doe I v. Unocal Corp.*, 248 F.3d 915, 922 (9th Cir. 2001);

17  *Bancroft & Masters, Inc. v. Augusta Nat'l, Inc.*, 223 F.3d 1082, 1087 (9th Cir. 2000).

18      **B.   General Jurisdiction Exists**

19      A court may exercise personal jurisdiction over a defendant consistent with due

20  process only if it has "certain minimum contacts" with the relevant forum "such that the

21  maintenance of the suit does not offend 'traditional notions of fair play and substantial

22  justice.' "  *Int'l Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945) (quoting *Milliken v.*

23  *Meyer*, 311 U.S. 457, 463 (1940).

24      General jurisdiction exists where the defendant's contacts with the forum state are so

25  substantial or continuous and systematic that jurisdiction exists even if the cause of action is

26  unrelated to those contacts.  *Bancroft & Masters, Inc.*, 223 F.3d at 1086.  The defendant's

27  contacts must approximate physical presence in the forum state.  *Schwarzenegger v. Fred*

28

1  *Martin Motor Co.*, 374 F.3d 797, 801 (9th Cir.2004).  Factors considered in evaluating the

2  extent of contacts include whether the defendant makes sales, solicits or engages in business,

3  designates an agent for service of process, holds a license, or is incorporated in the forum

4  state.  *Bancroft & Masters, Inc.*, 223 F.3d at 1086.

5      The facts are clear that Lifeguard's contacts with California are substantial,

6  systematic, and continuous.

7      First, Lifeguard's interactive website and product ordering system are hosted by

8  Yahoo! in California.  In connection with this crucial relationship, Lifeguard has agreed to

9  submit to California law and personal jurisdiction in Santa Clara, California.

10      Second, based on Bauer's statement that 9.7% of Lifeguard's internet sales were to

11  California customers and generated $104,018, it appears that Lifeguard total sales through its

12  Yahoo!-hosted website are approximately $1,000,000.  Thus, Lifeguard makes substantial

13  sales made through its California internet commerce host.

14      Third, Lifeguard specifically sells and markets its products within California.  It sold

15  at least $104,018 worth of products to California customers, physically came to San

16  Francisco to exhibit its products at the IHRSA 2007 trade show, and has a retail partnership

17  arrangement with MPOWER Solutions in Foster City.

18      These sales and marketing activities are clear evidence that Lifeguard has substantial,

19  systematic, and continuous business dealings in California.  These activities are more than

20  sufficient minimum contacts for general jurisdiction.

21      This conclusion is supported by *Coremetrics, Inc. v. Atomic Park.com, LLC*, 370

22  F.Supp.2d 1013 ( N.D.Cal.,2005), a decision Lifeguard cites and attempts to distinguish from

23  the present case.  In *Coremetrics*, the defendant (1) maintained an interactive website by

24  which it sold its products and which was accessible to California consumers. (2) advertised

25  its services through Yahoo! and other California firms, (3) purchased products from

26  California vendors, and (4) agreed to personal jurisdiction in California and/or application of

27  California law in its agreements with Yahoo! and other California firms.  While the district

28

1   court stated that that these contacts taken in isolation would not justify a finding of

2   jurisdiction, it held that the "inquiry here, however, is not limited to an analysis of each of

3   the above contacts taken in isolation.  Rather, in determining whether there is general

4   jurisdiction, the Court looks at the totality of the contacts-as noted above, the economic

5   reality of AtomicPark's activities.  The question is whether, given this economic reality,

6   AtomicPark could 'reasonably anticipate being haled into court' in California.  Although this

7   is a close call, the Court concludes that the economic reality of AtomicPark's activities are

8   such that it could."  370 F.Supp.2d at 1021 (internal cites omitted.)

9       Here the facts are indistinguishable.  Given the economic reality of its relationship

10  with Yahoo!, its agreement with Yahoo! to submit to California law and personal jurisdiction

11  in Santa Clara County, its sales to California customers, its participation in a San Francisco

12  trade show, and its retail partnership with a California company, it is impossible to imagine

13  that Lifeguard did not reasonable anticipate that it might one day be haled into court here.

### C.    Specific Jurisdiction Exists

14

15      "Unless a defendant's contacts with a forum are so substantial, continuous, and

16  systematic that the defendant can be deemed to be 'present' in that forum for all purposes, a

17  forum may exercise only 'specific' jurisdiction--that is, jurisdiction based on the relationship

18  between the defendant's forum contacts and plaintiff's claims."  *Menken v. Emm*, 503 F.3d

19  1050, 1056-1057 (9th Cir. 2007).

20      Specific jurisdiction exists where the cause of action arises out of or relates to the

21  defendant's activities within the forum.  *Data Disc*, *Inc.*, 557 F.2d at 1286.  Specific

22  jurisdiction is analyzed using a three-prong test: (1) the non-resident defendant must

23  purposefully direct its activities or consummate some transaction with the forum or a

24  resident thereof; or perform some act by which it purposefully avails itself of the privilege of

25  conducting activities in the forum, thereby invoking the benefits and protections of its laws;

26  (2) the claim must be one which arises out of or results from the defendant's forum-related

27  activities; and (3) the exercise of jurisdiction must be reasonable.  *Schwarzenegger v. Fred*

28

1    *Martin Motor Co.*, 374 F.3d 797, 802 (9th Cir. 2004); *Menken,* 503 F.3d at 1057.

2    ## 1.    Purposeful Direction and Availment

3        The first prong of the test "includes both purposeful availment and purposeful

4    direction.  It may be satisfied by purposeful availment of the privilege of doing business in

5    the forum; by purposeful direction of activities at the forum; or by some combination

6    thereof."  *Yahoo! Inc. v. La Ligue Contre Le Racisme Et L'Antisemitisme*, 433 F.3d 1199,

7    1206 (9th Cir. 2006) (en banc).

8        The Ninth Circuit typically treats "purposeful availment" differently in tort cases

9    versus contract cases.  *Dole Food Co., Inc. v. Watts*, 303 F.3d 1104, 1111 (9th Cir. 2002).

10   Tort cases are examined to determine whether a defendant purposefully directed its

11   activities at the forum state.  The analysis applies an "effects" test that focuses on the forum

12   in which the defendant's actions were felt, whether or not the actions themselves occurred

13   within the forum.  *Schwarzenegger*, 374 F.3d at 803.

14       A showing that a defendant purposefully directed its conduct toward a forum state

15   usually consists of evidence of the defendant's actions outside the forum state that are

16   directed at the forum, such as the distribution in the forum state of goods originating

17   elsewhere.  *Keeton v. Hustler Magazine, Inc.*, 465 U.S. 770, 774- 75 (1984) (finding

18   purposeful direction where defendant published magazines in Ohio and circulated them in

19   the forum state); see also *World-Wide Volkswagen*, 444 U.S. at 297-98 (noting that a "forum

20   State does not exceed its powers under the Due Process Clause if it asserts personal

21   jurisdiction over a corporation that delivers its products into the stream of commerce with the

22   expectation that they will be purchased by consumers in the forum State").

23       Lifeguard's California e-commerce relationship with Yahoo!, its sales in California,

24   its San Francisco trade show exhibit, and its retail partnership in Foster City, all plainly show

25   that it has purposefully directed its business at California.  Moreover, since its website and

26   products are the means by which it is infringing Starlight's trademarks, the effects of

27   Lifeguard's tortious conduct are occurring here.

28

PLAINTIFF STARLIGHT INTERNATIONAL, LTD. LP'S MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
CASE NO. C08-01894 RS

### 2.    Forum-Related Activities

The second prong requires that the claim arise out of or result from the defendant's forum-related activities. *Menken,* 503 F.3d at 1058.  Here this test is met because the alleged infringement has occurred through Lifeguard's sales to California residents, its website which is hosted by Yahoo! in California, and its website ordering system which is provided by Yahoo! in California.

### 3.    Reasonableness

The third prong of the test examines whether the exercise of the jurisdiction would be reasonable.  The court considers the following seven factors when making this determination: "(1) the extent of the defendants' purposeful interjection into the forum state's affairs; (2) the burden on the defendant of defending in the forum; (3) the extent of conflict with the sovereignty of the defendants' state; (4) the forum state's interest in adjudicating the dispute; (5) the most efficient judicial resolution of the controversy; (6) the importance of the forum to the plaintiff's interest in convenient and effective relief; and (7) the existence of an alternative forum." *Menken,* 503 F.3d at 1058.

None of these factors suggest that it would be unreasonable to exercise jurisdiction over Lifeguard.  Lifeguard purposefully conducts business activity in California, chose a California company to host and manage its website sales, and has already submitted to California law and jurisdiction.  Lifeguard has not cited any conflict with the sovereignty of Pennsylvania and it is difficult to imagine one.  Since Starlight is a California partnership doing business here, California has a clear interest in adjudicating the dispute and Starlight has a clear interest in having it adjudicated in a convenient forum.  Although Lifeguard's motion argues that Pennsylvania is a more convenient forum, it cites no specific facts to support this conclusion and just vaguely states that documents and evidence are "likely" to be located in Pennsylvania.  It has not identified any witnesses who might be significantly inconvenienced if called to testify at trial and, since this case largely turns on documentary evidence that is easily copied and moved, it is hard to imagine how litigating in California

will be create any inefficiencies.

### V.    <u>CONCLUSION</u>

Lifeguard's motion should be denied because Starlight has made a prima facie showing that personal jurisdiction exists.  If the court disagrees and is inclined to grant the motion, Starlight respectfully requests the opportunity to first seek discovery concerning jurisdictional facts.


Dated:  June 3, 2008                              <u>/s/ David G. Freedman</u>
                                                  David G. Freedman
                                                  Attorney for Plaintiff
                                                  Starlight International, Ltd. LP

1  DAVID G. FREEDMAN (Bar No. 81989)
   Attorney at Law
2  1800 Century Park East, 8th Fl.
   Los Angeles, California 90067
3  Telephone:   (310) 553-2121
   Facsimile:    (310) 553-2111
4  E-mail:       dgf@dfreedman.net

5  Attorney for Plaintiff
   STARLIGHT INTERNATIONAL, LTD.
6  LP

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  STARLIGHT INTERNATIONAL, LTD. LP,      CASE NO. C08-01894 RS
    a California Limited Partnership,
12                                         **DECLARATION OF SCOTT
                   Plaintiff,              HICKMAN IN SUPPORT OF
13                                         STARLIGHT INTERNATIONAL,
                   v.                      LTD. LP'S OPPOSITION TO
14                                         DEFENDANT'S MOTION TO
    LIFEGUARD HEALTH, LLC, a Delaware      DISMISS**
15  limited liability company,
                                           **Before Hon. Richard Seeborg**
16                 Defendant.
                                           Date:    June 25, 2008
17                                         Time:    9:30 a.m.
                                           Room:   4
18

19         I, Scott Hickman, declare as follows:

20         1.    I am the chief financial officer of Starlight International, Ltd. LP ("Starlight")

21  and make this declaration in support of its opposition to the motion to dismiss of defendant

22  Lifeguard Health, LLC ("Lifeguard").

23         2.    I have been the chief financial officer of Starlight since 1998.  I hold a

24  bachelor's degree in accounting and computer science and am a certified public accountant.

25         3.    Starlight is a California limited partnership in the business of marketing and

26  selling dietary supplements.  Its principal place of business and sole office is located in

27  Monterey, California.

28
                                         1

1    4.    Starlight is the owner the registered trademarks "LIFEGUARD,"

2  "LIFEGUARD JUNIOR," and "LIFEGUARD JOINT FORMULA" as alleged in the

3  complaint in this action.

4    5.    I have examined Lifeguard's website located at www.lifeguardforlife.com and

5  the products displayed for sale on the website.  I have compared the labels on those products

6  with Starlight's product labels displaying the registered trademarks "LIFEGUARD,"

7  "LIFEGUARD JUNIOR," and "LIFEGUARD JOINT FORMULA."  Attached to this

8  declaration as Exhibit A are examples of Lifeguard's product labels, the Lifeguard Health,

9  LLC logo used on Lifeguard's website, and Starlight's product labels.

10    6.    I have examined Lifeguard's website located at www.lifeguardforlife.com.

11  Attached to this declaration as Exhibit B is a copy of a page from Lifeguard's website.  The

12  website is an interactive website that allows a visitor to view Lifeguard's products and then

13  place and pay for orders.  I have used the website in this fashion from my office in

14  California.  At the top of every page on the website is a logo stating "e commerce by

15  Yahoo!"  This logo indicates that Lifeguard has contracted with Yahoo! to host its website

16  and process its internet sales.  Yahoo! is based in Sunnyvale, California.

17    7.    The contractual arrangement between Lifeguard and Yahoo! is confirmed in

18  the Privacy Policy that appears on Lifeguard's website.  Attached to this declaration as

19  Exhibit C is a copy of the Privacy Policy.  The policy begins with this paragraph:  *"This site

20  is hosted by Yahoo! Store.  Yahoo! hosts the store pages, ordering system, and order data.*

21  *Yahoo! automatically collects order information but may only use this information in the*

22  *aggregate.  If you accessed this store through Yahoo! Shopping, Yahoo! also automatically*

23  *collects information about your shopping experience.  Please see the Yahoo! Privacy Policy*

24  *for more information about how Yahoo! uses this information."*

25    8.    By clicking on the "e commerce by Yahoo!" logo on Lifeguard's website I was

26  taken to the website http://smallbusiness.yahoo.com/ecommerce/.  At the bottom of that

27  page, I clicked on a link to the "Yahoo! Small Business Consolidated Terms of Service."

28

DECLARATION OF SCOTT HICKMAN IN SUPPORT OF STARLIGHT INTERNATIONAL, LTD. LP'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
CASE NO. C08-01894 RS

9.    Attached to this declaration as Exhibit D is a copy of the "Yahoo! Small Business Consolidated Terms of Service."  According to its terms, this document governs the "e commerce" arrangement between Lifeguard and Yahoo!  Section 23 of the terms of service provides that Lifeguard's relationship with Yahoo! "shall be governed by the laws of the State of California" and Lifeguard agrees "to submit to the personal jurisdiction of the courts located within the county of Santa Clara, California."

10.    I made an inquiry at the website of the American Registry for Internet Numbers to determine internet protocol (IP) information associated with the domain name "lifeguardforlife.com."  Attached to this declaration as Exhibit E is a copy of the report I obtained which shows that the organization associated with the IP address is Inktomi Corporation located in Sunnyvale, California.

11.    Attached to this declaration as Exhibit F is an Exhibitor Prospectus for the 2008 trade show of the International Health, Racquet & Sportsclub Association (IHRSA) which is a trade association serving the health and fitness club industry.  I obtained this document from IHRSA's website at http://cms.ihrsa.org.  The last page of the Exhibitor Prospectus contains a list of exhibitors at IHRSA's 26th Annual International Trade Show held in San Francisco in 2007.  According to this list, Lifeguard Health, LLC was an exhibitor at that trade show.

//
//
//
//
//
//
//
//
//

1        12.    Attached to this declaration as Exhibit G are pages from the website of a

2    company MPOWER Solutions located in Foster City, California.  On this website

3    MPOWER Solutions identifies Lifeguard as one of its "Healthy Retail Partners" and

4    provides a link to Lifeguard's website.  In addition, the website invites visitors to "Please

5    call for more information regarding these retail products and to learn more about special

6    pricing through MPowerSelling."  This clearly indicates that Lifeguard sells its products in

7    California through MPOWER Solutions.

8        I declare under penalty of perjury under the laws of the United States that the

9    foregoing is true and correct and that I signed this declaration on June 3 , 2008 in Monterey,

10    California.

11                              _____

12                              Scott Hickman

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SCOTT HICKMAN IN SUPPORT OF STARLIGHT INTERNATIONAL, LTD. LP'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
CASE NO. C08-01894 RS

# EXHIBIT A

**Starlight International Ltd, LP**
**LifeGuard Logos**

**LifeGuard Health LLC**
**Logo**











Exhibit A

**Starlight International Ltd, LP**
**LifeGuard  Antioxidant Product**

**LifeGuard Health LLC**
**Omega Essentials Product**





Exhibit A

**Starlight International Ltd, LP**
**LifeGuard Join t Product**

**LifeGuard Health LLC**
**Flex Omega Benefits Product**





Exhibit A

**Starlight International Ltd, LP**
**LifeGuard Junior Product**

**LifeGuard Health LLC**
**Kid's Omega Advantage Product**





Exhibit A

# EXHIBIT B





CUSTOMER SERVICE: 888-8...

ORDER NOW      VIEW C...

SEARCH  product search       GO      SUBSCRIBE TO OUR NEWSLETTER  enter email address

## LIVE SMARTER. BETTER.

LifeGuard Health's high quality Omega-3 supplements are customized to deliver targeted benefits. Our formulations may sharpen mental function, increase flexibility and protect against cardiovascular disease.

**OMEGA ESSENTIALS**

FIND THE PRODUCT THAT'S RIGHT FOR YOU ▶



# Welcome to LifeGuard Health - Purest in Quality, Best in Value

**LifeGuard Health brings you the best in science-based, custom-formulated dietary supplements designed to improve and protect your health.**

**Whether you are proactive about protecting your health or have an existing health condition you wish to better manage, LifeGuard Health has a dietary supplement designed for you.**

**How effective is your Omega-3 health supplement?**

**Typical competitor products only deliver about 30% of their Omega-3 nutrients to the body,** meaning most of their Omega-3 content is un-absorbable. All LifeGuard Health products are Pharmaceutical grade and in their natural form, which means you absorb an average of 90% of your full dietary dosage.

You are not logged

LOGIN NOW ▶

Register a FREE acco...

REGISTER NOW ▶



### 300% Better Absorpti...

| Total Per Softgel 560mg | Total Per 300... |
|---|---|
| 504mg = 90% | 90mg = |

LifeGuard Average      Typi... Compe...

🟧 Absorbed      ⬜ Not Abs...

| Omega Wellness Staying Healthier For Life | Omega Advantages Better Living Everyday | Omega Benefits For Specific Concerns |
|---|---|---|
| Omega-3 Essential Fatty Acids (EFAs) are an essential building block for human cell function and yet, it is nearly impossible to safely get enough in our daily diet. The LifeGuard Health Omega-3 EFA products provide the easiest and most effective way to get the right amount of this vital nutrient. | For moms, for kids, for seniors … for the way you live. For those who are proactive about optimizing their health, the LifeGuard Health Omega Advantages products are specially formulated for better mental and physical function, for every life stage and every life style. | When it's time to take serious action about a problem, but the side effects from the pharmaceutical options are equally concerni... look instead for a proven, natural solution. L... LifeGuard Health Omega Benefits – custom formulated for targeted efficacy.

Cardio Omega Benefits™ With plant ster...
Flex Omega Benefits™ |

Omega Essentials™
Omega Essentials™ 8oz. Liquid

Eye Omega Advantage™
Mom's Omega Advantage™
Pregnancy and Nursing
Kid's Omega Advantage -8oz liquid

Cardio Benefits System™
LifeGuard HDL Boost!™ 60-Count Bottle.
Cholesterol Benefits Systems™

**Browse by Health Condition**
 -- Select --

Copyright ©2006 LifeGuard Health, LLC

# EXHIBIT C

SEARCH

SUBSCRIBE TO OUR NEWSLETTER

| home | products | omega answers | news & events | about LifeGuard |



Offline

LEAVE MESSAGE

**Live Chat** by LivePerson

You are not logged in.

LOGIN NOW ▶

Register a FREE account

REGISTER NOW ▶



STAY HEALTHIER
FOR LIFE WITH:

- Omega Essentials™

- Omega Essentials™ 8oz. Liquid



FOR YOUR STAGE
OF LIFE:

- Eye Omega Advantage™

- Mom's Omega Advantage™

- Pregnancy and Nursing

- Kid's Omega Advantage -8oz liquid



ADDRESS YOUR
SPECIFIC CONCERN:

- Cardio Omega Benefits™ With plant sterols!

- Flex Omega Benefits™

- Dry-Eye Syndrome

- Back, Neck & Joint Pain

- Arthritis

- Rheumatoid Arthritis

- Osteoarthritis

- Fibromyalgia

- Psoriasis

- Lupus

- Irritable Bowel Syndrome (IBS)

- Alzheimer Disease

- Cardiovascular Disease

- High Cholesterol

- High Triglycerides

- Diabetes
- Cardio Benefits System™
- LifeGuard HDL Boost!™ 60-Count Bottle.
- Cholesterol Benefits Systems™

**Browse by Health Condition**

# PRIVACY POLICY

*This site is hosted by Yahoo! Store. Yahoo! hosts the store pages, ordering system, and order data. Yahoo! automatically collects order information but may only use this information in the aggregate. If you accessed this store through Yahoo! Shopping, Yahoo! also automatically collects information about your shopping experience. Please see the [Yahoo! Privacy Policy](#) for more information about how Yahoo! uses this information.*

**Privacy Policy**

Welcome to www.lifeguardforlife.com. This site is owned by LifeGuard Health, LLC. This Privacy Policy is designed to tell you about our practices regarding collection, use, and disclosure of information that you may provide via this site. Please be sure to read this entire Privacy Policy before using or submitting information to this site.

