**EXHIBIT E**

» Close window

# ARIN Details

**lifeguardforlife.com**

**68.142.205.137**
**Record Type:**                                              IP Address

```
OrgName:    Inktomi Corporation
OrgID:      INKT
Address:    701 First Ave
City:       Sunnyvale
StateProv:  CA
PostalCode: 94089
Country:    US

NetRange:   68.142.192.0 - 68.142.255.255
CIDR:       68.142.192.0/18
NetName:    INKTOMI-BLK-4
NetHandle:  NET-68-142-192-0-1
Parent:     NET-68-0-0-0-0
NetType:    Direct Allocation
NameServer: NS1.YAHOO.COM
NameServer: NS2.YAHOO.COM
NameServer: NS3.YAHOO.COM
NameServer: NS4.YAHOO.COM
NameServer: NS5.YAHOO.COM
Comment:
RegDate:    2004-03-24
Updated:    2005-08-26

RAbuseHandle: NETWO857-ARIN
RAbuseName:   Network Abuse
RAbusePhone:  +1-408-349-3300
RAbuseEmail:  network-abuse@cc.yahoo-inc.com

OrgAbuseHandle: NETWO857-ARIN
OrgAbuseName:   Network Abuse
OrgAbusePhone:  +1-408-349-3300
OrgAbuseEmail:  network-abuse@cc.yahoo-inc.com

OrgTechHandle: NA258-ARIN
OrgTechName:   Netblock Admin
OrgTechPhone:  +1-408-349-3300
OrgTechEmail:  rauschen@yahoo-inc.com
```