1  DAVID G. FREEDMAN (Bar No. 81989)
   Attorney at Law
2  1800 Century Park East, 8th Fl.
   Los Angeles, California 90067
3  Telephone:   (310) 553-2121
   Facsimile:   (310) 553-2111
4  E-mail:      dgf@dfreedman.net

5  Attorney for Plaintiff
   STARLIGHT INTERNATIONAL, LTD.
6  LP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLIGHT INTERNATIONAL, LTD. LP, a California Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>LIFEGUARD HEALTH, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. C08-01894 RS<br><br>**PLAINTIFF STARLIGHT INTERNATIONAL, LTD. LP'S NOTICE OF ERRATA RE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>**Before Hon. Richard Seeborg**<br><br>Date:  June 25, 2008<br>Time:  9:30 a.m.<br>Room:  4 |

TO THE COURT AND COUNSEL:

Please take notice that plaintiff Starlight International, Ltd. LP's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss, filed on June 3, 2008, contains the following error. At page 5, lines 10-12, of the memorandum, plaintiff argues that defendant's total sales through its Yahoo!-hosted website are approximately $1,000,000. This argument is erroneous and the court should disregard it.

Dated: June 10, 2008         /s/ David G. Freedman
                             David G. Freedman
                             Attorney for Plaintiff
                             Starlight International, Ltd. LP