# White and Williams LLP



*1800 One Liberty Place*
*Philadelphia, PA 19103-7395*
*Phone: 215.864.7000*
*Fax: 215.864.7123*

*Lawrence J. Bistany*
*Direct Dial: 215.864.6306*
*Direct Fax: 215.789.7506*
*bistanyl@whiteandwilliams.com*

June 13, 2008

Office of the Clerk
United States District Court for the
Northern District of California
Room 2112
280 South First Street
San Jose, CA 95113

**Attention: Magistrate Judge Richard Seeborg**

RE: **Starlight International, Ltd., LP, vs. Lifeguard Health, LLC**
**Case No. C08-01894 RS**

Dear Judge Seeborg:

    I represent Lifeguard Health, LLC ("Lifeguard"), defendant in the above-captioned matter. I file this letter in accordance with the instructions that my colleague, Lauren A. Brill, received from Your Honor's chambers yesterday afternoon. Lifeguard's Motion to Dismiss is currently pending before Your Honor. The Oral Argument is scheduled for June 25, 2008 at 9:30 a.m.

    Ms. Brill is an active member in good standing of the bars of Pennsylvania and New Jersey. She is also admitted to appear before the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey. Ms. Brill is very familiar with the facts of this case, and with the pending Motion to Dismiss. Her Application for Admission of Attorney *Pro Hac Vice*, along with a Proposed Order, are attached hereto and were sent to the Office of the Clerk this morning. She requests to appear in this matter for the limited purpose of litigating the Motion to Dismiss.

    It is my understanding that all requirements of Civil L.R. 11-3 have been met, except for the requirement that my office be located in California. I respectfully request that Your Honor waive the office location requirement and permit Ms. Brill to appear on a *pro hac vice* basis for the purpose of litigating the Motion to Dismiss.

Magistrate Judge Richard Seeborg
June 13, 2008
Page 2

Please do not hesitate to contact me with any questions or concerns.

Respectfully,

WHITE AND WILLIAMS LLP

By: <u>/s/ Lawrence J. Bistany</u>
Lawrence J. Bistany
(Ca. Bar No. 75846)

Enclosures

cc: David G. Freedman, Esquire

White and Williams LLP
Lauren A. Brill (Pa. Bar No. 200023)
1800 One Liberty Place
Philadelphia, PA  19103-7395
Phone: 215.864.6814
Fax: 215.399.9619
BrillL@whiteandwilliams.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| STARLIGHT INTERNATIONAL LTD. LP, a California Limited Partnership<br><br>Plaintiff,<br><br>v.<br><br>LIFEGUARD HEALTH LLC, a Delaware Limited Liability Company<br><br>Defendant. | Case No. C08 01894 RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Judge: The Hon. Richard Seeborg |

Pursuant to Civil L.R. 11-3, Lauren A. Brill, an active member in good standing of the bars of Pennsylvania and New Jersey, also admitted to appear before the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey, hereby applies for admission to appear in the Northern District of California on a limited pro hac vice basis for the purpose of litigating defendant Lifeguard Health LLC's Motion to Dismiss.

In support of the application, I certify under oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4,

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE  (Case No. C08 01894 RS)
PHLDMS1 4372469v.1

-2-

3. to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

4. An attorney who is a member of the bar of this Court in good standing has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Lawrence J. Bistany, White and Williams LLP, 1800 One Liberty Place, Philadelphia, PA 19103-7395, (215) 864-6306.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2008                By: *Lauren A. Brill*
                                        Lauren A. Brill

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STARLIGHT INTERNATIONAL LTD. LP, a California Limited Partnership<br><br>Plaintiff,<br><br>v.<br><br>LIFEGUARD HEALTH LLC, a Delaware Limited Liability Company<br><br>Defendant. | Case No. C08 01894 RS<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Judge: The Hon. Richard Seeborg |

Lauren A. Brill is an active member in good standing of the bars of Pennsylvania and New Jersey and is admitted to appear before the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey. Lauren A. Brill's business address and telephone number are: White and Williams LLP, 1800 One Liberty Place, Philadelphia, PA 19103, (215) 864-6814. Lauren A. Brill applied in the above-captioned action for admission to practice in the Northern District of California on a limited *pro hac vice* basis for the purpose of litigating defendant's Motion to Dismiss

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. The requirement set forth in Civil L.R. 11-3(a)(3) that the California attorney maintain an office in California is waived for this limited *pro hac vice* admission. All papers filed by Lauren A. Brill must indicate her appearance *pro hac vice*. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Date: _____

_____
Honorable Richard Seeborg