

FILED
JUN 16 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STARLIGHT INTERNATIONAL LTD. LP, a California Limited Partnership<br><br>Plaintiff,<br><br>v.<br><br>LIFEGUARD HEALTH LLC, a Delaware Limited Liability Company<br><br>Defendant. | Case No. C08 01894 RS<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Judge: The Hon. Richard Seeborg |

Lauren A. Brill is an active member in good standing of the bars of Pennsylvania and New Jersey and is admitted to appear before the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey. Lauren A. Brill's business address and telephone number are: White and Williams LLP, 1800 One Liberty Place, Philadelphia, PA 19103, (215) 864-6814. Lauren A. Brill applied in the above-captioned action for admission to practice in the Northern District of California on a limited *pro hac vice* basis for the purpose of litigating defendant's Motion to Dismiss

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. The requirement set forth in Civil L.R. 11-3(a)(3) that the California attorney maintain an office in California is waived for this limited *pro hac vice* admission. All papers filed by Lauren A. Brill must indicate her appearance *pro hac vice*. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Date: 6/16/08

Honorable Richard Seeborg

[Proposed] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (Case No. C08 01894 RS)
PHLDMS1 4372154v.1