UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 35min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: FTR  
COURTROOM DEPUTY: MARTHA PARKER BROWN

DATE: 6/25/08  
CASE #: C 08-01894RS

CASE TITLE: STARLIGHT INTERNATIONAL VS. LIFEGUARD HEALTH LLC

**Appearances for Plaintiff(s)**

DAVID G. FREEDMAN

**Appearances for Defendant(s)**

LAUREN A. BRILL

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|-------|-------|------------|---|---|
| { }   | {X}   | { }        | 1. | TO DISMISS |
| { }   | { }   | { }        | 2. | |
| { }   | { }   | { }        | 3. | |
| { }   | { }   | { }        | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to           @           For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT  
Additional Comments: MATTER IS ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.