UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STARLIGHT INTERNATIONAL LTD. LP, a California Limited Partnership<br><br>Plaintiff,<br><br>v.<br><br>LIFEGUARD HEALTH LLC, a Delaware Limited Liability Company<br><br>Defendant. | Case No. C08 01894 RS<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: Mediation (ADR L.R. 6).

The parties agree to hold the ADR session by: the presumptive deadline (90 days).

Dated: July 9, 2008

/s/ David G. Freedman
David G. Freedman, Esq.
Attorney for Plaintiff Starlight International L.P.

Dated: July 9, 2008

/s/ Lawrence J. Bistany
Lawrence J. Bistany, Esq.
Attorney for Defendant Lifeguard Health LLC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (Case No. C08 01894 RS)
PHLDMS1 4464209v.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STARLIGHT INTERNATIONAL LTD. LP, a California Limited Partnership<br><br>Plaintiff,<br><br>v.<br><br>LIFEGUARD HEALTH LLC, a Delaware Limited Liability Company<br><br>Defendant. | Case No. C08 01894 RS<br><br>**[PROPOSED] ORDER SELECTING ADR PROCESS** |

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Mediation.

The deadline for the ADR session is: 90 days from the date of this order.

IT IS SO ORDERED.

Dated: _____                    _____
                                          UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER SELECTING ADR PROCESS (Case No. C08 01894 RS)
PHLDMS1 4464209v.1