White and Williams LLP
Lawrence J. Bistany (Bar No. 75846)
1800 One Liberty Place
Philadelphia, PA 19103-7395
Phone: 215.864.6306
Fax: 215.789.7506
E-mail: bistanyl@whiteandwilliams.com

Attorneys for Defendant,
Lifeguard Health LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| STARLIGHT INTERNATIONAL LTD. LP a California Limited Partnership<br><br>Plaintiff,<br><br>v.<br><br>LIFEGUARD HEALTH LLC, a Delaware Limited Liability Company<br><br>Defendant. | Case No. C08 01894 RS<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2)   Discussed the available dispute resolution options provided by the Court and private entities, and

(3)   Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 8, 2008

_____
Robert Bauer, on behalf of Defendant Lifeguard Health, LLC

Dated: July 8, 2008

_____
Lawrence J. Bistany, Esq.
Attorney for Defendant Lifeguard Health LLC

PHLDMS1 4464453v.1