**\*E-FILED\***
**July 16, 2008**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLIGHT INTERNATIONAL LTD., | No. C 08-01894 RS |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| LIFEGUARD HEALTH, LLC, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the case management conference in the above-captioned matter currently set for July 30, 2008 at 2:30 p.m. has been continued to **August 13, 2008 at 2:30 p.m.**

Dated: July 16, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
Courtroom Deputy Clerk

1  **THIS IS TO CERTIFY THAT THIS NOTICE WAS DELIVERED TO:**

2  Lawrence Joseph Bistany    bistanyl@whiteandwilliams.com

3  David G. Freedman    dgf@dfreedman.net

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California