**DAVID G. FREEDMAN**
ATTORNEY AT LAW
1800 CENTURY PARK EAST, EIGHTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 553-2121
FACSIMILE (310) 553-2111
dgf@dfreedman.net

July 24, 2008

Hon. Richard Seeborg
United States District Court
280 South 1st Street
San Jose, CA 95113

    Re:    <u>Starlight International, Ltd. LP v. Lifeguard Health, LLC</u>
             Case C08-01894 RS

Dear Judge Seeborg:

    I represent plaintiff Starlight International, Ltd. LP in the above-referenced matter.

    Pursuant to Civil L.R. 16-10(a), I am writing to request permission to appear by telephone at the Case Management Conference set on August 13, 2008 at 2:30 p.m.

                                 Yours truly,

                                 David G. Freedman