**United States District Court**
For the Northern District of California

**\*E-FILED\***
**July 24, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLIGHT INTERNATIONAL, LTD. LP, | No. C 08-01894 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| LIFEGUARD HEALTH, LLC, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference set for **August 13, 2008 at 2:30 p.m.** will be conducted telephonically. No later than Friday, August 8, 2008, the parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

Dated: July 24, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By:  /s/ Martha Parker Brown
Courtroom Deputy Clerk

1 **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2 Lawrence Joseph Bistany    bistanyl@whiteandwilliams.com

3 David G. Freedman    dgf@dfreedman.net

6 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

8 Dated: July 24, 2008