# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Starlight International, Ltd, LP,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>Lifeguard Health, LLC,<br><br>　　　　　Defendant(s). | 08-01894 RS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

>　**Nathan Lane**
> Squire Sanders & Dempsey
> One Maritime Plaza, Suite 300
> San Francisco, CA 94111
> 415-954-0249
> nlane@ssd.com

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Mediator**
08-01894 RS MED                                                       - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: July 28, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov