Jeffrey S. Kravitz, SBC 066481
Alan C. Chen, SBC 224420
FOX ROTHSCHILD LLP.
1801 Century Park East, Suite 1420
Los Angeles, California 90067
Telephone: (310) 556-8786
Facsimile: (310) 843-9910
Emails: jskravitz@foxrothschild.com
        achen@foxrothschild.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Starlight International, Ltd. LP., | Case No. 08-01894 RS MED |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| v. | Judge: Hon. Richard Seeborg |
| Lifeguard Health, LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant Lifeguard Health, LLC is associating Fox Rothschild, LLP as its counsel of record in this case. Notices should be served on associated counsel at the follow address:

FOX ROTHSCHILD LLP.
1801 Century Park East, Suite 1420
Los Angeles, California 90067
Telephone: (310) 556-8786
Facsimile: (310) 843-9910
Emails: jskravitz@foxrothschild.com
        achen@foxrothschild.com

August 1, 2008                    FOX ROTHSCHILD LLP

                                  By:   /Alan C. Chen/
                                        Jeffrey S. Kravitz
                                        Alan C. Chen
                                        Attorneys for Defendant
                                        Lifeguard Health, LLC

**NOTICE OF ASSOCIATION OF COUNSEL**

1

LA1 8273v1 08/01/08