Jeffrey S. Kravitz, SBC 066481
Alan C. Chen, SBC 224420
FOX ROTHSCHILD LLP.
1801 Century Park East, Suite 1420
Los Angeles, California 90067
Telephone: (310) 556-8786
Facsimile: (310) 843-9910
Emails: jskravitz@foxrothschild.com
        achen@foxrothschild.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Starlight International, Ltd. LP., | Case No. 08-01894 RS MED |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME** |
| v. | Judge: Hon. Richard Seeborg |
| Lifeguard Health, LLC, | |
| Defendant. | |

**STIPULATION FOR EXTENSION OF TIME**

1

LA1 8270v1 08/01/08

## STIPULATION

The parties hereby agree and stipulation, by and through their counsel of record, as follows:

1. On April 9, 2008, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, which set forth August 6, 2008 as the last day to file Rule 26(f) report, complete initial disclosures and file Case Management Statement per the Standing Order re Contents of Joint Case Management Statement.

2. On June 16, 2008, counsel for Defendant, Lauren A. Brill, was granted admission to proceed in the instant case Pro Hac Vice without a local counsel pending the Court's consideration of Defendant's Motion to Dismiss for lack of personal jurisdiction, or, in the alternative, transfer venue to Pennsylvania.

3. On July 22, 2008, the Court issued an order denying Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.

4. On July 30, 2008, Defendant retained Jeffrey S. Kravitz and Alan C. Chen of Fox Rothschild, LLP to associate in as counsel and to continue preparation of the Rule 26(f) report, initial disclosures and Case Management Statement.

5. In light of the above, the parties agree to extend the following dates:

| Description | Original Date | Stipulated Date |
|---|---|---|
| Last Day to Answer | 8/5/2008 | 8/8/2008 |
| Last day to file Rule 26(f) report, complete initial disclosures, and file Case Management Report | 8/6/2008 | 8/11/2008 |

///

///

STIPULATION FOR EXTENSION OF TIME

2

LA1 8270v1 08/01/08

1 |     6.    The changes above do not include the date set for the Initial Case Management Conference, which is currently set for August 13, 2008.

/David G. Freedman/  
David G. Freedman  
Attorney for Plaintiff  
STARLIGHT INTERNATIONAL, LTD. LP.

/Alan C. Chen/  
Alan C. Chen  
Attorney for Defendant  
LIFEGUARDHEALTH, LLC

**STIPULATION FOR EXTENSION OF TIME**

3

LA1 8270v1 08/01/08

1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Starlight International, Ltd. LP., | Case No. 08-01894 RS MED |
| Plaintiff, | **[PROPOSED] ORDER REGARDING STIPULATION FOR EXTENSION OF TIME** |
| v. | |
| Lifeguard Health, LLC, | Judge: Hon. Richard Seeborg |
| Defendant. | |

Having considered the parties' Stipuation for Extension of Time, it is hereby ORDERED that the case schedule is amended as follows:

| Date | Event |
|---|---|
| 8/8/2008 | Last Day to Answer |
| 8/11/2008 | Last day to file Rule 26(f) report, complete initial disclosures, and file Case Management Report |

IT IS SO ORDERED.

Date: _____

_____
Hon. Richard Seeborg

---

**[PORPOSED] ORDER REGARDING STIPULATION FOR EXTENSION OF TIME**

1

LA1 8276v1 08/01/08