*E-FILED 8/4/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Starlight International, Ltd. LP.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lifeguard Health, LLC,<br><br>　　　　Defendant. | Case No. 08-01894 RS MED<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION FOR EXTENSION OF TIME<br><br>Judge: Hon. Richard Seeborg |

Having considered the parties' Stipuation for Extension of Time, it is hereby ORDERED that the case schedule is amended as follows:

| Date | Event |
|---|---|
| 8/8/2008 | Last Day to Answer |
| 8/11/2008 | Last day to file Rule 26(f) report, complete initial disclosures, and file Case Management Report |

IT IS SO ORDERED.

Date: __8/4/08_____

_____
Hon. Richard Seeborg

[~~PORPOSED~~] ORDER REGARDING STIPULATION FOR EXTENSION OF TIME

1

LA1 8276v1 08/01/08