UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time: 12 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:  NOT REPORTED                              DATE:   8/13/08
COURTROOM DEPUTY:  MARTHA PARKER BROWN
                                                                                    CASE #:   C 08-01894RS

CASE TITLE:   STARLIGHT INTERNATIONAL, LTD     VS.    LIFEGUARD HEALTH LLC

**Appearances for Plaintiff(s)**                **Appearances for Defendant(s)**

 DAVID G. FREEDMAN                               ALAN CHEN

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} TELEPHONIC CMC   { } MOTIONS LISTED BELOW:

<u>Pltf.</u>   <u>Deft.</u>   <u>Cross Mot.</u>
{ }    { }    { }    1.
{ }    { }    { }    2.
{ }    { }    { }    3.
{ }    { }    { }    4.

<u>DISPOSITION of TODAY'S PROCEEDINGS</u>

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED        [   ] DENIED        [   ] SUBMITTED        [   ] DENIED/GRANTED in part

[   ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**   {   } Cont'd to:                @              For

**ORDER TO BE PREPARED BY:**      [ ]PLTF;      [ ]DEFT;      [ ]COURT
Additional Comments:

  CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT:                     Copies to: