

SQUIRE, SANDERS & DEMPSEY L.L.P.

One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Office: +1.415.954.0200
Fax: +1.415.393.9887

Direct Dial: +1.415.954.0249
nlane@ssd.com

August 19, 2008

VIA ELECTRONIC MAIL

David G. Freedman
Attorney at Law
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
E-mail: dgf@dfreedman.net

VIA ELECTRONIC MAIL

Lawrence J. Bistany
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103
E-mail: bistanyl@whiteandwilliams.com

VIA ELECTRONIC MAIL

Jeffrey S. Kravitz
Fox Rothschild LLP
1801 Century Park East, Suite 1420
Los Angeles, CA 90067
E-Mail: jskravitz@foxrothschild.com

Re:   *Starlight International, Ltd., LP v. Lifeguard Health, LLC*
      United States District Court, Northern District of California, San Jose Division
      Case No. C 08 01894 RS

Dear Counsel:

We will have our telephone conference on Wednesday, August 20, 2008, at 2:30 P.M. To participate in the call, please follow these steps:

1.  Dial: **1.800.925.7671**

2.  Enter Access Code: **9540249** followed by the # key

We are enclosing a copy of our August 12, 2008 letter to all counsel to remind you of what you should be prepared to discuss.

Very truly yours,

Nathan Lane III

NL/sld
cc:   Alice M. Fiel, ADR Case Administrator, (Alice_Fiel@cand.uscourts.gov)



**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Office: +1.415.954.0200
Fax: +1.415.393.9887

Direct Dial: +1.415.954.0249
nlane@ssd.com

August 12, 2008

VIA ELECTRONIC MAIL AND REGULAR MAIL

David G. Freedman
Attorney at Law
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
E-mail: dgf@dfreedman.net

VIA ELECTRONIC MAIL AND REGULAR MAIL

Lawrence J. Bistany
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103
E-mail: bistanyl@whiteandwilliams.com

Re: *Starlight International, Ltd., LP v. Lifeguard Health, LLC*
United States District Court, Northern District of California, San Jose Division
Case No. C 08 01894 RS

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program.

For your information, I have practiced law in San Francisco for more than thirty-seven years. Most of my practice over that period has involved litigation of complex business disputes, principally in federal courts. I graduated from the University of Pennsylvania Law School in 1971. I am admitted to practice in California, including all California district courts, in the United States Courts of Appeals for the Eighth, Ninth, Tenth and Federal Circuits and in the United States Supreme Court, in the United States Tax Court. I am also registered to practice before the United States Patent and Trademark Office.

Pursuant to ADR LR. 6-6, I will conduct a phone conference with all counsel before the formal evaluation session to discuss the following:

- the procedures to be followed
- the nature of the case
- appropriate dates for the mediation session and anticipated length of the session
- the parties who will be present at the session and other procedural matters

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • FRANKFURT • LONDON • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • SANTIAGO

www.ssd.com

SQUIRE, SANDERS & DEMPSEY L.L.P.

David G. Freedman
Lawrence J. Bistany
August 12, 2008
Page 2

> - ideas to improve the effectiveness of the mediation session or matters that could pose impediments
>
> - requirements for your written mediation statements; and
>
> - any questions you might have about the mediation program

     I anticipate that the telephone conference will last approximately one-half hour. I would appreciate your advising me by e-mail or facsimile, with copies to all parties, of dates during the weeks of August 11 and August 18, when you can be available for a telephone conference. My facsimile number and e-mail address are set forth above. Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation session may be conducted. The final date that the session can be held is October 7, 2008.

     I wish to advise you that I have undertaken a check for potential conflicts of interest through our firm's conflict system. That conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), but I must inform you of one matter of a somewhat personal nature. The firm of White and Williams acted as counsel for my parents, Nathan Lane, Jr. and Dorothy D. Lane, and provided them with estate planning advice, including the preparation of their wills and certain trusts. Following my parents' death, White and Williams represented their respective estates. As co-executor, together with The Bryn Mawr Trust Company, I entered into a formal engagement agreement with White and Williams as embodied in a letter dated February 8, 2005. The estate matters were concluded as of July 2007 and I have had no contact or relationship with White and Williams since then.

     The only lawyers at White and Williams with whom I dealt were William Hussey and Stephen C. Zivitz. My dealings with them were by letter, telephone and electronic mail. I never met either of them personally and have never met or had any dealing whatsoever with any of the White and Williams lawyers involved in this case. While I do not believe that this prior relationship in any way compromises my impartiality, I wanted to inform you of it. Please contact the Court's ADR staff if you have concerns. Otherwise, I will look forward to working with you.

     I look forward to assisting you on this case.

Very truly yours,

Nathan Lane III

NL/sld
cc:   Alice M. Fiel, ADR Case Administrator
       Alice_Fiel@cand.uscourts.gov