**Your Consent**

By using this site, you agree to the terms of this Privacy Policy. Whenever you submit information via this site, you consent to the collection, use, and disclosure of that information in accordance with this Privacy Policy.

**About Children**

This site is not intended for children under the age of 18. We will not knowingly collect personally identifiable information via this site from visitors in this age group. We encourage parents to talk to their children about their use of the Internet and the information they disclose to Web sites.

**Information You Provide**

Some areas of this site may ask you to submit personally identifiable information in order for you to benefit from the specified features (such as newsletter subscriptions, tips/pointers, order processing, or resume submission) or to participate in a particular activity (such as sweepstakes or other promotions). You will be informed what information is required and what information is optional.

**Passive Information Collection**

As you navigate through this site, certain anonymous information can be passively collected (that is, gathered without your actively providing the information) using various technologies, such as cookies, Internet tags or web beacons, and navigational data collection (log files, server logs). Your Internet browser automatically transmits to this site some of this anonymous information, such as the URL of the Web site you just came from and the Internet Protocol (IP) address and the browser version your computer is currently using. This site may also collect anonymous information from your computer through cookies and Internet tags or web beacons. You may set your browser to notify you when a cookie is sent or to refuse cookies altogether, but certain features of this site might not work without cookies.

This site may use and combine such passively collected anonymous information to provide better service to site visitors, customize the site based on your preferences, compile and analyze statistics and trends, and otherwise administer and improve the site for your use. Such information is not combined with personally identifiable information collected elsewhere on the site unless you have consented.

**Use and Disclosure of Information**

Except as otherwise stated, we may use information collected via this site to improve the content of our site, to customize the site to your preferences, to communicate information to you (if you have requested it), for our marketing and research purposes, and for any other purpose specified. In addition, we may make full use of all information acquired through this site that is not in personally identifiable form.

If you provide personally identifiable information to this site, we may combine such information with other actively collected information unless we specify otherwise at the point of collection. We may disclose

personally identifiable information you provide via this site to other LifeGuard Health affiliates worldwide that agree to treat it in accordance with this Privacy Policy and use it for the same purposes. We also may disclose personally identifiable information you provide via this site to third parties that are not LifeGuard Health affiliates, but only:

(i) to contractors we use to support our business (such as fulfillment services, technical support, delivery services, and financial institutions), in which case we will require such third parties to agree to treat it in accordance with this Privacy Policy and use it for the same purposes;

(ii) in connection with the sale, assignment, or other transfer of the business of this site to which the information relates, in which case we will require any such buyer to agree to treat it in accordance with this Privacy Policy and use it for the same purposes; or

(iii) to respond to law enforcement requests or where required by applicable laws, court orders, or government regulations.

The collection, use, and disclosure of information contemplated in this Privacy Policy may involve a transfer of the information to jurisdictions located outside your country of residence that may not have equivalent laws and rules regarding personally identifiable information. In these cases, you will be asked to consent to such transfers and disclosures in accordance with this Privacy Policy.

**Access, Correction, and Deletion**

To keep personally identifiable information that you provide via this site accurate, current, and complete, please contact us as specified below and we will take appropriate steps to update or correct such information in our possession, or to delete your information from our contact list.

**Security**

This site takes reasonable steps to protect personally identifiable information as you transmit it to our site and to protect such information from loss, misuse, and unauthorized access, disclosure, alteration, or destruction. You should keep in mind that no Internet transmission is ever completely secure or error-free. In particular, e-mail sent to or from this site may not be secure.

**Links to Other Web Sites**

This site may contain links or references to other websites to which this Privacy Policy does not apply. We encourage you to read the Privacy Policy of every website you visit.

**How to Contact Us**

If you have any questions, comments, requests, or concerns related to this Privacy Policy or the information practices of this site, or if you would like to opt out of future communications, please contact us as follows:

LifeGuard Health, LLC
Attention: Corporate Communications
123 North Main Street
Dublin, PA 18917-1000
267-867-1023

Visit our "Contact Us" section.

**Changes to this Privacy Policy**

If this Privacy Policy changes, the revised policy will be posted on this site. Please check back periodically, and especially before you provide any personally identifiable information. This Privacy Policy was last updated on February 21, 2006.



# EXHIBIT D

Yahoo! Help - Yahoo! Small Business                                    Page 1 of 30

Case 5:08-cv-01894-RS        Document 11-3        Filed 06/03/2008        Page 14 of 59

 **YAHOO!** SMALL BUSINESS

New User? Sign Up

Small Business Home - Help

Home    Products    News & Resources

Manage your services:    Small Business    Search Marketing

**Yahoo! Small Business Consolidated Terms of Service**

**1.0 ACCEPTANCE OF TERMS**

1.1 These Yahoo! Small Business Consolidated Terms of Service ("CTOS") are between you ("You", "Your," or "Merchant") and Yahoo! Inc. and its affiliates ("Yahoo") and consists of the most recent versions of the terms and conditions of the CTOS (http://smallbusiness.yahoo.com/tos/tos.php) as well as the Yahoo! Privacy Policy (http://privacy.yahoo.com/privacy/us/fin/index.html), the Yahoo! Universal Terms of Service ("UTOS") (http://docs.yahoo.com/info/terms/), the Store Guidelines (http://docs.yahoo.com/info/guidelines/store.html), the Yahoo! Mail Additional Terms of Service (http://docs.yahoo.com/info/guidelines/mail.html) and the Small Business Mail Guidelines (http://docs.yahoo.com/info/guidelines/mail.html), and the Melbourne IT Domain Name Registration Agreement attached hereto (all together, the "Terms of Service" or "SBTOS"). Previous versions of the Terms of Service that apply to various Small Business products can be found in the Yahoo! Small Business Terms of Service Center at http://smallbusiness.yahoo.com/tos/index.php.

1.2 Yahoo! reserves the right, in its sole discretion, to change, modify, add, or remove all or part of these Terms, including but not limited to any term, applicable fee, policy, or guideline, at any time without notice or acceptance by You, except as provided in Section 4. Regardless of whether Yahoo! has provided You individual notice, Your continued use of the Service following Yahoo!'s notice or posting of changed Terms will constitute Your acceptance of such changes. It is Your responsibility to check regularly for changes to the Terms and ensure that any contact information You provide to Yahoo! is updated and correct.

1.3 If You are registering a new domain name or using a previously registered domain name in conjunction with the Service, Your use of the domain name is also subject to the policies of the Internet Corporation for Assigned Names and Numbers ("ICANN") and the appropriate Melbourne IT Domain Name Registration Agreement set forth below, which is an agreement between You and Melbourne IT, and not with Yahoo!

1.4 **BY COMPLETING THE REGISTRATION PROCESS ("Registration Process") AND CLICKING THE "I ACCEPT" BUTTON, YOU:** (a) agree to be bound by these Terms and, if applicable, the Melbourne IT Domain Name Registration Agreement; (b) represent and warrant that, if You are an individual, You are 18 years old or older or, if you are an entity, that You are a corporation, partnership, or other legal entity duly formed (and incorporated if applicable) in good standing where required to do business with all legal authority and power to accept these Terms; (c) agree to provide true, accurate, current, and complete information in the Service registration form, including billing and payment-related information and other account information (all together, the "Account Information"), and agree to maintain and update this information to keep it true, accurate, current, and complete; (d) agree to be bound by the terms of the ICANN Uniform Domain Name Dispute Resolution Policy located at http://www.icann.org/udrp/udrp.htm as may be amended or relocated from time to time; and (e) represent and warrant that You have the power and authority to enter into and perform under these Terms. If these Terms or any future changes are unacceptable to You, Your sole remedy is to cancel Your Service. **IF YOU DO NOT ACCEPT AND AGREE TO THESE TERMS, DO NOT COMPLETE THE REGISTRATION PROCESS.**

**2.0 DESCRIPTION OF SERVICE**

2.1 The complete list of services (the "Service") governed by these Terms is as follows:

Yahoo! Merchant Solutions: Merchant Starter, Merchant Standard, and Merchant Professional;
Yahoo! Web Hosting
Yahoo! Business Email ("Business Email"): Custom Mailbox and Business Mail;
Yahoo! Domains: the Yahoo! Domains product offering;
Yahoo! GeoCities: GeoCities Plus, GeoCities Pro, and GeoCities Free

2.2 If You are a Yahoo! Merchant Solutions customer, Your Service includes E-Commerce (Store) functionality, Web Hosting, Business Mail, and Yahoo! Domain Services (without a Starter Web Page). Except for Section 12 (Personal Address), these entire Terms apply to You.

Yahoo! Help - Yahoo! Small Business                    Page 2 of 30

Case 5:08-cv-01894-RS     Document 11-3     Filed 06/03/2008     Page 15 of 59

2.3 If You are a Yahoo! Web Hosting customer, Your Service includes Web Hosting, Business Mail, and Yahoo! Domain Services (without a Starter Web Page). Except for Sections 10 & 12 (Merchant Solutions, Personal Address) these entire Terms apply to You.

2.4 If You are a Yahoo! GeoCities Pro customer, Your Service includes Web Hosting, Personal Address, and Yahoo! Domain Services. Except for Sections 10 and 11 (Merchant Solutions and Business Email), these entire Terms apply to You.

2.5 If You are a Yahoo! Business Email customer, Your Service includes Custom Mailbox or Business Mail and Yahoo! Domain Services. Except for Sections 10 and 12 (Merchant Solutions and Personal Address), these entire Terms apply to You.

2.6 If You are a Yahoo! Domain Services customer, Your Service includes the Yahoo! Domain Service (with a single Starter Web Page). Except for Sections 10 & 12 (Merchant Solutions and Personal Address), these entire Terms apply to You.

2.7 If You are a Yahoo! GeoCities Plus or GeoCities Free customer, Your Service includes a GeoCities web address. Except for Sections 10, 11, 12, and 13 (Merchant Solutions, Business Email, Personal Address, and Yahoo! Domain Service), these entire Terms apply to You.

2.8 Unless explicitly stated otherwise, any new features that augment or enhance the current Service, including the release of new Service resources, shall be subject to these Terms. In order to use the Service, You must obtain access to the World Wide Web, either directly or through devices that access web-based content, and pay any fees associated with such access. You are responsible for obtaining and maintaining all telephone, computer hardware, and other equipment needed for Your access to and use of the Service and any Software, and for all related fees.

### 3.0 INTELLECTUAL PROPERTY

3.1 Except for the rights expressly granted herein, this Agreement does not transfer from Yahoo! to You any Yahoo! developed, licensed, or owned technology, and all rights, title, and interest in and to such technology will remain solely with Yahoo! The parties agree that they will not, directly or indirectly, reverse engineer, decompile, disassemble, or otherwise attempt to derive source code or other trade secrets from the other party.

3.2 Notwithstanding anything to the contrary in this Agreement, You will not attempt to prohibit or enjoin Yahoo! at any time from utilizing any skills or knowledge of a general nature acquired during the course of providing the Services, including, without limitation, information publicly known or available or that could reasonably be acquired in similar work performed for another customer of Yahoo!

3.3 Yahoo!may be required to disclose information to individuals asserting rights under the Digital Millennium Copyright Act, and You expressly authorize Yahoo! to comply with any and all lawful notices, subpoenas, court orders, or warrants without prior notice to You.

3.4 You will not use Yahoo!'s name or any language, pictures, or symbols that could, in Yahoo!'s sole judgment, imply Yahoo!'s identity in any (i) written or oral advertising or presentation, or (ii) brochure, newsletter, book, or other written material of whatever nature, without Yahoo!'s prior written consent. You agree that any and all press releases and other public announcements related to this Agreement and subsequent transactions between Yahoo! and You, including the method and timing of such announcements, must be approved in advance by Yahoo! in writing. Yahoo! reserves the right to withhold approval of any public announcement in its sole discretion. Without limitation, any breach of Your obligation regarding public announcements shall be a material breach of these Terms.

3.5 Yahoo!, other Yahoo! product and service names, and all of their related logos are each trademarks of Yahoo! Inc. (the "Yahoo! Marks"). Without Yahoo!'s prior written permission, you agree not to display, or use in any manner, the Yahoo! Marks.

### 4.0 PAYMENT

4.1 Payment Terms

Unless modified in accordance with Section 4.6, You will pay all fees due according to the prices and terms applicable

Yahoo! Help - Yahoo! Small Business                                         Page 3 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 16 of 59

to your Services, including option features. All installation or setup fees and non-recurring charges, along with the first month's recurring charges, shall be due and payable within ten (10) days of initiation of Service. Thereafter, recurring fees will be charged in advance to Your selected payment method. If Your selected payment method is invalid or You are otherwise past due in your payments for any reason, the Service may be terminated and removed from Yahoo!'s servers by Yahoo! with or without notice, and all the information contained within deleted permanently. Yahoo! accepts no liability for information or content that is deleted due to an invalid payment method or where Your payments are past due. Reactivation of the Service after termination or cancellation for any reason shall require the payment of additional setup fees. In the event You fail to pay charges, Yahoo! may assign unpaid late balances to a collection agency for appropriate action. In the event legal action is necessary to collect on balances due, You agree to reimburse Yahoo! for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You also agree to pay all current charges for the Service as well as taxes and fees assessed against You or Yahoo! on the charges and all late payment, interest, or other fees as stated on Your bill. Yahoo! may modify its billing practices or late payment charges by providing You with prior written notice of the modification. Yahoo! in its discretion may offer discounts or special offers from time to time.

4.2 Merchant Solutions

If You are a Yahoo! Merchant Solutions customer, You will be charged, as applicable, (a) a one-time setup fee, (b) a monthly hosting fee, and (c)monthly transaction fee equal to a percentage of the Total Revenue, with payments due with the billing for the month after the calendar month to which the transaction fee applies. Yahoo! will calculate all fees.

"Total Revenue" means the total dollar amount, excluding shipping and handling charges and any applicable taxes, of all transactions conducted through Your Store. See Section 10.1. You will be entitled to identify, and exclude from Total Revenue, those transactions conducted through Your Store that are canceled or for which no products are shipped to the purchaser ("Excluded Transactions"), except that You must identify a transaction as an Excluded Transaction within 90 days from the date on which the transaction was originally conducted. Yahoo! shall be entitled to audit, at a mutually agreed upon time during normal business hours, those records of Yours relating to Total Revenue, including Excluded Transactions, and otherwise to investigate Total Revenue, including Excluded Transactions, which might include contacting the purchaser to confirm that a transaction at issue is an Excluded Transaction.

4.3 Web Hosting, Business Email, Domain Services, and GeoCities

If You are a Yahoo! Web Hosting, Yahoo! Business Mail, and/or Yahoo! GeoCities customer, You will be charged, as applicable, (a) a one-time setup fee and (b) a recurring Service fee. If You are a Yahoo! Domains or Custom Mailbox customer, You will be charged, as applicable, an annual Service fee. Yahoo! will calculate all fees.

4.4 Upgrades and Downgrades

You can upgrade or downgrade between the plans and products listed in Section 2 above at any time. Such upgrade or downgrade will take effect immediately. You will be automatically charged, via the payment method You provided, any and all fees based upon your upgrade or downgrade. If You are due a refund, the amounts will be credited and refunded to You. In the event that you change from one non-annual service to another, your payment method will be charged a pro-rata amount for the upgraded service and credited a pro-rata amount for the unused previous service. In the event that you change from a non-annual service to an annual service, your payment method will be charged for the entire annual service and credited a pro-rata amount for the unused non-annual service. In the event that you change from an annual service to a non-annual or annual service, no refunds will be provided. Both the refund and charge will both be based on the number of days remaining in Your contract term. The contract term and anniversary date may change if You change from a non-annual service to an annual service, or from an annual service to a non-annual service. You may also be charged, as applicable, an upgrade or downgrade fee. Fees may not be credited towards other services.

For Domains and Custom Mailbox Products upon upgrades, downgrades, or cancellation there is no refund of any unused portion of the service. You will own the domain name until the end of your prepaid term. For Domains and Custom Mailbox users who upgrade to Web Hosting, Merchant Solutions, or Business Email, Your prepaid domain registration will be extended for the unused portion of the term, and all setup fees for the product will be waived.

4.5 Price Changes

Yahoo! may, upon notice required by applicable laws, at any time change the amount of or basis for determining any fee or charge or institute new fees or charges with respect to the Service. Upon renewal, as provided in Section 5.1, the

Yahoo! Help - Yahoo! Small Business                              Page 4 of 30

Case 5:08-cv-01894-RS     Document 11-3     Filed 06/03/2008     Page 17 of 59

prices charged may be changed without notice to the then prevailing price for the Services.

**Current Fee Schedules**

For the current fee schedules, go to:

http://smallbusiness.yahoo.com/webhosting for Web Hosting;

http://geocities.yahoo.com/ps/learn/CompChart_PlusPro.html for GeoCities;

http://smallbusiness.yahoo.com/domains/ for Domains;

http://smallbusiness.yahoo.com/merchant/pricing.php for Merchant Solutions; and

http://smallbusiness.yahoo.com/email/ for Business Email.

4.6 Taxes

You shall pay or otherwise be responsible for all federal, state, or local sales, use, excise, gross receipts, municipal fees, transfer, transaction, property, or similar taxes, fees, or surcharges (hereinafter "Tax") imposed on, or with respect to, the Services under this Agreement.

**5.0 TERM AND TERMINATION**

5.1 Term

The initial term of this Agreement and these Terms will commence on the date that You click the "I AGREE" button to these Terms (or the first date on which you use the Service, whichever comes first) and will remain in effect for the period of time corresponding to the plan You select during the Registration Process ("Initial Term"). If You wish to terminate the Services at the end of the Initial Term or any subsequent term to which you have agreed ("Renewal Term"), You must sign in to your account, access the control panel at http://smallbusiness.yahoo.com/services/index.php, and follow the instructions on the link labeled "Change or Cancel Plan." Neither U.S. mail nor phone notification shall be acceptable. If You fail to notify Yahoo! of Your intent not to renew, this Agreement will be automatically renewed, thirty (30) days prior to the end of the current Initial or Renewal Term for a month-to-month period, ninety (90) days prior to the end of the current term for a 3-month-term product, or for one year in the case of products with an annual term, at the Yahoo! then-current rates and charges. If You agree to a Renewal Term, or fail to cancel the services as set forth herein, this Agreement will be renewed at the then-current rates and fees. Except as set forth in these Terms, neither party will be liable to the other for any termination or expiration of any Service or this Agreement in accordance with its Terms.

5.2 Cancellation/Termination by You

You may cancel Your Service and terminate these Terms at any time. If You cancel the Service before the end of the Initial or Renewal Term, Your Service and access to the Service will be discontinued immediately, and no refund will be provided for any payments You have made. If the Initial or Renewal Term is more than one month, and you cancel Your Service prior to the expiration of such Term, an early termination fee may apply to the extent agreed to during the Registration Process.

If You registered for a new domain name in conjunction with Your Service, and cancel before You have paid your second monthly payment without disputing such charge with either your payment method company or Yahoo!, Yahoo! reserves the right to request the domain name provider to remove the domain name from the domain name registry and/or transfer the domain name from You to Yahoo! You acknowledge that where Yahoo! transfers such domain name to Yahoo! under this Section 5.2, Yahoo! will hold all rights of the registered domain name holder in respect of that domain name, including the right to sell the domain name to a third party (where this was a right held by You as the original registrant in respect of the relevant domain name).Additionally, Your domain name will cease working with Your email and no longer point to Your web site. After cancellation and/or expiration of this Agreement, You will no longer have access to Your web site and all information contained therein may be deleted by Yahoo!

If You did not register for a new domain name in conjunction with the Service, or did register for a new domain name

Yahoo! Help - Yahoo! Small Business                                    Page 5 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 18 of 59

but cancel Your Service after You have paid Your second monthly payment without disputing such charge with either your payment method company or Yahoo!, Your domain name will remain registered for its current term. However, Your domain name will cease working with Your email and no longer point to Your web site. After cancellation and/or expiration of this Agreement, You will no longer have access to Your web site and all information contained therein may be deleted by Yahoo!

5.3 Termination by Yahoo!

Yahoo! may terminate these Terms at any time upon notice to You. Notwithstanding anything to the contrary herein, Yahoo! may also, but has no duty to, immediately suspend or terminate Your Service, terminate Your access and password, remove Your Service from Yahoo!'s servers, or remove any Content within the Service, if Yahoo! concludes, in its sole discretion, that You (a) have breached, violated, or acted inconsistently with the letter or spirit of these Terms, including any applicable Yahoo! Policy or any applicable law or regulation; (b) have provided false information as part of your Account Information; (c) have failed to keep your Account Information complete, true, and accurate; (d) fail to respond to any email communication sent to the email address listed in your Account Information; (e) are engaged in fraudulent or illegal activities or the sale of illegal or harmful goods or services; or (f) are engaged in activities or sales that may damage the rights or reputation of Yahoo! or others (each "Termination for Cause"). Any Termination for Cause by Yahoo! will take effect immediately, and You expressly agree that You will not have any opportunity to cure. If Your Yahoo! ID is terminated for any reason, these Terms and Your access to the Service will also be terminated. Additionally, if You registered a new domain name in conjunction with Your Service, and Yahoo! terminates Your Service due to a Termination for Cause, then Yahoo! reserves the right to request the domain name provider to remove the domain name from the domain name registry and/or transfer the domain name from You to Yahoo! You acknowledge that where Yahoo! transfers such domain name to Yahoo! under this Section 5.3, Yahoo! will hold all rights of the registered domain name holder in respect of that domain name, including the right to sell the domain name to a third party (where this was a right held by You as the original registrant in respect of the relevant domain name).

5.4  Termination for Cause by Either Party

In addition to any other right to terminate set forth herein, either party may terminate this Agreement if: (i) the other party breaches any material term or condition of this Agreement and fails to cure such breach within thirty (30) days after receipt of written notice of the same, except in the case of failure to pay fees, which must be cured within five (5) days after receipt of written notice from Yahoo; (ii) the other party becomes the subject of a voluntary petition in bankruptcy or any voluntary proceeding relating to insolvency, receivership, liquidation, or composition for the benefit of creditors; or (iii) the other party becomes the subject of an involuntary petition in bankruptcy or any involuntary proceeding relating to insolvency, receivership, liquidation, or composition for the benefit of creditors, if such petition or proceeding is not dismissed within sixty (60) days of filing.

5.5 Termination – Legal Event

In the event a ruling, regulation, or order issued by a judicial, legislative, or regulatory body causes Yahoo! to believe that these Terms and/or the Service provided hereunder may be in conflict with such rules, regulations, and/or orders, Yahoo! may suspend or terminate the Service, or terminate these Terms without liability.

5.6 Deletion of Content

Upon any termination of the Service, Yahoo! reserves the right to permanently delete from its servers any and all information and content contained in Your account or Service, including but not limited to order processing information, mailing lists,files, email, and any web pages generated by You or the Service. Yahoo! accepts no liability for such deleted information or content.

5.7 Responsibility for Fees

Should Yahoo! suspend a portion, but not all, of your Service due to a violation by You of any law, regulation, or policy, You shall remain liable for all fees applicable to the Service as a whole. Should Yahoo! terminate your Service, You are liable for the payment of all fees applicable to the Service up to the date of termination, in addition to any early termination fees (if any).

5.8 Waiver

Yahoo! Help - Yahoo! Small Business                                    Page 6 of 30

Case 5:08-cv-01894-RS      Document 11-3      Filed 06/03/2008      Page 19 of 59

You expressly waive any statutory or other legal protection in conflict with the provisions of this Section 5.

**6.0 COMMUNICATIONS**

As part of the Service, You agree to receive the first of an ongoing series of product update communications related to the Service ("Business Services Product Updates"). Business Services Product Updates may include information about Yahoo! Merchant Solutions, Yahoo! Web Hosting, Yahoo! Business Email, Yahoo! Domain Services, and/or Yahoo! GeoCities, in addition to other related products and services. Upon receipt of this first Business Services Product Update, You will have the opportunity to opt out of future Business Services Product Updates by clicking on unsubscribe links or by following unsubscribe instructions within the communication. Please note that You may also visit your Yahoo! Marketing Preferences page at any time to manage Your communication preferences for other optional communication categories.

**7.0 PRIVACY AND ACCEPTABLE USE**

7.1 Yahoo! Policies

You agree that you have received, read and understand the Yahoo! Privacy Policy ("Yahoo! Policies")and also the Small Business Mail Guidelines http://docs.yahoo.com/info/guidelines/mail.html, and the Store Guidelines http://docs.yahoo.com/info/guidelines/store.html. The Yahoo! Policies contain restrictions on Your online conduct (including prohibitions against unsolicited commercial email). The current version of the Yahoo! Policies is posted at the Yahoo! web site as set forth in Section 1.1. Yahoo! may change the Yahoo! Policies upon notice to You, which notice may be provided by posting such new Yahoo! Policies at the Yahoo! web site.

As part of Your Registration Process, You agree that some communications are required, such as, by way of example and not limitation, customer service messages regarding Your Service, and updates to the Service. In order to opt out of receiving such communications, You must cancel the Service. You also understand and agree that the Service may include certain communications from Yahoo!, such as service announcements and administrative messages, that these communications are considered part of Yahoo! membership, and that You will not be able to opt out of receiving them.

7.2 Prohibited Uses

In addition to those matters set forth in the Yahoo! Policies, You shall not post, transmit, retransmit, or store material on or through any of the Services which, in the sole judgment of Yahoo! (i) is in violation of any local, state, federal, or foreign law or regulation, (ii) is threatening, obscene, indecent, defamatory, or that otherwise could adversely affect any individual, group, or entity (collectively, "Persons"), or (iii) violates the rights of any person, including rights protected by copyright, trade secret, patent, or other intellectual property or similar laws or regulations including, but not limited to, the installation or distribution of "pirated" or other software products that are not appropriately licensed for Your use. You agree that you will NOT knowingly use the Service, among other things, to:

(a) upload, post, email, transmit, or otherwise make available any content that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, invasive of another's privacy, hateful, or racially, ethnically, or otherwise objectionable;

(b) harm minors in any way;

(c) impersonate any person or entity, including but not limited to a Yahoo! official, forum leader, guide, or host, or falsely state or otherwise misrepresent your affiliation with a person or entity;

(d) forge headers or otherwise manipulate identifiers in order to disguise the origin of any content transmitted through the Service;

(e) upload, post, email, transmit, or otherwise make available any content that You do not have a right to make available under any law or under contractual or fiduciary relationships (such as inside information, proprietary, and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);

(f) upload, post, email, transmit, or otherwise make available any content that infringes any patent, trademark, trade secret, copyright, or other proprietary rights of any party;

Yahoo! Help - Yahoo! Small Business                                    Page 7 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 20 of 59

(g) upload, post, email, transmit, or otherwise make available any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation, except in those areas (such as shopping rooms) that are designated for such purpose;

(h) upload, post, email, transmit, or otherwise make available any material that contains software viruses or any other computer code, files, or programs designed to interrupt, destroy, or limit the functionality of any computer software or hardware or telecommunications equipment;

(i) interfere with or disrupt the Service or servers or networks connected to the Service, or disobey any requirements, procedures, policies, or regulations of networks connected to the Service;

(j) intentionally or unintentionally violate, attempt to violate, or avoid any applicable ICANN regulation or policy;

(k) intentionally or unintentionally violate any applicable local, state, national or international law, including, but not limited to, regulations promulgated by the U.S. Securities and Exchange Commission, any rules of any national or other securities exchange, including, without limitation, the New York Stock Exchange, the American Stock Exchange, or the NASDAQ, and any regulations having the force of law;

(l) provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act;

(m) "stalk" or otherwise harass another;

(n) collect, transmit, or store personal or financial data about any individual or entity, other than in accordance with Section 9.3 herein;

(o) promote or provide instructional information about illegal activities, promote physical harm or injury against any group or individual, or promote any act of cruelty to animals. This may include, but is not limited to, providing instructions on how to assemble bombs, grenades, and other weapons, and creating "Crush" sites;

(p) use your home page (or directory) as storage for remote loading or as a door or signpost to another home page, whether inside or beyond Yahoo! GeoCities;

(q) have multiple Yahoo! GeoCities addresses that are within the same Yahoo! GeoCities neighborhood or that have the same theme; or

(r) collect, transmit, or store any type of adult, mature, or sexually explicit content; or

(s) engage in commercial activities through the Yahoo! GeoCities service. This includes, but is not limited to, the following activities:

* offering for sale any products or services;

* soliciting for advertisers or sponsors;

* conducting raffles or contests that require any type of entry fee;

* resell, rent, or otherwise receive consideration for placement of any creative material (e.g., no third-party advertising)

* displaying a sponsorship banner of any kind, including those that are generated by banner or link exchange services, with the sole exceptions of the GeoGuide Banner Exchange program and the Internet Link Exchange; and

* displaying banners for services that provide cash or cash-equivalent prizes to users in exchange for hyperlinks to their web sites.

You agree to indemnify and hold harmless Yahoo! from any claims resulting from the use of the Services which damages You or any other party. Yahoo! reserves the right to investigate You, Your business, and/or Your owners,

Yahoo! Help - Yahoo! Small Business                                    Page 8 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 21 of 59

officers, directors, managers, and other principals, Your sites, and the materials comprising the sites at any time. These investigations will be conducted solely for Yahoo!'s benefit, and not for Your benefit or that of any third party. If the investigation reveals any information, act, or omission, which in Yahoo!'s sole opinion, constitutes a violation of any local, state, federal, or foreign law or regulation, or the Yahoo! Policies, Yahoo! may immediately shut down the site, and notify You of the action. You agree to waive any cause of action or claim You may have against Yahoo! for such action.

7.3 Advertising and Promotions

Yahoo! runs advertisements and promotions within our Yahoo! GeoCities Free service and on Dormant Domains. A Dormant Domain is any domain name that uses Yahoo!'s name servers and is not being used by You to display Your content. A domain may become dormant by, including without limitation, (i) not setting up the bonus Starter Web Page offered by Yahoo! Domains, Yahoo! Custom Mailbox, or Yahoo! Business Mail upon purchase of any of these products, (ii) not modifying the default "Under Construction" page provided with your Yahoo! GeoCities Pro, Yahoo! Web Hosting, Yahoo! Store, or Yahoo! Merchant Solutions product, (iii) cancellation or expiration of the Yahoo! Domains service without redelegating or transferring the domain to another provider, (iv) canceling your Custom Mailbox, Business Mail, Web Hosting, Store, or Merchant Solutions service without redelegating or transferring the domain to another provider. By using the Yahoo! GeoCities Free service, or allowing Your domain name to become a Dormant Domain, you agree that Yahoo! has the right to run such advertisements and promotions. In the event you would like Yahoo! to cease running advertisements and promotions on your Dormant Domain, you may contact Yahoo! as set forth at http://smallbusiness.yahoo.com/contactus/. The manner, mode, and extent of advertising by Yahoo! on your Yahoo! GeoCities Free service or Dormant Domain is subject to change. Your correspondence or business dealings with, or participation in promotions of, advertisers found on or through the Service, including payment and delivery of related goods or services, and any other terms, conditions, warranties, or representations associated with such dealings, are solely between you and such advertiser. You agree that Yahoo! shall not be responsible or liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of such advertisers on the Service.

7.4 Abusive User Behavior

Yahoo! uses certain confidential internal and third-party tools and techniques to protect users from abusive and other harmful behavior on the Internet and on the Yahoo! servers. Yahoo! reserves the right to take any action it deems necessary at its sole discretion, including, without limitation, account termination or suspension, to protect against such abusive or harmful behavior. Yahoo! updates these tools, techniques, and practices from time to time as the abusive practices and industry standards change. You agree that Yahoo! shall not be responsible or liable for any loss or damage of any sort incurred by You, or any third party, as the result of Yahoo! taking or not taking any actions in response to any actual or perceived abusive user behavior.

**8.0 OWNERSHIP AND SECURITY**

You will receive a password from Yahoo! to provide access to and use of Your Service, and You agree to keep Your password confidential. You are entirely responsible for maintaining the security of Your Service, and You are fully responsible for all activities that occur under Your Service and password,and any other actions taken in connection with the registered domain name, including any email accounts or sub-accounts that You create for You or other individuals ("Domain Email Users"). You agree to immediately notify Yahoo! of any unauthorized uses of the Service or any other breaches of security. Yahoo! cannot and will not be liable for any loss or damage from Your failure to comply with this security obligation. You acknowledge and agree that under no circumstances will Yahoo! be liable, in any way, for any acts or omissions of You or any user of Your Service to whom You gave access, including any damages of any kind incurred as a result of such acts or omissions.

**9.0 CONTENT AND SOFTWARE: THIS SECTION APPLIES TO YAHOO! MERCHANT SOLUTIONS, YAHOO! WEB HOSTING, YAHOO! GEOCITIES, YAHOO! BUSINESS EMAIL, AND YAHOO! DOMAINS CUSTOMERS**

9.1 Content and Conduct Rules

You understand that all information, data, text, software, music, sound, photographs, graphics, video, messages, goods, products, services, links to other World Wide Web sites or resources, and other materials ("Content"), whether publicly posted or privately transmitted, are the sole responsibility of the person from which such Content originated. This means that You, and not Yahoo!, are entirely responsible for all Content that You upload, post, transmit, or otherwise make available via the Service. The Content must comply with these Terms, including applicable Yahoo!

Yahoo! Help - Yahoo! Small Business                    Page 9 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 22 of 59

Policies, and any applicable law or regulation.

9.2 Your Privacy Policy

You agree (a) to post a privacy policy in Your Store that, at a minimum, discloses any and all uses of personal information that You collect from users; (b) to include in Your privacy policy a paragraph provided or approved by Yahoo! that describes Yahoo!'s collection and use of Your customer's information; (c) to provide a hypertext link to Your privacy policy on the home page of Your Store and on all pages where You collect personal information from users, including but not limited to all checkout pages; and (d) to use personal information only as expressly permitted by Your privacy policy. You agree to indemnify and defend Yahoo! from and against any and all claims stemming from Your failure to comply with this provision and/or Your failure or refusal to abide by the terms and provisions of any applicable Privacy Policies.

9.3 Provisions for Use and Security of Cardholder Data and Other Personal or Financial Data

For purposes of this Section, the term "Cardholder Data" or "CDI" refers to the number assigned by the card issuer that identifies the cardholder's account or other cardholder personal information, and "Personally Identifiable Information" or "PII" means any CDI or other personal or financial data relating to any individual or entity.

The provisions set forth in this Section apply to a Merchant that either itself, or through a processor or other agent, stores, processes, handles, or transmits cardholder data or PII in any manner.

A. Merchant shall at all times comply with the Cardholder Information Security Program ("CISP") requirements for cardholder data that are prescribed in the Visa Operating Regulations or otherwise issued by Visa, as they may be amended from time to time (collectively, the "CISP Requirements"). Copies of current CISP Requirements documentation are available on the Visa.com web site at http://usa.visa.com/business/merchants/cisp_index.html.

B. Merchant acknowledges and agrees that cardholder data may be used only for assisting in completing a card transaction, for fraud control services, for loyalty programs, or as specifically agreed to by Visa or as required by applicable law.

C. In the event of a breach or intrusion of or otherwise unauthorized access to cardholder data stored at or for Merchant, Merchant shall immediately notify the card issuer in the manner required in the CISP Requirements, and provide Visa and the acquiring financial institution and their respective designees access to Merchant's facilities and all pertinent records to conduct a review of Merchant's compliance with the CISP Requirements. Merchant shall fully cooperate with any reviews of their facilities and records provided for in this paragraph.

D. Merchant shall maintain appropriate business continuity procedures and systems to ensure security of cardholder data in the event of a disruption, disaster, or failure of Merchant's or Merchant's primary data systems.

E. Merchant and its successors and assigns shall comply with the CISP Requirements after termination of this Agreement.

F. Merchant acknowledges and agrees that PII may be used only for assisting in completing an e-commerce transaction, including fraud control services associated with said e-commerce transaction, subject to applicable law.

9.4 Content Ownership

Yahoo! does not claim ownership of the Content You place on Your Service. By submitting Content to Yahoo! for inclusion on Your Service, You grant Yahoo! and its successors and assignees, the worldwide, royalty-free, and nonexclusive license under Your copyrights and other intellectual property rights, if any, in all material and content displayed in Your web site to use, distribute, display, reproduce, and create derivative works from such material in any and all media and display in any manner and on any Yahoo! property the results of search queries and comparisons conducted on Yahoo!, including, without limitation, searches conducted on Yahoo! Shopping and the Service. You also grant Yahoo! the right to maintain such content on Yahoo!'s servers during the term of these Terms and to authorize the

Yahoo! Help - Yahoo! Small Business                                Page 10 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 23 of 59

downloading and printing of such material, or any portion thereof, by end-users for their personal use. This license exists only for as long as You continue to be a Service customer and terminates when Your Service is terminated.

You acknowledge that Yahoo! does not prescreen Content, but that Yahoo! and its designees shall have the right (but not the obligation) in their sole discretion to refuse or remove any Content that is available via the Service. Without limiting the foregoing, Yahoo! and its designees shall have the right to remove any Content that violates these Terms, including any applicable Yahoo! Policies, is illegal, or is otherwise objectionable as determined in Yahoo!'s sole discretion. You agree that You must evaluate, and bear all risks associated with, the use of any Content, including any reliance on the accuracy, completeness, or usefulness of such Content.

9.5 Yahoo! Proprietary Rights and Software

You acknowledge and agree that the Service and any necessary software used in connection with the Service ("Software") contains proprietary and confidential information that is protected by applicable intellectual property and other laws. You further acknowledge and agree that Content available from Yahoo! for the Service, or contained in sponsor advertisements or information presented to You through the Service or advertisers, is protected by copyrights, trademarks, service marks, patents, or other proprietary rights and laws. Except as expressly authorized by Yahoo! or advertisers, You agree not to modify, rent, lease, loan, sell, distribute, or create derivative works based on the such Content, the Service, or the Software, in whole or in part.

Yahoo! grants to You a personal, nontransferable and nonexclusive right and license to use the object code of its Software only on a server controlled by Yahoo! for the sole purpose of using the Service; provided that You do not (and do not allow any third party to) copy, modify, create a derivative work of, reverse engineer, reverse assemble, or otherwise attempt to discover any source code, sell, assign, sublicense, grant a security interest in, or otherwise transfer any right in the Software. You agree not to modify the Software in any manner or form, or to use modified versions of the Software, including (without limitation) for the purpose of obtaining unauthorized access to the Service. You agree not to access the Service by any means other than through the interface that is provided or authorized by Yahoo! for use in accessing the Service.

You may not use web pages or parts of web pages generated by means of the Software, other than Content that originates from and is proprietary to You, on any server other than the servers controlled by Yahoo! without Yahoo!'s express written agreement. You also acknowledge and agree that the Software is intended for access and use by means of web browsing software, and that Yahoo! does not commit to support any particular browsing platform. Yahoo! reserves the right at any time to revise and modify the Software, release subsequent versions thereof and to alter features, specifications, capabilities, functions, and other characteristics of the Software, without notice to You. If any revision or modification to the Software materially changes Your ability to conduct business, Your sole remedy is to cancel Your Service.

With respect to any elective, additional software that may be made available by Yahoo! in connection with the Service, if You elect to download or access such additional software, You understand that You may have to agree to additional terms and conditions before You use such software.

9.6 Yahoo! Web Hosting Function

You acknowledge that the Web Hosting service is offered as a platform to host and serve web pages and web sites and is not offered for other purposes, such as remote disk space storage. Accordingly, You understand and agree to use the web hosting service solely for the purpose of hosting and serving web pages as viewed through a web browser and the Hypertext Markup Language (HTML) protocol or other equivalent technology. Yahoo! Web Hosting is designed to serve the web hosting needs of small, independently owned and operated businesses in the United States. It is not intended to support the greater web hosting needs of large enterprises or internationally based businesses. Yahoo! Web Hosting is also a shared web hosting service, which means a number of customers' web sites are hosted from the same server. To ensure that Yahoo! Web Hosting is reliable and available for the greatest number of users, a customer's web site usage cannot adversely affect the performance of other customers' sites. Additionally, the purpose of Yahoo! Web Hosting is to host web sites, not store data. Using an account primarily as an online storage space for archiving electronic files is prohibited. You further agree that if, at Yahoo!'s sole discretion, You are deemed to have violated this section, Yahoo! may suspend or terminate Your account without notice to You and with no liability to Yahoo!.

**10.0 YAHOO!MERCHANT SOLUTIONS: THIS SECTION APPLIES ONLY TO YAHOO! MERCHANT SOLUTIONS CUSTOMERS**

Yahoo! Help - Yahoo! Small Business                                    Page 11 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 24 of 59

10.1 E-Commerce (Store)

With Yahoo! Merchant Solutions, You can use the Service to facilitate the creation and maintenance of an interactive online store ("Store") for the sale of goods and services. You acknowledge and agree that You will be solely responsible for all goods and services offered at and sold through Your Store, all materials used or displayed at the Store, and all acts or omissions that occur at the Store or in connection with Your account or password. Certain Stores may be subject to additional requirements. You agree that Your use of the Service and Your Store will be in compliance with the Store Guidelines located at http://docs.yahoo.com/info/guidelines/store.html and any applicable laws and regulations at all times. You agree to display in Your Store Your contact information, including but not limited to Your company name, address, telephone number, fax number, and email address. You also agree to update such information to keep it true, accurate, current, and complete.

10.2 Representations and Warranties

You represent and warrant that You have full power and authority under all relevant laws and regulations: (a) to offer and sell the goods and services offered at the Store, including, but not limited to, holding all necessary licenses from all necessary jurisdictions to engage in the advertising and sale of the goods or services offered at the Store; (b) to copy and display the materials used or displayed at the Store; and (c) to provide for credit card payment and delivery of goods or services as specified at the Store.

10.3 Suspension or Termination of Store

In addition to that right set forth in Sections 5.3 & 5.4, Yahoo! reserves the right to terminate Your Service, or refuse to host or continue to host any Store which it believes, in its sole discretion: (a) has caused a significant number of complaints for failing to be reasonably accessible to customers or timely fulfill customer orders; or (b) has become the subject of a government complaint or investigation. Additionally, Yahoo! reserves the right to review and remove any Store at any time for non-compliance with these Terms.

10.4 Merchant Information

Yahoo! maintains information about You and the Store on Yahoo! servers, including, but not limited to, Your Account Information, Your customer order information, sales information, and clickstream data ("Merchant Information"). You grant to Yahoo! a non-exclusive, worldwide, royalty-free, perpetual license to use Merchant Information in aggregate form (i.e., in a form that is not individually attributable to You) for research, marketing and other promotional purposes. You agree that Yahoo! may disclose Merchant Information in the good faith belief that such action is reasonably necessary: (a) to comply with the law; (b) to comply with legal process; (c) to enforce these Terms; (d) to respond to claims that You or the Store is engaged in activities that violate the rights of third parties; or (e) to protect the rights or interests of Yahoo! or others; provided, however, that nothing in this Section shall impose a duty on Yahoo! to make any such disclosures.

10.5 Deletion of Merchant Information

You agree that Yahoo! may delete customer credit card information from Yahoo! servers 14 days after You retrieve such information, and may delete all other Merchant Information from Yahoo! servers at the end of each calendar year.

10.6 Technical Access

You acknowledge and agree that technical processing of Merchant Information is and may be required: (a) for the Service to function; (b) to conform to the technical requirements of connecting networks; (c) to conform to the technical requirements of the Service; or (d) to conform to other, similar technical requirements. You also acknowledge and agree that Yahoo! may access Your account and its contents as necessary to identify or resolve technical problems or respond to complaints about the Service.

10.7 Sale and Assignment of Stores

Notwithstanding Section 17 below, You are permitted to sell Your Store to a third party, provided that all of the following occur: (a) You assign, in accordance with Section 25 below, all rights and obligations under these Terms to such third party receiving the Store, (b) You give prior written notice to Yahoo!, (c) You provide to Yahoo! evidence that such third party has agreed to these Terms as a permitted assignee, and (d) such third-party assignee has provided Yahoo! with

Yahoo! Help - Yahoo! Small Business                                    Page 12 of 30

Case 5:08-cv-01894-RS      Document 11-3      Filed 06/03/2008      Page 25 of 59

all information requested by Yahoo!, and such information is complete and accurate. Should You attempt to sell a Store or assign these Terms in violation of this Section 10.8, such attempt will be null and void, and You will remain responsible for all obligations and liabilities under these Terms, Your Store, and the Service.

**11.0 YAHOO! BUSINESS EMAIL: THIS SECTION DOES NOT APPLY TO YAHOO! DOMAINS AND YAHOO! GEOCITIES CUSTOMERS. SEE SECTION 12 BELOW.**

11.1 Service Description

Yahoo! Business Email allows You to register a domain name and to create web-based or POP email accounts for the purpose of sending and receiving email at the domain name registered by You. If you have a Business Email product, other than Custom Mailbox, You can create email subaccounts for Domain Email Users so that they may send and receive email with selected email addresses. You expressly agree that any violation of these Terms may result in termination of any and all email accounts, as determined in Yahoo!'s sole discretion. Yahoo! expressly assumes no liability for any losses incurred due to Domain Email User activities.

11.2 Domain Email Users

If You are a Domain Email User, You agree that Your use of Your email subaccount is also subject to these Terms, and the Business Email Additional Terms of Service (http://docs.yahoo.com/info/guidelines/business.html), and that Your violation of these Terms may result in termination of Your subaccount, or the entire Service, as determined in Yahoo!'s sole discretion. Please note that all Domain Email Users who are assigned web-based email subaccounts must have Yahoo! IDs and are subject to the Yahoo! Terms of Service (http://docs.yahoo.com/info/terms/) and the Business Email Guidelines (http://docs.yahoo.com/info/guidelines/mail.html). Yahoo! expressly assumes no liability for any losses incurred by You due to Domain Email User activities. Domain Email Users who are assigned web-based email subaccounts may use their Yahoo! IDs to access Yahoo! Calendar, Address Book, Briefcase, and Notepad (collectively "PIM") in conjunction with their Business Email accounts. Information residing in a Domain Email User's PIM belongs to the Domain Email User. Information residing in the separate Business Email account belongs to You. You may edit preferences, settings, add or delete email addresses, read or send email, monitor Domain Email User behavior, and control access to certain areas on the Business Email account.

**12.0 YAHOO! PERSONAL ADDRESS: THIS SECTION APPLIES ONLY TO YAHOO! GEOCITIES PRO CUSTOMERS**

Yahoo! Personal Address allows You to register Your own domain name and use that domain name to create "aliases" for Your and Other's Yahoo! Personal Address accounts.

**13.0 YAHOO! DOMAINS**

For Yahoo! Domains, the Service includes assisting You in acquiring or moving a domain name (i.e. web address) as well as providing you access to certain Yahoo! software to facilitate your use of the Service.

PLEASE NOTE: WITH RESPECT TO YAHOO! DOMAINS, NOTHING IN THE AGREEMENT OBLIGATES YAHOO! TO LIST OR LINK TO YOUR DOMAIN NAME OR PROVIDE WEB SITE HOSTING SERVICES IN CONNECTION WITH YOUR DOMAIN NAME BEYOND THAT PROVIDED WITHIN THE SERVICE.

13.2 If You register a new domain name in conjunction with any Service, the following terms also apply:

(a) Yahoo! has chosen Internet Names Worldwide (a division of Melbourne IT Limited), or "INWW," an ICANN accredited registrar, for .com, .net, .org, .biz, .info, and .us domain names, to provide domain name registration services. You hereby authorize Yahoo! to acquire Your selected domain name from INWW. In order to receive a domain name, You must agree to INWW's terms and conditions, which is at the bottom of these Terms and also located at http://domains.yahoo.com/inwwagree.html for .com, .net, .org, .biz, and .info domain names and http://domains.yahoo.com/inwwagree.html for .us domain names, as may be amended. You understand that You are creating a separate contractual relationship between You and INWW, and that You, and not Yahoo!, are responsible for all fees, liability, and obligations in connection with that relationship. Until the Service is canceled or otherwise terminated, Yahoo! will pay on Your behalf the domain registration/renewal fees as part of the Service. You agree that Your obligations to indemnify under "Indemnity" in these Terms includes any claim or demand associated with Your domain name, any domain name preregistration services provided through the Service, or the INWW terms and

Yahoo! Help - Yahoo! Small Business                    Page 13 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 26 of 59

conditions.

(b) You will be listed as the registrant and administrative contact in connection with Your domain name, unless You choose another registrant and administrative contact. If You choose a registrant and administrative contact other than Yourself, such person(s) must enter into an agreement directly with the INWW and, additionally, will be bound by this Agreement in addition to You. You hereby authorize Yahoo! to list Yahoo! as the billing contact, technical contact, and name server in connection with Your domain name and to take any actions Yahoo! deems appropriate in those capacities. However, upon termination of the Service, Yahoo! may immediately cease acting in those capacities and reserves the right to transfer Your account to INWW for collection of past-due amounts. In the event of such transfer, You authorize INWW to serve as the billing contact, technical contact, and name server in connection with Your domain name, and to take any actions the INWW deems appropriate in those capacities. Upon termination of the Service, Yahoo! will not be responsible for forwarding any notices, emails, or other correspondence to You or taking any other actions in connection with Your domain name. You will be solely responsible for all ongoing fees, as well as removing Yahoo! as the billing, technical contact, and name servers in connection with Your domain name, unless Yahoo! notifies You otherwise.

(c) You acknowledge that Yahoo! cannot guarantee the availability of the domain name you select for your use until Yahoo! receives confirmation of its order from INWW, which may take several business days.

13.3 Using a Preexisting Domain Name

If You have previously registered a domain name with another provider and want to use it with the Service, You must request that the existing registrar change the name servers for the domain name as designated by Yahoo!, on Your behalf.

PLEASE NOTE: THE EXISTING REGISTRAR WILL CONTINUE TO BE THE REGISTRAR FOR THAT DOMAIN, AND YOU WILL CONTINUE TO BE RESPONSIBLE FOR ALL ONGOING FEES FOR THAT DOMAIN NAME WITH YOUR EXISTING PROVIDER, INCLUDING RENEWAL FEES. THE FEES PAYABLE TO YAHOO! FOR THE SERVICE DO NOT INCLUDE REGISTRATION OR RENEWAL FEES OWED BY YOU TO YOUR EXISTING PROVIDER.

13.4 Transferring to Yahoo!'s Registrar of Record

INWW is Yahoo!'s current registrar of record. If Yahoo! switches to another registrar of record, Yahoo! may at any time request in writing that You transfer the domain name registered for the Service to the new registrar of record. If You do not agree to this request within 30 days, You agree that Yahoo! will continue to provide the Service to You, but may, in its sole discretion, either:

(a) require You to pay an additional fee to Yahoo! for the Service in order to renew and maintain Your domain name with the prior registrar of record; or

(b) require You to be responsible for all fees, including any renewal fees, directly with the prior registrar of record, in which case You authorize Yahoo! to cease to pay for the domain name fees as part of the Service, and change the billing contact details for the domain name from Yahoo! to You by providing Your applicable Account Information to the prior registrar of record.

13.5 Verifying Your Domain Name Information

In compliance with ICANN regulation and the INWW gTLD Terms and Conditions or the INWW .us Terms and Conditions, as applicable ("Required Information"), and in order to minimize the risk of fraud, Yahoo! may at any time request You to verify any information required to be supplied by a registrant. If You fail to respond to any such request or fail to verify any Required Information to Yahoo!'s reasonable satisfaction, within 15 days of any such request from Yahoo!, Yahoo! may, in its sole discretion, immediately terminate Your Service and remove any of Your materials, including Your domain name, from Yahoo! servers.

13.6 If You choose to register a domain name using the Private Domain Registration feature of the Service, which will substitute certain information relating to the details of the Domain Name, such as the name, postal address, email address, telephone number, and fax number of the administrative contact, technical contact, and billing contact, and where applicable, the postal address, telephone number, and fax number of the registrant contact ("Contact Details"), but not the organization name, the following terms also apply:

Yahoo! Help - Yahoo! Small Business                    Page 14 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 27 of 59

(a) Yahoo! has chosen Internet Names Worldwide (a division of Melbourne IT Limited), or "INWW," an ICANN accredited registrar, to provide the Private Domain Registration features of the Service. With respect to all matters concerning the Private Domain Registration feature of the Service, you agree with all of the terms and conditions of the End User Agreement between you and INNW, which are located at the following link:
http://www.melbourneit.com.au/policies/yahoo-gtld.php.

(b) You agree to keep all information provided to Yahoo! and INNW complete, true, and accurate at all times.

(c) You understand that your billing and contact information must be complete, true, and accurate at all times.

(d) You will not use or attempt to use the service to avoid any legal obligations, including without limitation any requirements to register Yourself or any entity with the appropriate governmental organizations, or to avoid, resist, or make more difficult the service of legal process on You, or any legal entity.

(e) You will respond in a timely manner to any communications from Yahoo!, INNW and any communications from a third party forwarded to You by INNW.

(f) YOU EXPRESSLY AGREE AND ACKNOWLEDGE THAT ANY CANCELLATION, FAILURE TO RENEW, TERMINATION, OR DESELECTION OF PRIVATE DOMAIN REGISTRATION FEATURES BY EITHER YOU OR YAHOO! WILL RESULT IN PUBLICATION OF THE REGISTRATION INFORMATION OF THE ASSOCIATED DOMAIN (S) IN THE PUBLIC WHOIS DATABASE AND MADE PUBLICLY AVAILABLE.

(g) NOTWITHSTANDING THE PRIVATE DOMAIN REGISTRATION FEATURE OF THE SERVICE, YOU EXPRESSLY AGREE AND ACKNOWLEDGE THAT YAHOO! AND/OR INNW MAY DISCLOSE THE CONTACT DETAILS REGARDING THE RELEVANT DOMAIN NAME WITHOUT ANY LIABILITY TO YOU, IF YAHOO! OR INNW CONSIDERS, IN THEIR SOLE DISCRETION, THAT DISCLOSURE IS NECESSARY OR DESIRABLE TO COMPLY WITH THE REQUIREMENTS OR DIRECTIONS OF ANY GOVERNMENT AGENCY, OR REGISTRY, ANY APPLICABLE LAW, REGULATION OR RULE, SUBPOENA, COURT ORDER, OR ENFORCEMENT AGENCY REQUEST; OR IF ANY THIRD PARTY INSTITUTES PROCEEDINGS AGAINST YAHOO! OR INNW, OR THREATENS TO TAKE PROCEEDINGS AGAINST EITHER YAHOO! OR INNW, DIRECTLY OR INDIRECTLY, WITH RESPECT TO THE RELEVANT DOMAIN NAME.

**14.0 COMPLIANCE**

14.1 You represent and warrant that You are not a resident of any country or affiliated with any organization prohibited to do business within the United States as defined and set forth at: **http://www.export.gov** and **http://www.treas.gov/ofac.** You further represent and warrant that You will not export, re-export, transfer, or make available, whether directly or indirectly, any regulated item or information to anyone outside the U.S. in connection with this Agreement without first complying with all export control laws and regulations that may be imposed by the U.S. government and any country or organization of nations within whose jurisdiction You operate or do business. You agree to comply with all applicable U.S. and non-U.S. laws, rules, regulations and orders, including, but not limited to, tax, export and import, embargo and trade sanctions, intellectual property, including copyright, content, sales, mail-order, commerce, and e-commerce laws and regulations. You shall be responsible for determining what laws or regulations are applicable to Your use of the Services. You shall, upon the request of Yahoo!, provide Yahoo! assurance of Your compliance with those laws. You acknowledge that Yahoo! exercises no control whatsoever over the content of the information passing through Your site(s) and that it is Your sole responsibility to ensure that the information You and Your users transmit and receive complies with all applicable laws and regulations and the Yahoo! Policies.

14.2 You are responsible for charging and collecting from Your end-user customers any and all applicable taxes. If You fail to impose and/or collect any tax from end users or Your other retail customers as required herein, then, as between Yahoo! and You, You shall remain liable for such uncollected tax and any interest and penalty assessed thereon with respect to the uncollected tax by the applicable taxing authority. With respect to any tax that You have agreed to pay or impose on and/or collect from end users or Your other retail customers, You agree to indemnify and hold harmless Yahoo! for any costs incurred as a result of actions taken by the applicable taxing authority to collect the tax from Yahoo! due to Your failure to pay or collect and remit such tax to such authority.

**15.0 SUPPORT**

Yahoo! reserves the right to establish limitations on the extent of any support provided for the Service, and the hours at which it is available.

Yahoo! Help - Yahoo! Small Business                    Page 15 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 28 of 59

**16.0 INDEMNITY**

You agree to indemnify and hold harmless Yahoo!, and its parents, subsidiaries, affiliates, cobranders or other partners, officers, directors, shareholders, employees, and agents, from any claim, demand, or investigation, including reasonable attorneys fees, made by any third party due to or arising out of Your Content, Your conduct, Your use of the Service, the goods or services offered or sold through Your Service, any alleged violation of these Terms, including any applicable Yahoo! Policies, law, or regulation, or any alleged violation of any rights of another, including but not limited to Your use of any content, trademarks, service marks, trade names, copyrighted or patented material, or other intellectual property used in connection with Your Service. Yahoo! reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by You, but doing so shall not excuse Your indemnity obligations.

**17.0 RESALE OF SERVICE**

You agree not to reproduce, duplicate, copy, sell, resell, or exploit any portion of the Service, use of the Service, or access to the Service without the express written permission of Yahoo!

**18.0 GENERAL PRACTICES REGARDING USE AND STORAGE**

You acknowledge that Yahoo! may establish general practices and limits concerning use of the Service.

**19.0 MODIFICATIONS TO AND DISCONTINUATION OF SERVICE**

Yahoo! reserves the right at any time and from time to time to modify or discontinue, temporarily or permanently, the Service (or any part thereof) with or without notice. You agree that Yahoo! shall not be liable to You or to any third party for any modification, suspension, or discontinuance of the Service.

**20.0 DISCLAIMER OF WARRANTIES**

YOU EXPRESSLY UNDERSTAND AND AGREE THAT:

(a) THE SERVICE AND SOFTWARE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. YAHOO! EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NONINFRINGEMENT.

(b) YOUR USE OF THE SERVICE, THE SOFTWARE, AND ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE, IS DONE AT YOUR OWN DISCRETION AND RISK, AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGES TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA.

(c) THE SECURITY MECHANISM INCORPORATED IN THE SOFTWARE HAS INHERENT LIMITATIONS, AND YOU MUST DETERMINE THAT THE SOFTWARE ADEQUATELY MEETS ITS REQUIREMENTS.

(d) NEITHER THIS AGREEMENT NOR ANY DOCUMENTATION FURNISHED UNDER IT IS INTENDED TO EXPRESS OR IMPLY ANY WARRANTY THAT(i) THE SERVICE OR SOFTWARE WILL MEET YOUR REQUIREMENTS, (ii) THE SERVICE OR SOFTWARE WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE, (iii) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICE WILL BE ACCURATE OR RELIABLE, (iv) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION, OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH THE SERVICE WILL MEET YOUR EXPECTATIONS, AND (v) ANY ERRORS IN THE SOFTWARE WILL BE CORRECTED.

(e) NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED THROUGH OR FROM THE SERVICE SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THESE TERMS.

(f) YAHOO! ASSUMES NO RESPONSIBILITY FOR THE TIMELINESS, DELETION, MISDELIVERY, OR FAILURE TO STORE ANY USER COMMUNICATIONS OR PERSONALIZATION SETTINGS.

**21.0 LIMITATION OF LIABILITY**

Yahoo! Help - Yahoo! Small Business                    Page 16 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 29 of 59

YOU EXPRESSLY UNDERSTAND AND AGREE THAT YAHOO! AND ITS AFFILIATES, COBRANDERS, OR OTHER PARTNERS, OFFICERS, DIRECTORS, SHAREHOLDERS, EMPLOYEES AND AGENTS,SHALL NOT BE LIABLE,UNDER ANY CIRCUMSTANCES OR LEGAL THEORIES WHATSOEVER, FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF BUSINESS, PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF YAHOO! HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), RESULTING FROM: (i) THE USE OR THE INABILITY TO USE THE SERVICE; (ii) ERRORS, DEFECTS, OMISSIONS, DELAYS IN OPERATION OR TRANSMISSION, OR ANY OTHER FAILURE OF PERFORMANCE OF THE SERVICE OR THE SOFTWARE; (iii) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION, OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO, THROUGH, OR FROM THE SERVICE; (iv) UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA; (v) STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE SERVICE; (vi) ANY GOOD OR SERVICE OFFERED OR SOLD THROUGH THE SERVICE; OR (vii) ANY OTHER MATTER RELATING TO THE SERVICE OR SOFTWARE.

YAHOO!'S LIABILITY TO YOU SHALL NOT, FOR ANY REASON, EXCEED THE AGGREGATE PAYMENTS ACTUALLY MADE BY YOU TO YAHOO! OVER THE COURSE OF THE EXISTING TERM. YOU ACKNOWLEDGE THAT YAHOO! HAS SET ITS PRICES IN RELIANCE UPON THE LIMITATIONS OF LIABILITY AND THE DISCLAIMERS OF WARRANTIES AND DAMAGES SET FORTH HEREIN, AND THAT THE SAME FORM AN ESSENTIAL BASIS OF THE BARGAIN BETWEEN THE PARTIES. YOU AGREE THAT THE LIMITATIONS AND EXCLUSIONS OF LIABILITY AND DISCLAIMERS SPECIFIED IN THESE TERMS WILL SURVIVE AND APPLY EVEN IF FOUND TO HAVE FAILED OF THEIR ESSENTIAL PURPOSE. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR LIABILITIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

**22.0 NOTICE**

Notices under these Terms shall be by electronic mail or in writing and shall be deemed delivered upon receipt to the party to whom such communication is directed, at the addresses specified below. If to Yahoo!, such notices shall be addressed to 701 First Avenue, Sunnyvale, CA 94089, USA. If to You, such notices shall be addressed to the electronic or mailing address specified when You opened Your account, or such other address as either party may give the other by notice as provided above. Yahoo! may also provide notices of changes to these Terms or other matters by displaying notices or links to notices to You generally on the Service.

**23.0 CHOICE OF LAW AND FORUM (LOCATION OF LAWSUIT)**

These Terms and the relationship between You and Yahoo! shall be governed by the laws of the State of California without regard to its conflict of law provisions, and specifically excluding from application to these Terms that law known as the United Nations Convention on the International Sale of Goods. You and Yahoo! agree to submit to the personal jurisdiction of the courts located within the county of Santa Clara, California. The failure of Yahoo! to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision.

**24.0 FORCE MAJEURE**

Except for the obligation to make payments, neither party will be liable for any failure or delay in its performance under this Agreement due to any cause beyond its reasonable control, including, but not limited to, acts of war, acts of terrorists, acts of God, earthquake, flood, embargo, riot, sabotage, labor shortage or dispute, governmental act, or failure of the Internet (not resulting from the actions or inactions of Yahoo!), provided that the delayed party: (a) gives the other party prompt notice of such cause, and (b) uses its reasonable commercial efforts to promptly correct such failure or delay in performance. If Yahoo! is unable to provide Service(s) for a period of thirty (30) consecutive days as a result of a continuing force majeure event, You may cancel the Service(s), but there shall be no liability on the part of Yahoo!

**25.0 ASSIGNMENT**

Except as expressly set forth herein, You may not assign Your rights or delegate Your duties under this Agreement either in whole or in part without the prior written consent of Yahoo!, and any attempted assignment or delegation without such consent will be void. Yahoo! may assign this Agreement in whole or part. Yahoo! also may delegate the performance of Services to third parties, including Yahoo! affiliates. This Agreement will bind and inure to the benefit of each party's successors and permitted assigns.

Yahoo! Help - Yahoo! Small Business                                    Page 17 of 30

Case 5:08-cv-01894-RS      Document 11-3      Filed 06/03/2008      Page 30 of 59

**26.0 RELATIONSHIP OF PARTIES**

This Agreement will not establish any relationship of partnership, joint venture, employment, franchise, or agency between Yahoo! and You. Neither Yahoo! nor You will have the power to bind the other or incur obligations on the other's behalf without the other's prior written consent, except as otherwise expressly provided herein.

**27.0 NO THIRD-PARTY BENEFICIARIES**

Yahoo! and You agree that, except as otherwise expressly provided in this Agreement, there shall be no third-party beneficiaries to this Agreement, including but not limited to the insurance providers for either party or Your customers.

**28.0 COPYRIGHTS AND COPYRIGHT AGENTS**

Yahoo! respects the intellectual property of others, and we ask that You do the same. If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide our Copyright Agent for notice the following information:

    (a) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual-property interest;

    (b) a description of the copyrighted work or other intellectual property that You claim has been infringed;

    (c) a description of where the material that You claim is infringing is located on the site;

    (d) Your address, telephone number, and email address;

    (e) a statement by You that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

    (f) a statement by You, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright or intellectual-property owner or authorized to act on the copyright or intellectual-property owner's behalf.

The Copyright Agent for notice of claims of copyright or other intellectual-property infringement can be reached as follows:

By mail:

Copyright Agent
c/o Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089
By phone: (408) 349-5080
By email: copyright@yahoo-inc.com

**29.0 INTEGRATION AND SEVERABILITY**

These Terms constitute the entire agreement between You and Yahoo! and govern Your use of the Service, superceding any prior agreements between You and Yahoo! (including, but not limited to, any prior versions of these Terms) pertaining to this Service. You also may be subject to additional terms and conditions that may apply when You use affiliate or other Yahoo! services, third-party content, or third-party software. If any provision of these Terms or incorporated documents is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of these Terms remain in full force and effect. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Service or these Terms must be filed within one (1) year after such claim or cause of action arose or be forever barred. The section titles in these Terms are for convenience only and have no legal or contractual effect.

Yahoo! Help - Yahoo! Small Business                    Page 18 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 31 of 59

**30.0 SURVIVAL**

The provisions of Sections 3, 4, 5.6, 5.7, 5.8, 7, 8, 9, 10.1, 10.2, 10.4, 10.5, 10.7, 10.8, and 11 through this Section 30 will survive any termination or expiration of these Terms.

Revision 39258

**MELBOURNE IT DOMAIN NAME REGISTRATION AGREEMENT**

.com, .net, .org, .biz, .info, .name, .travel, .cat and .mobi registrations only

**PART A - Terms that apply to all domain name registrations**

**TERMS AND CONDITIONS**

**General**

**1. Introduction**
Melbourne IT is an accredited Registrar of Internet Corporation For Assigned Names and Numbers (ICANN). This domain name registration agreement (Registration Agreement) is submitted by you, the applicant for, and on registration, the licence holder of a domain name (refered to in this Agreement as you, your and the Registrant) to Melbourne IT Limited ACN 073 716 793 (Melbourne IT) for the purpose of registering a domain name.

Part A sets out the general provisions governing all domain name registrations governed by this Registration Agreement.

Part B sets out the additional provisions specific to .com, .net and .org domain name registrations.

Part C sets out the additional provisions specific to multi-lingual domain name registrations.

Part D sets out the additional provisions specific to other domain name pre-registrations and registrations governed by this Registration Agreement.

If this Registration Agreement is accepted by Melbourne IT, Registrant agrees to be bound by the terms and conditions of this Registration Agreement in respect of any domain name pre-registrations or registrations submitted by Registrant to Melbourne IT.

**2. Changes to this Registration Agreement**
Melbourne IT may change the terms and conditions of this Registration Agreement either by obtaining your consent or giving you notice. The period of notice given by Melbourne IT depends on the nature of the change. If:

1. the change will benefit you, we may make the change immediately and are not required to notify you prior to the change;
2. the change is required by law, a regulatory body (including ICANN, auDA or any other domain name regulatory body) or for a technical reason (including for security), we will give you a reasonable period of notice not exceeding 3 days;
3. we consider that the change has a significant and detrimental impact on our customers generally, we will give you at least 30 days notice prior to the change, and
4. for all other changes, we will also give you at least 30 days notice prior to the change.

Melbourne IT may give notice of a change by posting the new version of the Agreement on its website located at www.melbourneit.com.au/policies.

**3. Licensing of Domain Name**
Registrant remains the responsible contracting party under this Registration Agreement, even if Registrant licenses use of the domain name to a third party.

**4. Dispute Policy**
Registrant agrees, as a condition to submitting this Registration Agreement, and if the Registration Agreement is

accepted by Melbourne IT, that on successful registration of any domain name under this Agreement the Registrant is bound by Melbourne IT's current dispute policy and the dispute policy procedures. Registrant acknowledges that the dispute policy described in this clause 4 is the Uniform Domain Name Dispute Resolution Policy (**the UDRP Dispute Policy**). Registrant agrees that in respect of the pre-registration or registration of other domain names covered by this agreement in Part D, other dispute policies may apply as specified by the registry administrator of those domain names from time to time, as described in more detail in Part D (the "Other Dispute Policies"). Registrant agrees that Melbourne IT may change or modify the UDRP Dispute Policy, incorporated by reference herein, at any time. Registrant agrees that Registrant's maintaining the registration of a domain name after changes or modifications to the UDRP Dispute Policy become effective constitutes Registrant's continued acceptance of these changes or modifications. Registrant agrees that any dispute relating to registration or use of its domain name (and which is not the subject of the Other Dispute Policies) will be subject to the provisions specified in the UDRP Dispute Policy. Without prejudice to other potentially applicable jurisdictions, Registrant submits to the jurisdiction of the courts as described in clause 19. The UDRP Dispute Policy can be viewed at http://www.inww.com/policies/gtlddispute.php3. The UDRP Dispute Policy procedure can be viewed at http://www.inww.com/policies/gtldrules.php3.

## 5. Agents

Registrant agrees that if this Registration Agreement is completed by an agent for the Registrant, such as an Administrative Contact/Agent, the Registrant is nonetheless bound as a principal by all terms and conditions herein, including the relevant domain name dispute policy.

## 6. Expiration of the domain name license

i. You may renew your domain name with Melbourne IT at any time before the date 40 days after the Expiry Date (Renewal Deadline).
ii. Registrant acknowledges that certain registry authorities offer a further period after the Renewal Deadline during which a registrant may renew their domain name before it is available for re-registration by other parties. If your domain name has not otherwise been dealt with by Melbourne IT under the terms of this Registration Agreement, your domain name will be cancelled at the registry after which you may be eligible for a further 30 day Registry Redemption Grace Period during which you may redeem your domain name by paying to Melbourne IT the redemption fee (the current redemption fee is set out at http://www.melbourneit.com.au and is subject to change).

6A Additional Provisions for Undelegated and Expiring Domain Names

6A.1 On registration of a domain name with Melbourne IT as registrar Melbourne IT may by default delegate that name to resolve to a Melbourne IT Parked Page. Registrant acknowledges and agrees that the Melbourne IT Parked Page may include a statement and graphics to the effect that the website/domain name is registered/powered by Melbourne IT; links to Melbourne IT's website; links to third party websites, advertising of Melbourne IT products and services and advertising content from or about a third party and/or their products and services. Registrant may opt-out of the display of the Melbourne IT Parked Page prior to the Expiry Date by:

> 6A.1.1 registering the domain name with a Melbourne IT Authorised Reseller who has agreed with Melbourne IT not to participate;
> 6A.1.2 delegating its domain name to a different nameserver; or
> 6A.1.3 giving written notice to Melbourne IT Limited at Level 2, 120 King Street, Melbourne 3000 Australia (or such other business address notified from time to time by Melbourne IT on its web site).

6A.2 At the request of the Registrant Melbourne IT may provide its Private Registration Service (which includes, without limitation, updating certain public contact details associated with the domain name such as the postal address and email address in the WHOIS database) with respect to the domain name for the period up to and including the Expiry Date on the following terms.

> 6A.2.2 The Private Registration Terms located at http://www.melbourneit.com.au/policies/privateregpolicy.php (as may be updated from time to time) are hereby incorporated into this Agreement by reference.
> 6A.2.4 Registrant may terminate the provision of the Private Registration Service at any time prior to the Expiry Date in accordance with the Private Registration Terms.
> 6A.2.5 Melbourne IT may charge Registrant a fee for the provision of the Private Registration Service as notified to the Registrant from time to time. Registrant will be required to pay (and to continue to pay) for the Private Registration Service in accordance with the billing and payment provisions contained in the Private Registration Terms

Yahoo! Help - Yahoo! Small Business                                    Page 20 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 33 of 59

6A.2.6 Registrant may terminate the provision of the Private Registration Service:

6A.2.6.1 in the case of changing the fee for the Private Registration Service, at any time by at least 30 days written notice to Melbourne IT; or 6A.2.6.2 at any other time in accordance with the Private Registration Terms.

6A.3 Melbourne IT may elect to lock the domain name at any time and Registrant may unlock the domain name at any time subject to any relevant policies, procedures and processes (for example, relating to a UDRP dispute).

6A.5 Following the Expiry Date, Melbourne IT may delegate (or re-delegate, if applicable) any domain name registered through Melbourne IT as registrar to resolve to a Melbourne IT Parked Page.

6A.6 Melbourne IT may from the Expiry Date:

6A.6.1 state that the domain name may become available to be acquired or transferred to a third party following the expiration of the Renewal Deadline via the Melbourne IT Parked Page or such other means reasonably determined by Melbourne IT; and
6A.6.2 Melbourne IT may continue to supply Melbourne IT's Private Registration Service to Registrant in connection with the domain name) in accordance with the Private Registration Terms, at no cost to Registrant.

6A.7 If Registrant has not renewed the domain name by the Renewal Deadline, Melbourne IT may transfer the domain name to a third party (Transferee) on Registrant's behalf and as Registrant's agent (Registrant Domain Name Transfer).

6A.8 In order to facilitate a Registrant Domain Name Transfer, Registrant agrees that:

6A.8.1 Melbourne IT may use a third party provider of auction services and/or sale services in connection with the transfer of domain names (Third Party Provider);
6A.8.2 Melbourne IT has full authority to act as Registrant's agent (including to exercise any rights under any terms and conditions) to effect the Registrant Domain Name Transfer, and any such acts will be deemed as an act validly performed by the Registrant;
6A.8.4 Melbourne IT will notify Registrant by email following receipt of any fees received by Melbourne IT in cleared funds from a Transferee for a Registrant Domain Name Transfer. Registrant acknowledges that Melbourne IT will only be able to contact Registrant, if required, under this clause 6A.8.4. if Registrant keep its contact details with respect to the domain name up to date. Registrant therefore agrees that Registrant will be solely responsible for keeping such contact details up to date;
6A.8.5 Registrant may receive a transfer price commission, as specified from time to time at www.melbourneit.com.au/help/index.php?questionid=50103, which link or transfer price commission may be updated or amended by Melbourne IT from time to time (Transfer Price Commission) subject to:

6A.8.5.1 Registrant applying to Melbourne IT for that Transfer Price Commission within ninety days of the email notification referred to in clause 6A.8.4, in accordance with the process notified from time to time by Melbourne IT to Registrant (Transfer Price Commission Application); and
6A.8.5.2 Melbourne IT being able to authenticate the identity of Registrant via Melbourne IT's standard authentication procedures, as applicable at the relevant time;

6A.8.6 If eligible and the Registrant has provided Melbourne IT with the Transfer Price Commission Application (but not otherwise), Registrant, will be paid the Transfer Price Commission within 30 days of receipt by Melbourne IT of the Transfer Price Commission Application (Payment Date Period) and in a manner determined by Melbourne IT in its sole discretion (including but not limited to, by a transfer of funds via a Paypal™ account or similar service), such manner to be detailed in an email communication to Registrant within the Payment Date Period. Registrant acknowledges that if Melbourne IT determines to pay the Transfer Price Commission via a Paypal™ account or similar service, Registrant will only be able to receive the Transfer Price Commission in the event that Registrant sets up an account with Paypal™ account or that other service (if applicable); and
6A.8.7 If eligible the Registrant will be paid any Transfer Price Commission (if applicable):
6A.8.7(A) subject to clause 6A.8.7(B), exclusive of any goods and services tax and any other taxes and charges that may be applicable to the Transfer Price Commission by any relevant law, and Registrant will be responsible for any applicable tax, charge or levy; or

Yahoo! Help - Yahoo! Small Business                                    Page 21 of 30

Case 5:08-cv-01894-RS      Document 11-3      Filed 06/03/2008      Page 34 of 59

6A.8.7(B) if Registrant is an Australian resident for taxation purposes, in addition to being required to provide Melbourne IT with the Transfer Price Application, Registrant must provide Melbourne IT with a valid Australian Business Number (ABN), and any Transfer Price Commission paid to Registrant:

6A.8.7(B)(i) will be paid inclusive of any goods and services tax ("GST") but exclusive of any other tax or charge which may apply to the commission under any relevant law, and for which Registrant shall be responsible; and

6A.8.7(B)(ii) will be supported by a recipient-created tax invoice issued to Registrant by Melbourne IT in accordance with the requirements of the GST legislation then in force.

6A.9 Registrant acknowledges that if Melbourne IT undertakes any of the actions contemplated by clauses 6A.5 or 6A.6, any services in connection with the domain name (including without limitation, any email services) will cease.

6A.10 Registrant agrees that Melbourne IT may cease and not complete a Registrant Domain Name Transfer for any reason at any time (including, without limitation, if any dispute is raised in connection with the domain name or if Melbourne IT is required to do so to comply with any order or direction of ICANN, any applicable registry administrator or enforcement agency, or Melbourne IT elects to comply with any request from such party to do so).

6A.11 Nothing in this clause 6A will constitute an obligation for Melbourne IT to effect or an express or implied guarantee or warranty that Melbourne IT will be successful in effecting a Registrant Domain Name Transfer. In addition Melbourne IT takes no responsibility for (and will have no liability to Registrant for) any act (or omission) of the Third Party Provider arising directly or indirectly out of the auction or sale of the domain name, including, without limitation, with respect to the finalisation of the auction or sale of the domain name of the domain name by the Third Party Provider.

6A.12 Nothing in this clause 6A shall require Melbourne IT to perform any act or thing which, in Melbourne IT's sole discretion, is inconsistent with or disadvantageous to its role as registrar under this Agreement or otherwise, or result in Melbourne IT not being entitled to exercise any other right available to Melbourne IT under this Agreement.

## 7. Limitation of Liability

To the extent permitted by law, Registrant agrees that neither Melbourne IT nor the registry administrator has any liability to the Registrant or the Registrant's agent for any loss Registrant may incur in connection with Melbourne IT's processing of this Registration Agreement, Melbourne IT's processing of any pre-registration application or application for a domain name, the processing of any authorized modification to the domain name's record during the covered registration or renewal period, any action (or inaction of either Melbourne IT or any Third Party Provider under clause 6A), or the failure by the Registrant or the Registrant's agent to pay a pre-registration fee or other fee (including, without limitation, any registration fee or renewal fee), or as a result of the application of the provisions of the relevant domain name dispute policy. Registrant agrees that in no event will the liability of Melbourne IT under this Agreement for any matter exceed, in the sole option of Melbourne IT, the re-supply of the services again or the fee paid to Melbourne IT for the provision of the services.

## 8. Indemnity

Registrant agrees to indemnify, keep indemnified and hold both Melbourne IT and the registry administrator, their directors, officers, employees and agents harmless from and against all and any and all claims, damages, liabilities, costs and expenses (including reasonable legal fees and expenses) arising out of or relating to Registrant's domain name registration, renewal or pre-registration, or to the Registrant's use of the domain name. This clause survives termination of this Agreement.

## 9. Breach

Registrant agrees that failure to abide by any provision of this Registration Agreement or the relevant domain name dispute policy (including, without limitation, any domain name dispute policy that applies during a pre-registration period) may be considered by Melbourne IT to be a material breach and that Melbourne IT may provide a notice, describing the breach, to the Registrant. If, within thirty (30) days of the date of such notice, the Registrant fails to provide evidence, which is reasonably satisfactory to Melbourne IT, that it has not breached its obligations, then Melbourne IT may delete Registrant's registration of the domain name. Any such breach by a Registrant shall not be deemed to be excused simply because Melbourne IT did not act earlier in response to that, or any other, breach by the Registrant. Notice may be given by mail, facsimile or electronic means.

## 10. No Warranty by Melbourne IT

Registrant agrees that neither a pre-registration application nor a registration of a domain name grants any legal rights

Yahoo! Help - Yahoo! Small Business                    Page 22 of 30

Case 5:08-cv-01894-RS     Document 11-3     Filed 06/03/2008     Page 35 of 59

of ownership of the relevant domain name, nor does it confer immunity from objection to the pre-registration, registration or use of the domain name.

**11. Acknowledgements and Warranty**
(i) Registrant acknowledges that it is Registrant's responsibility to ensure that the domain name is renewed. Registrant agrees, in addition to the indemnity above, to keep indemnified, release and hold harmless Melbourne IT and the registry administrator, their directors, officers, employees and agents, against any claim for damage or loss arising from any failure of Registrant's domain name to be renewed by Registrant.

(ii) Registrant warrants that, to the best of Registrant's knowledge and belief, neither its registration of a domain name nor the manner in which it is directly or indirectly used infringes the legal rights of a third party. Breach of this warranty will constitute a material breach.

**12. Revocation**
Registrant agrees that Melbourne IT may delete a Registrant's domain name if any information required to be supplied by the Registrant under this Registration Agreement, or subsequent modification(s) thereto, is false or misleading, or conceals or omits any information Melbourne IT would likely consider material to its decision to approve this Registration Agreement.

**13. Right of Refusal**
Registrant acknowledges that the registry administrator or ICANN policy may provide that registration of certain domain names is prohibited. Melbourne IT, in its sole discretion, reserves the right to refuse to approve the Registration Agreement for any Registrant. Registrant agrees that the submission of this Registration Agreement does not obligate Melbourne IT to accept this Registration Agreement. Registrant agrees that Melbourne IT is not liable for loss or damage that may result from Melbourne IT's refusal to accept this Registration Agreement.

**14. Change in Registrar**
Registrant agrees that it can change its Registrar for an existing domain name only in accordance with registry administrator policy. Registrant agrees it may not change its Registrar for a period of sixty (60) days after initial registration of the domain name with Melbourne IT.

**15. Suspension, Cancellation, Transfer**
Registrant agrees that registration of its domain name shall be subject to suspension, cancellation or transfer by any ICANN procedure, or by any registry administrator procedure approved by ICANN policy:

15.1 to correct mistakes by Registrar or the registry administrator in registering the domain name;
15.2 for the resolution of disputes concerning the domain name; or
15.3 in case of arbitration or court proceedings being commenced with respect to the rights to the domain name. In addition to the above rights, Melbourne IT may suspend or cancel the registration of Registrant's domain name or, suspend the delegation of Registrant's Domain Name, if as reasonably determined by Melbourne IT in its sole discretion, the Registrant or any other person uses the domain name in connection with any:
15.4 activity that infringes the intellectual property rights or other rights of any third party;
15.5 activity that defames or disparages any third party; or
15.6 otherwise illegal or fraudulent activity, or otherwise in accordance with Melbourne IT's Acceptable Use Policy.

**16. Payment**
16.1 The registration fee is payable with the Application.
16.2 Registration is not effective until the Registration fee has been paid and cleared.
16.3 The registration is for the full period of years selected and paid for at the time of Application or renewal.
16.4 All fees are non-refundable.

**17. Non payment**
Registrant agrees that failure to pay any fee for its domain name when due (as evidenced for example by, without limitation, Registrant's payment method company notifying Melbourne IT of Registrant disputing the payment of, or refusing to pay such Registration fee, or where the Registrant's credit card or PayPal payment has been declined or reversed) will entitle Melbourne IT to immediately transfer the relevant domain name from the Registrant to Melbourne IT, at its sole discretion. Registrant acknowledges that Melbourne IT will own all rights of the registered domain name holder in respect of any domain name transferred to Melbourne IT under this clause 16, including the right to sell the domain name to a third party. Melbourne IT may in its sole discretion re-transfer the relevant domain name to the Registrant subject to the Registrant's payment of any outstanding Registration fee, and Registrant's payment of

Yahoo! Help - Yahoo! Small Business                                    Page 23 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 36 of 59

Melbourne IT's then current re-transfer fee.

**17. Severability**
Registrant agrees that the terms of this Registration Agreement are severable. If any term or provision is declared invalid, it shall not affect the remaining terms or provisions, which shall continue to be binding.

**18. Application Details**
Registrant must provide to Melbourne IT the information set out in the compulsory fields and may provide the information set out in the discretionary fields of the Application ('Information'). Registrant warrants that all Information provided is accurate and reliable. Registrant undertakes to promptly correct and update Information during the registration or renewal period and to respond within fifteen (15) calendar days to inquiries from Melbourne IT concerning the accuracy of compulsory Information.

Registrant agrees that this Registration Agreement and the relevant domain name dispute policy (including, without limitation, any domain name dispute policy that applies during a pre-registration period) is the complete and exclusive agreement between Registrant and Melbourne IT regarding the registration of Registrant's domain name. This Registration Agreement and the relevant domain name dispute policy supersede all prior agreements and understandings, whether established by custom, practice, policy, or precedent.

**19. Use of Information**
19.1 Registrant acknowledges Information obtained from Registrant will be:

> 19.1.1 transmitted to the registry administrator for registry use
> 19.1.2 publicly available as required by ICANN, the registry or the relevant regulator;
> 19.1.3 used by Melbourne IT for inclusion in registers and data bases produced by Melbourne IT or its licensees.

19.2 Registrant may access data provided and rectify any incorrect data relating to Registrant through a registry key to be provided by Melbourne IT. Registrant may provide a written authorisation to an agent to hold and use the registry key. Registrant must inform Melbourne IT of its current agent as required by Melbourne IT.
19.3 Registrant consents to the use of the Information for the purposes set out in clauses 19.1.1 to 19.1.3.
19.4 Registrant warrants that it has provided, or will provide, to any third party individuals whose personal details the Registrant has provided to Melbourne IT, the same information about use of those details as are set out in this clause 19, and that the third parties individually have consented to use of their personal data.
19.5 Melbourne IT will not process Information in a manner incompatible with the purposes and limitations set out in this clause 19. Melbourne IT will process Information in accordance with the terms of its Privacy Policy, which can be viewed at http://www.melbourneit.com.au/privacy/.
19.6 Melbourne IT will take reasonable precautions to protect personal information obtained from Registrant from loss, misuse, unauthorised access or disclosure, alteration or destruction.

**20. Severability**
Registrant agrees that the terms of this Registration Agreement are severable. If any term or provision is declared invalid, it shall not affect the remaining terms or provisions, which shall continue to be binding.

**21. Entirety**
Registrant agrees that this Registration Agreement and the relevant domain name dispute policy (including, without limitation, any domain name dispute policy that applies during a pre-registration period) is the complete and exclusive agreement between Registrant and Melbourne IT regarding the registration of Registrant's domain name. This Registration Agreement and the relevant domain name dispute policy supersede all prior agreements and understandings, whether established by custom, practice, policy, or precedent.

**22. Governing Law**
22.1 Registrant agrees that this Registration Agreement is to be construed in accordance with the laws of the State of Victoria, Australia.
22.2 In relation to any dispute, legal action or proceedings that may be brought by the Registrant with respect to this Agreement or any transaction contemplated by this Agreement, Registrant irrevocably and unconditionally submits to and accepts the exclusive jurisdiction and venue of the Courts of Victoria, Australia (including the Victorian Registry of the Federal Courts. and all courts hearing appeals from such Courts.
22.3 In relation to any dispute, legal action or proceedings that may be brought against the Registrant by a third party concerning or arising from use of the domain name (including a UDRP dispute), the Registrant shall submit, without

prejudice to other potentially applicable jurisdictions, to the jurisdiction of the courts (1) of the Registrant's domicile and (2) where Melbourne IT is located.

**23. General**
23.1 Nothing in this Agreement may be construed as creating the relationship of agency partnership or joint venture between the parties.
23.2 Failure by Melbourne IT to require Registrant to comply with a provision of this agreement does not affect the full right to require any provision to be performed at any time thereafter.

**Part B - Terms that apply to .com, .net, .org domain name registrations only**

**24. .com, .net and .org registry operators**

Verisign Global Registry Services is the registry administrator responsible for administering the .com and .net domain name registry. Public Interest Registry is the registry administrator responsible for administering the .org domain name registry.

**PART C - Multilingual Registrations**

**25. Special Provisions for ML.Registrations**
Registrants who register an Internationalised Domain Name (hereafter referred to as a 'Multilingual domain name') acknowledge that the Multilingual system is at all times subject to any change in standards published from time to time by the Internet Engineering Task Force ('IETF').

As at the date of this Agreement, IETF standards have been implemented for .com, .net and .org Multilingual domain names.

Registrant acknowledges and agrees that any changes or amendments to these IETF standards may cause the internal representation of a Multilingual domain name or the licence period of a Multilingual domain name to change, become invalid, or, be deleted. Such occurrences will be resolved on a case-by-case basis by Melbourne IT, as they occur, to the extent that Melbourne IT is able to do so.

No .org Multilingual domain name may be registered from the date of this Agreement, unless Melbourne IT provides notification to the contrary.

REGISTRANTS WHO REGISTER OR RENEW A MULTILINGUAL DOMAIN NAME (TO THE EXTENT THAT SUCH REGISTRATION OR RENEWAL IS AVAILABLE OR PERMITTED) DO SO AT THEIR OWN RISK. IN ADDITION TO THE INDEMNITIES ABOVE, REGISTRANT AGREES TO KEEP INDEMNIFIED, RELEASE AND HOLD HARMLESS MELBOURNE IT AND THE REGISTRY ADMINISTRATOR, THEIR DIRECTORS, OFFICERS, EMPLOYEES AND AGENTS FROM AND AGAINST ALL CLAIMS, LOSS OR DEMANDS FROM REGISTRANT AND ANY THIRD PARTY ARISING OUT OF THE INVALIDITY OR DELETION OF ANY MULTILINGUAL DOMAIN NAME, 0R ANY CHANGE OR VARIATION TO, OR ANY RESTRICTION ON OR INABILITY TO USE ANY MULTILINGUAL DOMAIN NAME, OR THE INVALIDITY OF ANY MULTILINGUAL DOMAIN NAME. NO REFUND OF ANY PART 0F ANY FEES PAID OR PAYABLE WILL BE MADE IF ANY MULTILINGUAL DOMAIN NAME IS CHANGED, BECOMES INVALID, DELETED OR IS OTHERWISE NOT ABLE TO BE USED.

**PART D - Terms that apply to other domain name pre-registrations and registrations**

**26. .biz, .info, .name, .travel and .cat Domain Names**

A Should you seek to register a .biz second level domain name, you must contractually agree to the following terms:

1. BIZ REGISTRY OPERATOR
NeuLevel, Inc is the registry administrator responsible for administering the .biz domain name registry.

2. BIZ RESTRICTIONS
Registrations in the .biz TLD must be used or intended to be used primarily for bona fide business or commercial purposes. For purposes of the .biz Registration Restrictions ("Restrictions"), "bona fide business or commercial use" shall mean the bona fide use or bona fide intent to use the domain name or any content, software, materials, graphics

Yahoo! Help - Yahoo! Small Business                                    Page 25 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 38 of 59

or other information thereon, to permit Internet users to access one or more host computers through the DNS:

    a) To exchange goods, services, or property of any kind;
    b) In the ordinary course of trade or business; or
    c) To facilitate (i) the exchange of goods, services, information, or property of any kind; or, (ii) the ordinary
    course of trade or business.

Registering a domain name solely for the purposes of (1) selling, trading or leasing the domain name for compensation,
or (2) the unsolicited offering to sell, trade or lease the domain name for compensation shall not constitute a "bona fide
business" or "commercial use" of that domain name.

3. BIZ CERTIFICATION
As a .biz domain name Registrant, you hereby certify to the

    a) The registered domain name will be used primarily for bona fide business or commercial purposes and
    not (i) exclusively for personal use; or (ii) solely for the purposes of (1) selling, trading or leasing the
    domain name for compensation, or (2) the unsolicited offering to sell, trade or lease the domain name for
    compensation. For more information on the .biz restrictions, which are incorporated herein by reference,
    please see: http://www.neulevel.biz/faqs/.
    b) The domain name Registrant has the authority to enter into the registration agreement; and
    c) The registered domain name is reasonably related to the Registrant's business or intended commercial
    purpose at the time of registration.

4. PROVISION OF REGISTRATION DATA

4.1 Provision of Registration Data.
As part of the registration process, you are required to provide the registry administrator with certain information and to
update this information to keep it current, complete and accurate. This information includes: (i) your full name, postal
address, e-mail address, voice telephone number, and fax number if available; (ii) the name of an authorized person for
contact purposes in the case of a Registrant that is an organization, association, or corporation; (iii) the IP addresses of
the primary nameserver and any secondary nameserver(s) for the domain name; (iv) the corresponding names of those
nameservers; (v) the full name, postal address, e-mail address, voice telephone number, and fax number if available of
the technical contact for the domain name; (vi) the full name, postal address, e-mail address, voice telephone number,
and fax number if available of the administrative contact for the domain name; (vii) the name, postal address, e-mail
address, voice telephone number, and fax number if available of the billing contact for the domain name; and (viii) any
remark concerning the registered domain name that should appear in the Whois directory. You agree and understand
that the foregoing registration data will be publicly available and accessible on the Whois directory as required by
ICANN/Registry Policy and may be sold in bulk in accordance with the ICANN Accreditation Agreement (the "ICANN
Agreement"), available at ICANN's site. For bulk services in respect of the registration data which are provided by
Melbourne IT, if the Registrant does not consent to the use of such information for inclusion in registers and data bases
produced by Melbourne IT or its licensees, then the Registrant is required to provide non consent verification stating
name, address, date and signed by the appropriate authorised individual. This must be sent to Melbourne IT Limited,
120 King Street, Melbourne 3000 Australia.

4.2 Inaccurate or Unreliable Data.
You hereby represent and warrant that the data provided in the domain name registration application is true, correct, up
to date and complete and that you will continue to keep all the information provided up to date. Your willful provision of
inaccurate or unreliable information, your willful failure promptly to update information provided to the registry
administrator, or any failure to respond for over five calendar days to our inquiries addressed to the e-mail address of
the administrative, billing or technical contact then appearing in the Whois directory with respect to an domain name
concerning the accuracy of contact details associated with any registration(s) or the registration of any domain name(s)
registered by or through you or your account, shall constitute a breach of this Agreement. Any information collected by
the registry administrator concerning an identified or identifiable natural person ("Personal Data") will be used in
connection with the registration of your domain name(s) and for the purposes of this Agreement and as required or
permitted by the ICANN Agreement or any ICANN/Registry Policy.

4. DOMAIN NAME DISPUTE POLICY
If you reserved or registered a .biz domain name through the registry administrator, you agree to be bound by our
current domain name dispute policy that is incorporated herein and made a part of this Agreement by reference. Please
take the time to familiarize yourself with that policy. In addition, you hereby acknowledge that you have read and

Yahoo! Help - Yahoo! Small Business                                    Page 26 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 39 of 59

understood and agree to be bound by the terms and conditions of the following documents, as they may be amended from time to time, which are hereby incorporated and made an integral part of this Agreement:

i. The Start-up Trademark Opposition Policy ("STOP"), available at http://www.neulevel.biz/ardp/docs/stop.html; and
ii. The Restrictions Dispute Resolution Criteria and Rules, available at http://www.neulevel.biz/ardp/docs/rdrp.html.

The STOP sets forth the terms and conditions in connection with a dispute between a Registrant of a .biz domain name ("Registrant") with any third party (other than registry administrator or registrar) over the registration or the use of a .biz domain name registered by Registrant that is subject to the Intellectual Property Claim Service. The Intellectual Property Claim Service is a service introduced by Registry administrator to notify a trademark or service mark holder ("Claimant") that a second-level domain name has been registered in which that Claimant claims intellectual property rights. In accordance with the STOP and its associated Rules, those Claimants will have the right to challenge registrations through independent ICANN-accredited dispute resolution providers. The RDRP sets forth the terms under which any allegation that a domain name is not used primarily for business or commercial purposes shall be enforced on a case-by-case, fact specific basis by an independent ICANN-accredited dispute provider. None of the violations of the Restrictions will be enforced directly by or through Registry administrator. Registry administrator will not review, monitor, or otherwise verify that any particular domain name is being used primarily for business or commercial purposes or that a domain name is being used in compliance with the SUDRP or UDRP processes.

5. DOMAIN NAME DISPUTE POLICY MODIFICATIONS
You agree that the registry administrator, in its sole discretion, may modify its dispute policy. The registry administrator will post any such revised policy on its Website at least thirty (30) calendar days before it becomes effective. You agree that, by maintaining the reservation or registration of your domain name after modifications to the dispute policy become effective, you have agreed to these modifications.

6. RESERVATION OF RIGHTS
Melbourne IT and the .biz registry administrator, NeuLevel, Inc. expressly reserve the right to deny, cancel or transfer any registration that it deems necessary, in its discretion, to protect the integrity and stability of the registry, to comply with any applicable laws, government rules or requirements, requests of law enforcement, in compliance with any dispute resolution process, or to avoid any liability, civil or criminal, on the part of Melbourne IT and/or NeuLevel, Inc., as well as their affiliates, subsidiaries, officers, directors and employees. Melbourne IT and NeuLevel, Inc. also reserve the right to freeze a domain name during resolution of a dispute.

B Should you seek to register a .info second level domain name, you must contractually agree to the following terms:

1. Afilias Ltd is the registry administrator responsible for administering the .info domain name registry.

2. Registrant consents to the use, copying, distribution, publication, modification, and other processing of the Registrant's Personal Data by the .INFO registry administrator, and its designees and agents in a manner consistent with the purposes specified pursuant in its contract with ICANN.

3. Registrant agrees to submit to proceedings under the UDRP Dispute Policy and comply with the requirements set forth by the registry administrator for domain names registered during the Sunrise Period, These policies are subject to modification by the registry administrator.

4. Registrant agrees to immediately correct and update the registration information for any domain name during its registration term, failure to correct this information shall constitute a breach of this Agreement. Registrant acknowledges that the registry administrator will have no liability of any kind for any loss or liability resulting from the proceedings and processes relating to the Sunrise Period or the Land Rush Period including, without limitation: (a) the ability or inability of a Registrant to obtain a domain name during either the Sunrise or Land Rush periods, and (b) the results of any dispute over a domain name registration which is processed during the Sunrise period.

5. Registrar and the registry administrator expressly reserve the right to deny, cancel or transfer any registration that it deems necessary, in its discretion, to protect the integrity and stability of the registry, to comply with any applicable laws, government rules or requirements, requests of law enforcement, in compliance with any applicable dispute resolution process, or to avoid any liability, civil or criminal, on the part of Registrar and/or the registry administrator as well as their affiliates, subsidiaries, officers, directors and employees. Registrar and the registry administrator also reserve the right to freeze a domain name during resolution of a dispute.

C Should You seek to register a .name third level domain name you must contractually agree to the following terms:

Yahoo! Help - Yahoo! Small Business                                      Page 27 of 30

Case 5:08-cv-01894-RS     Document 11-3     Filed 06/03/2008     Page 40 of 59

1. Global Name Registry Ltd is the registry administrator responsible for administering the .name domain name registry.

2. You acknowledge that your right to register a .name domain name is subject to You complying with the .name eligibility requirements, which are set out on the website of the .name registry administrator, and which are currently located at http://www.gnr.name/ (the "Eligibility Requirements"). You agree that your registration of any .name domain name will be in compliance with the terms of the Eligibility Requirements, as these may be amended by the .name registry administrator from time to time.

3. You acknowledge that your right to register a .name domain name is subject to You complying with the .name acceptable use policy, which is set out on the website of the registry administrator, and which is currently located at http://www.gnr.name/ (the "Acceptable Use Policy"). You agree that Your registration of any .name domain name will be in compliance with the terms of the Acceptable Use Policy, as these may be amended by the .name registry administrator from time to time.

4. In addition to the UDRP Process described in Clause 4, You agree that on successful registration of a .name domain name, You will be bound by the Eligibility Requirements Disputes Resolution Policy (the "ERDRP"). The ERDRP is set out on the website of the registry administrator, and is currently located at http://www.gnr.name/, and should be read in conjunction with the following related information:

> i) Summary of Eligibility Requirements Dispute Resolution Policy (which is currently located at http://www.gnr.name/);
> ii) Disputes: Filing a Complaint (which is currently located at http://www.gnr.name/);
> iii) ERDRP Rules (which is currently located at http://www.gnr.name/); and
> iv) ERDRP Dispute Resolution Providers (which is currently located at http://www.gnr.name/).

You agree to be bound by the ERDRP, as this policy (and any related information as described above) may be amended from time to time by the registry administrator.

D Should you seek to register a .travel second level domain name you must contractually agree to the following terms:

1. Global Name Registry Ltd is the registry administrator responsible for administering the .name domain name registry.

2. ELIGIBILITY REQUIREMENT. Registrations in the .travel name space are restricted to people, organizations, associations and private, governmental and non-governmental agencies in the travel and tourism industry. Registrant acknowledges that its right to register a .travel domain name is subject to Registrant complying with the .travel eligibility requirements, which are set out on the web site of the .travel registry administrator, and which are currently located at www.tralliance.info/ (the "Eligibility Requirements"). Registrant agrees that the registration of any .travel domain name will be in compliance with the terms of the Eligibility Requirements, as these may be amended by the .travel registry administrator from time to time. The Eligibility Requirements are incorporated herein by reference.

3. CONTINUING ELIGIBILITY. Registrant agrees to maintain its eligibility to hold a .travel license throughout the term of the license, including renewal. If Registrant ceases to be a member of the travel or tourism industry as defined by the current policies of the Registry, Registrant must give notice of such change within 14 days of ceasing to be eligible to hold the license. In the event that Registrant does not notify the Registry of such change of status, the Registry will revoke all registrations held by Registrant immediately upon becoming aware of the change of status.

4. WARRANTIES. Registrant warrants that:

i) Registrant understands and meets the Eligibility Requirements;

ii) Registrant's selected domain name meets the requirements of the .travel Registry Policies (currently located at http://www.tralliance.info/);

iii) Any information provided by Registrant is accurate and complete and any future changes to this information will be provided in a timely manner;

iv) Registrant has the authority to enter into the Registration Agreement;

v) Registrant is able to enter into this agreement and if a real person is of legal age; and

Yahoo! Help - Yahoo! Small Business                                                Page 28 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 41 of 59

vi) Registrant's domain name is not registered for an unlawful purpose.

5. INFORMATION REQUIREMENT. Registrant acknowledges that any travel organization assisting the Registry in the authentication process will be required to solicit and receive an update of all authentication data from Registrant within 30 or up to 60 days prior to the anniversary date of registration. In the event that Registrant is no longer eligible to hold the license, Registrant will be given 30 days to provide updated data which confirms Registrant's eligibility. Where such authentication data is not provided by Registrant or does not confirm Registrant's eligibility, the Registry will inform Registrant and Registrant will have the right to request a review of the denial as if it had been an initial registration. Should Registrant remain ineligible at the end of the review, the Registry will revoke the registration.

6. DISPUTE RESOLUTION In addition to the UDRP Process outlined in Clause 4, Registrant agrees that on successful registration of a .travel domain name, Registrant will be bound by the following:

i. in relation to disputes by any third party that Registrant is not eligible to hold a .travel domain name, the ICANN Charter Eligibility Dispute Resolution Policy (CEDRP); and

ii. in relation to a formal complaint by Registrant over a denial of Registrant's eligibility to hold a .travel domain name, a decision of the Domain Name Denial Review Panel of the Travel Partnership Corporation (TTCP).

7. REVOCATION OF LICENSE. In addition to clause 14, Melbourne IT and the Registry administrator may revoke Registrant's license to use a .travel domain name for the following reasons:

i) to protect the integrity and stability of the Registry;

ii) to comply with any applicable laws, government rules or requirements, requests of law enforcement or any dispute resolution process;

iiii) to avoid any liability, civil or criminal, on part of Registry as well as its affiliates, subsidiaries, agents, officers, directors, and employees;

iv) for violations of this Agreement or any ICANN or Registry policy;

v) to correct mistakes made by the Registry or any Registrar in connection with a domain name registration;

vi) if Registrant ceases to be a member of the eligible community defined by the .travel Charter and policies;

vii) failure by Registrant to comply with any .travel policy that applies to Registrant at any time;

viii) if Registrant's .travel domain name or Registrant's use of the .travel domain name is not in the best interests of the travel community; and

ix) if any information provided by Registrant in the course of registration is incorrect.

8. RESERVATION OF RIGHTS. Melbourne IT and the .travel registry administrator, Tralliance Corporation, expressly reserve the right to deny, cancel or transfer any registration that it deems necessary, in its discretion, to protect the integrity and stability of the registry, to comply with any applicable laws, government rules or requirements, requests of law enforcement, in compliance with any dispute resolution process, or to avoid any liability, civil or criminal, on the part of Melbourne IT and/or Tralliance Corporation., as well as their affiliates, subsidiaries, officers, directors and employees. Melbourne IT and Tralliance Corporation also reserve the right to freeze a domain name during resolution of a dispute.

9. ICANN POLICY. Registrant must comply with all ICANN and .travel registry and registry administrators standards, policies, procedures and practices as notified to if from time to time by Registrar.

10. THIRD PARTY BENEFICIARY. Registrant acknowledges that the .travel registry administrator is an intended third party beneficiary of this Registration Agreement.

11. INDEMNITY. Without limiting clause 7, Registrant agrees to indemnify, keep indemnified and hold the .travel registry and registry administrator, their subsidiaries, affiliates, divisions, shareholders, directors, officers, employees,

Yahoo! Help - Yahoo! Small Business                    Page 29 of 30

Case 5:08-cv-01894-RS    Document 11-3    Filed 06/03/2008    Page 42 of 59

accountants, attorneys, insurers, agents, predecessors, successors and assigns harmless from any and all claims, demands, losses, costs, expenses, causes of action or other liabilities of any kind, whether known or unknown, in any way arising out of, relating to, or otherwise in connection with the Registrant's domain name registration.

E Should you seek to register a .cat second level domain name you must contractually agree to the following terms:

1. Fundaciò puntCAT is the registry administrator responsible for administering the .cat domain name registry.

2. You acknowledge that your right to register a .cat domain name is subject to You complying with the .cat eligibility requirements, which are set out on the website of the .cat registry administrator, and which are currently located at http://www.puntcat (the "Eligibility Requirements"). You agree that your registration of any .cat domain name will be in compliance with the terms of the Eligibility Requirements, as these may be amended by the .cat registry administrator from time to time.

3. You acknowledge that your right to register a .name domain name is subject to You complying with the .cat acceptable use policy, which is set out on the website of the registry administrator, and which is currently located at http://www.puntcat.cat (the "Acceptable Use Policy"). You agree that Your registration of any .name domain name will be in compliance with the terms of the Acceptable Use Policy, as these may be amended by the .cat registry administrator from time to time.

4. REGISTRATION AGREEMENT. The registrant agrees to be bound by the .cat Registration Agreement between the registrant and .cat registry administrator, as may be updated from time to time. The .cat Registration Agreement is located at http://www.puntcat.cat.

F Should you seek to register a .mobi second level domain name you must contractually agree to the following terms:

1. mTLD Top Level Domain Limited is the registry administrator responsible for administering the .mobi domain name registry.

2. You acknowledge and agree to comply with the requirements, standards, policies, procedures and practices set forth in the dotmobi Style Guide (www.mtld.mobi) and consents to the monitoring of the website as described in the dotmobi Style Guide monitoring guidelines (www.mtld.mobi) for compliance with the StyleGuide. Furthermore, you acknowledge and agree that this Style Guide is subject to modification by the Registry with any such changes appearing at the previously designated URL, and that you must promptly comply with any such changes in the time allotted.

3. INDEMNITY. Without limiting clause 7, you agree to indemnify, defend, keep indemnified and hold Afflias Limited (Registry Services Provider), its directors, officers, employees and agents harmless from and against all and any and all claims, damages, liabilities, costs and expenses (including reasonable legal fees and expenses) arising out of or relating to your domain name registration, renewal or pre-registration, or to your use of the domain name. This clause survives termination of this Agreement.

4. THIRD PARTY BENEFICIARY. Notwithstanding anything in this agreement to the contrary, the registry administrator is and shall be an intended third party beneficiary of this Agreement. As such, the you acknowledge and agree that the third party beneficiary rights of the registry administrator have vested and that the registry administrator has relied on its third party beneficiary rights under this agreement in agreeing to Melbourne IT being a registrar for the .mobi top-level domain. Additionally, the third party beneficiary rights shall survive any termination or expiration of this agreement.

5. POLICY. You must comply with all ICANN and .mobi registry and registry administrator's standards, requirements, policies, procedures and practices, as set out on the website of the .mobi registry administrator, and which are currently located at www.mtld.mobi, and as notified from time to time by the registry administrator or Melbourne IT ('Registry Policies'). You agree that your registration of any .mobi domain name will be in compliance with the terms of the Registry Policies, as these may be amended by the .mobi registry administrator from time to time.

6. USE OF PERSONAL DATA. You consent to the use, copying, distribution, publication, modification and other processing of your personal data by the registry administrator and its designees and agents for such purposes as may be notified to Melbourne IT by the registry administrator from time to time. You otherwise agree to the provisions of clause 22 of this Agreement.

7. APPLICATION DETAILS You agree to be bound by the provisions of clause 21 of this Agreement.

Yahoo! Help - Yahoo! Small Business                                Page 30 of 30

Case 5:08-cv-01894-RS     Document 11-3     Filed 06/03/2008     Page 43 of 59

8. You agree to be bound by the terms and conditions of the initial launch and general operations of the registry administrator, including without limitation the Limited Industry Launch, the Sunrise Period, the Land Rush Period, the Sunrise Dispute Resolution Policy, the Premium Name Allocation Process, and the General Registration Period (as outlined at www.mtld.mobi), and further acknowledge that the registry administrator has no liability of any kind for any loss or liability resulting from the proceedings and processes relating to the Limited Industry Launch, the Sunrise Period, the Land Rush Period, the Sunrise Dispute Resolution Policy, the Premium Name Allocation Process, and the General Registration Period including, without limitation: (a) the ability or inability of a registrant to obtain a registered name during these periods, and (b) the results of any dispute made during the limited industry launch or over a Sunrise Registration.

9. REVOCATION, TRANSFER AND CANCELLATION OF LICENSE. Without limiting clause 14, you acknowledge and agree that the .mobi registry and the Registry Service Provider, acting in consent with the registry, reserves the right to deny, cancel or transfer any registration that it deems necessary, in its discretion (i) to protect the integrity and stability of the registry; (ii) to comply with all applicable laws, government rules or requirements, requests of law enforcement, in compliance with any dispute resolution process; to avoid any liability, civil or criminal, on the part of the registry or any registrar in connection with a domain name registration. The registry also reserves the right to freeze a registered name during resolution of a dispute.

Copyright ©2008 Yahoo! Inc. All rights reserved
Privacy Policy - Copyright Policy - Terms of Service - Web Hosting Help - Affiliate Program - Partners - Site Map
Domain Name Search - Website Templates - Web Site Hosting

# EXHIBIT F



# IHRSA 08

## San Diego, CA

# THE ONE FOR ALL!

**IHRSA's 27th Annual International Trade Show**

**March 6-8, 2008 | San Diego Convention Center | San Diego, California**

*The Premier International Trade Show for the Fitness and Health Club Industry*





# EXHIBITOR PROSPECTUS



International Health, Racquet & Sportsclub Association

# The IHRSA 2008 Trade Show is 'THE ONE FOR ALL', attracting operators and staff from large, multipurpose clubs, to small intimate studios ... and every one in between!

**The IHRSA 2008 Trade Show is the 27th edition of the world's premier trade show for the health club industry.** With over 12,000 industry professionals representing over 70 countries and every fitness operation imaginable, can you think of a better place to exhibit your company's equipment, products and services?

Join the hundreds of companies that target the annual IHRSA Trade Show as the most important sales event of the year. More new products are introduced to the global fitness market at the IHRSA Trade Show than anywhere else. You simply cannot miss this opportunity to take part! *Plan to exhibit at IHRSA 2008.*

# After all these years! The San Diego Convention Center

The IHRSA 2008 International Trade Show returns to the San Diego Convention Center for the first time in nearly ten years. IHRSA Convention & Trade Show attendees have chosen San Diego as one of their best-loved destinations. The fact that IHRSA returns to San Diego for the first time in nearly a decade will make IHRSA 2008 one of the best attended shows in IHRSA's history! From breathtaking Mission Bay, to the charm of La Jolla, to the magnificence of Coronado Island, San Diego provides a great backdrop for the fitness industry's most important trade show.

The IHRSA International Convention, held in conjunction with the Trade Show, draws thousands of industry professionals, with an ever-growing international contingent for four days of enrichment and empowerment. All attendees are ready for your products and services when they walk the show floor.

The remarkable, and still growing, international attendance has established the IHRSA Trade Show as the premier international event for the health club industry. One added bonus for Trade Show exhibitors is the dense population of California, because so many fitness professionals are within commuting distance.

# Who Exhibits at the IHRSA Show? You!

The IHRSA Trade Show floor is a veritable 'who's who' of the companies that are the industry's longest serving and most successful enterprises, both large and small, from all over the world. They exhibit alongside new, dynamic and innovative companies of all sizes including:

| | |
|---|---|
| Aquatic / Pool | Insurance |
| Architects / Facility Designers | Laundry |
| Associations / Certifying / Educational Organizations | Leasing / Financing |
| Audio / Video Equipment | Locker Room Amenities / Towels |
| Climbing Walls / Structures | Medical & Rehabilitation Equipment |
| Computer Software / EFT Billing & Collections | Pilates / Stretching / Yoga |
| Consultants / Sales / Marketing / Legal / Promotions / Training / Personnel | Publications / Magazines / Publishing |
| Equipment Cleaning / Maintenance / Repairs | Security / Locks |
| Fabric Domes / Air Structures | Spa Services / Skin Care / Massage / Equipment |
| Fitness Equipment | Sporting Goods / Apparel / Pro Shop / Music |
| Fixtures / Furniture / Lighting / Lockers | Steam / Sauna |
| Flooring / Courts / Sports Surfaces / Mats | Tanning |
| Food & Beverage / Nutritional Products / Supplements / Services | Technology / Internet / Programs |
| Health Clubs / Gyms / Franchises | Testing / Heart Rate Monitors / Scales / Body Composition & Analysis / AEDs / First Aid |
| | Youth Fitness / Children's Programming / Playground Equipment |

## Rave Reviews for the IHRSA International Trade Show!

*"I just wanted to let you know that all of us at International Court Soccer (ICS) had a great time at the IHRSA trade show! I can't imagine that any other show would allow us to interact with such a diverse group. We generated interest among groups from the U.K., France, Spain, Holland, the Dominican Republic, Mexico, China, and Israel."*

John R. Birks - Founder/President
International Court Soccer
Seattle, WA

*"Just a quick note to say that IHRSA's 26th Annual International Convention and Trade Show was a very good event for us. The interactive fitness market is estimated at $4.2 billion, and there are a lot of interesting products that work together well in that space. And they were all at IHRSA!"*

Marian Shaw - President
Makoto USA, Inc.
Centennial, CO

\*ELIGIBILITY REQUIREMENTS: To exhibit at IHRSA 2008, the following guidelines have been established, in addition to the rules and regulations delineated on the Exhibitor Contract.
- Exhibiting companies must have a product or service applicable to the health club, fitness, recreation, spa, wellness, health promotion, and/or related industries, as determined by IHRSA.
- Exhibiting companies must be in good standing with IHRSA regarding all outstanding accounts.
- Exhibiting companies must be in full compliance with, and agree to abide by, all federal and California state laws.
- Exhibiting companies must carry General Liability Insurance and agree to name IHRSA and its contracted vendors as additional insureds on their policy during the overall period of time encompassed by this event, including installation and dismantle days.
- Exhibiting companies must complete an Exhibitor Contract and agree to pay all related booth fees in full, as detailed on the Exhibitor Contract.

# EXHIBIT SPACE WILL BE IN HIGH DEMAND!!!

## To Reserve the Best Possible Exhibit Space . . . ACT EARLY!

Because of the tremendous demand for space, we encourage companies to secure exhibit space as early as possible to insure their participation. If you are an IHRSA Associate Member, we encourage you to partici-pate in the Pre-Paid Booth Allocation Process (outlined under the "Important Dates" section of this prospectus). If you have any questions regarding arranging your exhibit space, contact Tom Hunt, IHRSA's Associate Vice President of Exhibit Sales, at 800-228-4772 or 617-951-0055, or by e-mail at teh@ihrsa.org.

For more information on IHRSA's 27th Annual International Trade Show, visit IHRSA's Industry Suppliers website at www.ihrsa.org/exhibit.



## Exhibit Fees

| IHRSA Member | Non-Member |
|---|---|
| $2,800 | $3,400 per 10x10 (100sq. ft.) |
| $400 | $400 surcharge per corner booth |

A $1,000 surcharge will be assessed per 10' x 10' space for multi-level construction; fee applies to IHRSA members and non-members.

*NOTE: All exhibits must be completely installed and ready for inspection by Show Management before 11:00am on Thursday, March 6, 2008. All exhibitors must keep their display up and open until 2:01pm on Saturday, March 8, 2008 or future-exhibiting rights will be forfeited.*

## Benefits of Exhibiting Include:



- **FREE "Product Premier" listing** in the March Show Issue of *Club Business International* (*CBI*). This is your opportunity to list the products and services you will be exhibiting at the show and is an exclusive benefit to exhibiting companies. The March 2008 show issue of *CBI* will have an expanded circulation of 30,000 copies.

- **FREE Pre- and Post-Show Attendee Registration Lists.** Use the pre-show list to encourage attendees to visit your booth, and the post-show list to follow-up with all Trade Show attendees. (*Subject to IHRSA's current list usage policies*)

- **FREE company identification sign,** back-wall and side-rail drape and booth carpet, as selected by Show Management.

- **FREE listing on IHRSA's website,** with a direct link to your company's website.

- **FREE Access to the Trade Show and Wednesday Opening Reception** for all company employees registered to work in your booth. Full registration credentials to attend all educational programming and social events will be available at discounted rates.



- **FREE listing in the Exhibitor Directory** distributed onsite to all Trade Show attendees.

## Bigger and better every year

The IHRSA Trade Show has grown to such proportions, many attendees are now taking advantage of IHRSA's exclusive online scheduler to be sure they do not miss a thing during the three day event. As an exhibitor, you will have the opportunity to promote your products and services on the scheduler so you will not miss any important attendee visits!



What's more, as an exhibitor, IHRSA will work with you to drive traffic to your booth via print and email advertising opportunities, along with our popular SuperPass program that lets you distribute free passes to your best customers and contacts.

IHRSA is always considering new initiatives to work with exhibitors to maximize your ability to use IHRSA as a fantastic draw for your customers and prospects. The goal is to make this the best-attended Trade Show in IHRSA history, and believe us . . . we will leave no stone unturned to accomplish this!

# IMPORTANT DATES
— *Secure Your Booth Early!*

## ❖ JUNE and JULY 2007 – *IHRSA Associate Members Only*

**GIVE YOUR COMPANY AN EDGE IN THE BOOTH SELECTION PROCESS!**

Mail in your completed 3-page Exhibitor Contract (faxed contracts will not be accepted) with a 50% deposit on your anticipated booth fees so you can make your booth selection during the "IHRSA Associate Pre-Paid Booth Allocation Period" that begins on August 13, 2007. This will allow you to select your booth location before we open up booth allocation to all companies.

IMPORTANT: When mailing in your contract and deposit to participate in the Pre-Paid Booth Allocation you do not need to indicate a booth number or location on the contract. Complete the contract and deposit based on the size of the space (number of booths) you are looking to secure. You will be contacted by IHRSA to select your actual booth location when your turn comes up in the Booth Allocation process.

## ❖ STARTING MONDAY, AUGUST 13, 2007

**IHRSA ASSOCIATE MEMBER PRE-PAID BOOTH ALLOCATION BEGINS**

IHRSA will begin contacting companies who mailed in their completed and signed Exhibitor Contract with a 50% deposit on their booth fees during June through July 2007 to confirm their booth selections. Companies will be contacted in order by the size booth they are reserving and their ranking on the 2007 IHRSA AMPS* Report.

## ❖ STARTING MONDAY, SEPTEMBER 24, 2007

**OPEN BOOTH SELECTION BEGINS FOR IHRSA ASSOCIATE MEMBERS**

IHRSA Associate Members who did not participate in the Pre-Paid Booth Allocation period may call IHRSA starting at 11:00am Eastern Standard Time to make their booth selection. A full 50% deposit and completed Exhibitor Contract must be received by IHRSA within 5 days of making your booth selection or the space will be released and reallocated.

## ❖ STARTING THURSDAY, OCTOBER 25, 2007

**BOOTH SELECTION FOR NON-MEMBERS BEGINS**

Companies that are not IHRSA Members may contact IHRSA to arrange for booth space at the higher non-member rate of $3,400 per 10x10 booth. IHRSA must receive a completed Exhibitor Contract along with a 50% deposit on booth fees within 5 days of making a selection or the space will be released.

## ❖ FRIDAY, NOVEMBER 9, 2007

**WRITTEN NOTICE OF CANCELLATION** from an exhibitor must be received on or before Friday, November 9, 2007 for a full refund of booth fees. After November 9, 2007 there will be no refunds or credits awarded whatsoever.

## ❖ FRIDAY, DECEMBER 7, 2007

**FINAL PAYMENT DEADLINE** for all booth fees due. Exhibit space not paid in full on or before December 7, 2007 is subject to forfeiture without a refund of the deposit paid. Exhibit space purchased after December 7, 2007 will require payment in full at time of selection.

## ❖ MONDAY, DECEMBER 17, 2007

"**PRODUCT PREMIER**" description due to IHRSA for inclusion in the March 2008 *CBI* Show Issue.

## ❖ FRIDAY, JANUARY 11, 2008

Due date for all outstanding payments to IHRSA for any products, advertising or membership fees. Failure to pay IHRSA all outstanding invoices may result in forfeiture of exhibit space without a refund of payments received to date.

## ❖ MONDAY, JANUARY 14, 2008

**AD RESERVATION DEADLINE** for inclusion in the March 2008 *CBI* Show issue.

## ❖ FRIDAY, JANUARY 25, 2008

**AD MATERIAL DEADLINE** for March 2008 *CBI* Show Issue.

## TRADE SHOW HOURS

**Thursday, March 6, 2008**
1:00pm – 6:00pm          Trade Show

**Friday, March 7, 2008**
6:30am – 8:30am          Early Morning Workout
11:00am – 6:00pm         Trade Show

**Saturday, March 8, 2008**
6:30am – 8:30am          Early Morning Workout
10:00am – 2:00pm         Trade Show

*The IHRSA Associate Member Point System (AMPS) Program coincides with IHRSA's fiscal year: July 1, 2006-June 30, 2007 and ranks all IHRSA Associate Members based on points awarded for activities that occurred during the program period dates.*

*Points are awarded for activities including:*
- *Continuous years of Associate Membership in IHRSA*
- *Exhibit space purchased at the IHRSA 2007 Trade Show and 2006 National Fitness Trade Show*
- *Advertising in IHRSA Magazine and Publications*
- *Sponsorship of any IHRSA program, event-related activity or special project*

# VERY IMPORTANT DETAILS

## Trade Show Set-Up and Dismantle

Exhibitors must abide by all SAN DIEGO CONVENTION CENTER facility and union guidelines regarding required use of labor or an exhibitor appointed contractor for transportation of freight, as well as other onsite show services. Complete details will be included in the Exhibitor Services Manual that will be sent to all exhibitors after the 3-page Exhibitor Contract and 50% deposit are received by IHRSA. Dates for exhibit installation and dismantle are as follows:

**Move-In**
Wednesday, March 5, 2008
9:00am -7:00pm
Thursday, March 6, 2008
7:00am -11:00am

**Move-Out**
Saturday, March 8, 2008
2:01pm -10:00pm
Sunday, March 9, 2008
9:00am – 12:00pm

## Altering Booth Size & Dimensions After Initial Selection

In the event that an exhibitor wishes to change the size or dimensions of their exhibit space after the initial selection, IHRSA reserves the right to relocate the exhibitor to another location on the Trade Show floor and/or change the configuration of their space.

Exhibitors must keep their booth staffed during Trade Show hours, and must adhere to all guidelines outlined in the Exhibitor Contract and the IAEM Exhibitor Guidelines that will be included in the Exhibitor Services Manual sent to all participating companies. No canvassing, advertising, displaying, demonstrating, or distributing items or merchandise will be permitted outside the company's contracted exhibit area without permission of IHRSA.

## Want to be an IHRSA Associate Member?
## Call and Join Today!

Whether or not you exhibit at the IHRSA 2008 Trade Show, we encourage all suppliers to the health club industry to join IHRSA and take advantage of the benefits of membership for just $795 a year.

• Associate Members pay $600 less per 10x10 booth than non-members.

• Associate Members can select their exhibit space during the "Member Only" booth allocation period.

• Associate Members receive one complimentary listing of IHRSA's 6,500+ member clubs.

• Associate Members receive a free product and service listing, including a byline description and a link to their own website on IHRSA's website at ihrsa.org/buyersmart.

• Associate Members receive a 20% discount on advertising with IHRSA, publishers of the world's leading magazines for the health club and fitness industry!

• IHRSA is your source for Industry Research, News and Trends and much, much more!



# SHOW CONTACTS

❖ **IHRSA**
263 Summer Street, Boston, Massachusetts 02210
T: 800-228-4772 or 617-951-0055
F: 617-737-3323
E: exhibit@ihrsa.org
W: www.ihrsa.org

❖ **Exhibit Space**
Tom Hunt, Associate Vice President of Exhibit Sales
T: 800-228-4772 or 617-951-0055 ext. 152
E: teh@ihrsa.org

❖ **Exhibitor Services**
Jeff McNally, Meeting & Trade Show Logistics Manager
T: 800-228-4772 or 617-951-0055 ext. 176
E: jm@ihrsa.org

❖ **New Associate Memberships**
Dan Soleau, Associate Sales Representative
T: 800-228-4772 or 617-951-0055 ext. 186
E: dss@ihrsa.org

❖ **Sponsorship Opportunities**
Lynne Fussteig, Assistant Vice President of Sponsorship & Promotions
T: 800-228-4772 or 617-951-0055 ext. 102
E: lsf@ihrsa.org

❖ **Advertising**
Michele Eynon, Associate Vice President of Advertising
T: 800-228-4772 or 617-951-0055 ext.131
E: me@ihrsa.org

❖ **Exhibitor Registration**
Kevin Jones, Meetings Manager
T: 800-228-4772 or 617-951-0055 ext. 136
E: kj@ihrsa.org

❖ **Hotel Rooms & Meeting Space**
Casey Mullen, Meetings & Trade Show Logistics Coordinator
T: 800-228-4772 or 617-951-0055 ext. 118
E: cgm@ihrsa.org

**FOR MORE INFORMATION ABOUT ASSOCIATE MEMBERSHIP, visit the IHRSA website at www.ihrsa.org/membership or contact Dan Soleau at 800-228-4772 or 617-951-0055 ext. 186, or by e-mail at dss@ihrsa.org**



# THE ONE FOR ALL!

**Every type of fitness operation is represented at IHRSA 2008.**

**Join the Fitness Industry's Leading Suppliers of Equipment and Services for the Health Club Industry!**

(Exhibitor listing from IHRSA's 26th Annual International Trade Show in San Francisco)

1st Source Lighting
2 Minute Fitness
3D ART PTE LTD (member of the Dynaforce Group)
5 Hour Energy
A Best Enterprises, Inc.
A Summers Tan
A-1 Textiles
Ab Coaster
Abbey Press
ABC Financial Services, Inc.
AbCore Fitness, Inc.
Abloy Security, Inc.
Absoflat Core Trainer
ABSOLO
Accuspill, Inc.
ActiveXL Promotions
Admiral Furniture
Advecor, Inc.
AFAA
Affiliated Acceptance Corporation
AGM Group/Aeromats
Airex
AJHP
Alexandave Industries Co. Ltd.
Alloy Media & Marketing
American Cancer Society
American College Of Sports Medicine
American Council On Exercise
American Locker Security Systems, Inc.
American Red Cross
American Specialty Health
Am-Finn Sauna Company
AptusSoft
Arizon Structures
Armasport/duomed, Inc
ASF International
Aspen Information Systems, Inc.
Association Insurance Group
Athletic Business
Athletix Products by Contec, Inc.
AUGIE'S QUEST MDA
AV Now, Inc.
Avanti Fitness / Cardio Gym
Axess / North America, LLC
Axios - ENDLESS ROPE
Balanced Body Pilates
Ball Dynamics Intl. LLC
BH USA / BLADEZ
Big Ass Fans
BioLab Commercial Pool Care
BIOMETRICS Nutrition & Fitness
Bionic Glove
BIOSPACE
BLUE FISH ACTIVEWEAR.COM
Body Bar Systems
Body Bike North America LLC
BODY CARE RESORT, Inc.
Body Masters Sports Industries, Inc.
Body Training Systems
Bodyblade
BodyCraft
BodyMedia, Inc.
BodyRev
Body-Solid, Inc.
BrainSavers
Brazil Workout
Brewer's Ledge
BRUDDEN EQUIPANENTOS LTDA
BSDI
Bubble Marketing, LLC  DBA/Club Wipes, USA
BV Entertainment
CALFROLLER / FAR, INC.
California Blimps
California Tanning Supply
California University of Pennsylvania
Calibright
CalorieKing

Cardiac Science Corporation
Cascade Fitness Technologies, Inc.
CATEYE Fitness /Source Distributors, Inc.
CDM Medical
Celsius Inc.
CEMCO Fitness Products, Inc.
Centaur Floor Systems LLC
CheckFree Health & Fitness
CI Solutions
Cintas First Aid  & Safety
City Blends, Ltd.
CleenTec, LLC
Club & Spa Synergy Group
Club Industry's Fitness Business Pro Magazine
Club Marketing & Management Services -
C.M.S.
Club Resource Group
Colubra
Concept2, Inc.
Conexion
Connor Sport Court International
Coral Springs Software
CorePole, Inc.
COSMED USA, Inc.
Creative Agency Group
Creative Fitness Marketing
CRS Products    International, Inc.
Crunch Fitness
CSI Software
CTA ARCHITECTS ENGINEERS
CYBEX International, Inc.
DAUNTECH CO.,LTD
DietMaster Pro by Lifestyles Tech
Digilock
Digital Symphony Corp.
DINOFLEX Manufacturing Ltd.
DiPietro & Associates, Inc.
DIRECTV
Dr. Smoothie
EasyZone Weight Loss & Nutrition Centers
EBSCO Publishing
Egg Whites International
ENVI INTL
EVERLAST Performance Flooring
Exergenics / Justwise Group
Exerstrider Products Inc.
Expresso Fitness Corporation
Extend Bar
Extreme Engineering
EZ Facility.com, Inc.
F3 Fitness Foot Foam
Fabiano Designs
Face2Face Retention Systems
FANTAAY ENTERTAINMENT
First Degree Fitness
First Service
Fit Express
Fit Interactive
Fit4Sale.com
FitLinxx
Fitness Anywhere, Inc.
Fitness Audio Distributors
Fitness Business News
Fitness China 2007
Fitness Equipment Depot
Fitness Fit Active Wear
Fitness Flooring
Fitness Insurance.com
Fitness Law-Thomas J. KLC & ASSOCIATES
Fitness Management
Fitness Pak ,a div. of InterWest Insurance
Fitness Quest, Inc.
FitnessAge
FitnessInsite
Fitrus Chart Series
FitRewards
FitSteps LLC
Fitter International, Inc.

FITVIBE
FreeMotion Fitness
Fujiiryoki / ACIGI
Fundamental Fitness Products
Future Fitness / EmailYourClients.com
Gerstung
Get Fine, LLC
Get Up & Go
Glaceau
Gliding Corporation
Globus Sport & Health  Technologies
Goalsetter Systems, Inc.
GoJo Industries
GP Industries, Ind.
Graham/Meus, Inc. Architects
GRAVITY by efi Sports Medicine
Gym Doctors
Gymedics International LLC
GymTicket.com
GymValet / B & D Specialty Concepts, Inc.
GymWipes-2XL Corporation
h/p/cosmos Sports & Medical GMBH
Hafele America Co.
Hampton Fitness Products
Harbinger / Grizzly Fitness USA
Health Club Managers
Health Club Panel Network
Health Enhancement Systems
Health Fairs of America
Health Inspire
Health Mate Saunas
Healthcare International, Inc.
Healthways
Healthways
Healthwise
Hoffman Insurance Services
HOGGAN Health Industries, Inc.
HOIST Fitness Systems, Inc.
Holland Fitness B.V.
Hollman, Inc.
Hugger Mugger Yoga Products
Human Kinetics, Inc.
Humane Manufacturing Company, LLC
HurUSA (distributed by Med-Fit Systems) - Ab Hur Oy
Hydramassage
Hydrorider
HydroTher Spa & Wellness Equipment
HYPERSTRIKE – Online Personal Fitness
IDEACAST, Inc
Ideal Products
IHRSA Group Purchasing
IHRSA Regional Associations
Inflight Fitness
Infotrade Media Co., Ltd.
Inko Sport America
Intek Strength Products
IntelaMetrix
Intellifitness
International Court Soccer, Inc.
International Play Company
Iron Grip Barbell Company
Ironwear Fitness
Island Oasis
Ivanko Barbell Company
Jacobs Ladder LLC
Javalution Coffee Company
Jenkins Athens Insurance Services
JESS, Inc
JLR Associates
Joel B. Cantor AIA Architect
K & K Insurance Group, Inc.
Keiser
KHS Bicycles
KI Software
Koko Fitness, Inc
Konami - Dance Dance Revolution
Korebalance
Korr
Lanrice Treadmills
LARABAR
Legacy Lockers
Les Mills International, Inc.
Life Fitness
LifeGuard Health LLC
Lightspace Corporation
Lincoln Equipment, Inc.
M.S. Plastics  Inc.
Magnetic Referral Systems, Inc
Makoto USA, Inc.

Mark of Fitness, Inc.
Marpo Kinetics Inc.
MasterCPR
Mateflex
Matrix Fitness Systems
Mavericks Franchise Group LLC
Maxion Design
Meditt Corporate Services
Members Today
Microceutical Scientific LLC
MICROFIT, Inc.
Milnor Laundry Systems
MINDBODY Online
Mondo USA
Motion DNA TV
Motivatrix
Motus USA
MRM Leg & Arm Fit USA, CO.
Munters
Muscle Dynamics Corporation
Musculart Inc.
MYE Entertainment
Myotool
National Council on Strength & Fitness
National Federation of Professional Trainers,
NFPT
National Fitness
Nautilus, Inc.
Nebraska Methodist College
NESTA - National Exercise & Sports Trainers Association
New Leaf Health & Fitness
NEW-LIFESTYLES, Inc.
Nicros Climbing Walls
North West Rubber
NSCA Certification Commission
NuMetrex by Textronics Inc.
Nutrihand Inc.
Octane Fitness
Ohison Lavoie Collaborative (OLC)
Optimal Design Systems  International
OPTP
Oreck Vacuum
PACIFIC ENERGY SOLUTIONS - COURTLITE
Panasonic / Fitness Innovations
Paramount Acceptance
Paramount Fitness Corporation
PaviGym USA
Peak Performance
Peek Pilates
Penco Products, Inc.
Perform Better
Performance Food Centers
Personal Best/Oakstone Wellness Publishing
Personal Training on the Net
Petra Hygienic Systems
PFP ñ Personal Fitness  Professional
Philadelphia Insurance  Companies
Philips
Pineapple
PLASTIC DISPLAY LEADBOX
Pneumex, Inc.
POLAR ELECTRO, INC.
POPULAR LEASING USA
POSFIT, INC
Power Lift
Power Music
Power Plate North America
Power Systems, Inc.
PowerBlock
Precor Incorporated
Prepak Products, Inc.
Prodigy Promos
PROGIO/COMPANIAN WORLDS, INC.
PROMAXIMA STRENGTH AND FITNESS
PumpOne, LLC
Pure Inventions
PureFit Inc.
Quantum Fitness Corporation
RB Rubber Products, Inc.
Ready Care Industries
Relaxation Station Sponsored  by Twin Oaks Software
Retention Management
ROWBICS, Indoor Rowing Inc.
Royaly International Co., LTD
RSN Promotionals
SafeKids Inc.
SALES MAKERS
Salsbury Industries Lockers
Salutron, Inc.

Saris Cycling Group
Sasaki Associates
SCIFIT
SCIFIT - Medical Fitness
SHAPE.NET SOFTWARE
SIBEC
Siemens Water Technologies
Soft Play
Special Projects Audio
Speed Queen- Alliance  Laundry
Speedfit
Sport Coatings
Sports & Fitness Insurance Corp.
Sports Solutions, Inc.
SPORTSART FITNESS
SportsMark
Sportwall International
SPRI Products, Inc.
Stamina Products, Inc.
Star Trac
STAX SYSTEMS
Steam Sauna
STL International Inc. / TEETER
STOTT PILATES
STREAMSIGN MEDIA
STRENGTHEDGE SYSTEMS
Strive
Stroops
SUN ERGOLINE
Sunlight Saunas
SUPACAM
Susan K. Bailey
Suunto
Take It Off Weight Loss
Tanita Corp. of America Inc.
TARAFLEX SPORTS FLOORING by Gerflor
TC 2
Technogym USA Corp.
Teks
The Club Insider News
The Cooper Institute
The Royale Smoothe Co. (Div.of Royale Intl Bev. Co.)
Thin & Healthy's Total Solution
Thomas Plummer Company
Tightrope Media Systems
TKO Sports Group, USA Limited
TMI Salt Pure Corp
Treeforms Lockers
Tropic Craft
Troy Barbell & Fitness
TRUE Fitness
Truform Fitness
Tuff Stuff Fitness Equipment, Inc.
Tuflex Rubber Flooring
Tune Belt, Inc.
Turnstile Security Systems Inc.
Twin Oaks Software
U.S. RUBBER SPORT FLOORS
U.S. Wellness Meats
UltraSun USA, Inc.
Umax Strength
UniMac – Alliance Laundry Systems
United Leasing, Inc.
Valhalla Scientific, Inc. (V.S.I.)
Vectra Fitness
VersaClimber/VersaPulley
VibroGym North America
Visual Fitness Planner
Vitabot
VoiceScapes On-Hold Marketing
VPX Sports
Walk4Life, Inc.
Water Technology, Inc.
WaterRower, Inc.
WAVE
Wellcoaches Corporation
Wellness Business Systems
Wellness Health Education Network
Wellsource, Inc.
Wolters Klower Health Lippincott, Williams & Wilkins
Woodway
Worldwide Sport Nutrition/MET-Rx
Xpiron Inc.
Yamaha Corporation of America
Yeadon Fabric Structures, Ltd.
YogaFit Training Systems
Youth Fitness Solutions
Zoom Media
Zumba Fitness LLC

# EXHIBIT G

**or Sales & Service Integration!**



HOME

HOME
The Founder
The Specialists
The System
The Parts
Clients & Testimonials
Partners
CONTACT

### Transform Your Sales & Service Approach!

Borrrowing from the multi-million dollar personal coaching industry, MPower*Selling* is a specific sales system for the health and fitness industry. It is an evolution of traditional fitness sales models that have a linear approach and define success with a quick, single sales outcome (purchase of initial membership or a single program).

**This is a FRESH approach to sales at your club!**

MPower*Selling* goes beyond traditionmal sales models to combine wellness coaching techniques, with proven sales methods, that encourage membership sales and cross-promotion of products and services in various departments.



**Benefits of implementing the MPower*Selling* system in your fitness center include:**

- A unique high-service approach to sales.
- An evolution from traditional membership sales to training your team to be Personal Program Advisors.
- Consistent flow of new members with a greater commitment to your club.
- A renewed commitment to your club by existing members.
- A brand that stands out in even the most competitive markets.
- Regular cross-promotion of various programs, services and other retail for more integration, with increased profits, in each area.

- ✓ Improved retention through relationship selling and enforcement of ongoing service "touch points."
- ✓ The ability to reach markets that were not previously aware of, or attracted to, your facility.
- ✓ A turnkey, easy-to-follow, internal sales management system.
- ✓ Improved comfort level of "sales" from your front line service teams.
- ✓ The choice to implement parts or all of the system for customized solutions.

### Is Your Team Looking At the WHOLE Picture?



### If so, do they know what to do with it in the sales & service process?

Personal coaches use Life Wheels to get a quick snapshot of their client's challenges to move them into specific action.

Fitness and Wellness Centers can use an adaptation of the Life Wheel to help identify prospective and current member's immediate needs as it pertains to their physical activity.  As opposed to relying simply on the art of pursuasion, clients make purchasing decisions themselves through self-discovery, with the assistance of modern sales and advising techniques.

*Learning how to use the Physical Activities wheel above to sell is just one of the fundamental ideas your team will learn from the MPowerSelling system.*

### Contact Our Team!

*MPower Your Team...who MPower Your Clients...who MPower Themselves!*

Copyright 2007-2008. MPowerSolutions, LLC . All rights reserved.



GoDaddy.com is the world's #1 ICANN-accredited domain name registrar!

ovative Solutions for Sales & Service Integration!



- HOME
- The Founder
- The Specialists
- The System
- The Parts
- Clients & Testimonials
- Partners
- CONTACT

**Partners**

**Industry Support Partners**

There are multiple layers to supporting a strong business model and MPower*Selling* is fortunate to have exceptional partners with expertise outside of sales and service integration.

Please contact these individuals, associations and other dynamic organizations to further

**Healthy Retail Partners**

In addition to service sales support, MPower*Selling* endorses products to improve profit center revenues at your club.

The few nutritional products selected have been chosen based on their highest quality, safety, scientific research and bioavailability in the body.  We suggest only whole food nutrients for your members as they deserve the very best.

Please call for more information regarding these retail products and to learn more about special pricing through MPower*Selling*.

support your
new or existing
fitness center.

*Cick on links below for more information.*

### Industry Support Partners



This network of award-winning consultants delivers bottom line results for your club or spa.  Choose from turn-key processes, tools, systems and training, or a customized solution to achieve your goals. Member Experience Management Programs available featuring Mystery Member™, breakthrough service design by department, innovative and engaging staff/member relationship training and impeccable implementation, delivering a more successful club or spa.

Retention Management provides health clubs with an automated service that creates individualized email communications for each member throughout the life of their membership. Our full-service approach creates a stronger club-to-member connection and takes the complexities of running a comprehensive retention improvement program off of a club's hands so that they can focus on other aspects of club operations.





Meritage Healthcare Strategies, LLC assists hospitals, healthcare organizations, medical fitness centers and entrepreneurs with business planning, development and marketing efforts – from ideas to implementation. The consulting team at Meritage is unique and distinctive for meeting your needs.



**International Health, Racquet & Sportsclub Association**
To Grow, Protect and Promote the Industry.

**www.ihrsa.org**



### Healthy Retail Partners

**Body Balance**
Body Balance provides over 120 naturally occurring whole nutrients useful for optimal health, including vitamins, minerals, amino acids, essential fatty acids, and enzymes, in synergy with a broad spectrum of phytonutrients.  In a liquid form these nutrients are absorbed more than 95%, as opposed to synthetic vitamins whose absorption rate can be as low as 10%.

**[www.lifeforce.net](http://www.lifeforce.net)**

LifeGuard Health provides essential Omega-3 supplementation. LifeGuard Health products are Pharmaceutical grade and in their natural form, which means you absorb an average of 90% of your full dietary dosage.

Copyright 2007-2008. MPowerSolutions, LLC . All rights reserved.

*MPower Your Team...who MPower Your Clients...who MPower Themselves!*



GoDaddy.com is the world's #1 ICANN-accredited domain name registrar!

es & Service Integration!

CONTACT

HOME

The Founder

The Specialists

The System

The Parts

Clients & Testimonials

Partners

CONTACT



969-G Edgewater Blvd.  Suite 211
Foster City, CA 94404
P: 650.393.3833
F: 650.585.6661
E: Michele@MPowerSolutions.net

## Contact Information

Please contact me for a complimentary consultation, training registration or to add me to your mailing list.

| | |
|---|---|
| First Name: | |
| Last Name: | |
| Address Street 1: | |
| Address Street 2: | |
| City: | |
| Zip Code: | (5 digits) |
| State: | |

| Daytime Phone: | |
| Evening Phone: | |
| Email: | |
| Comments: | |

*MPower Your Team...*
*who MPower Your Clients...*
*who MPower Themselves!*

Copyright 2007-2008. MPowerSolutions, LLC . All rights reserved.



GoDaddy.com is the world's #1 ICANN-accredited domain name registrar!