

SQUIRE, SANDERS & DEMPSEY L.L.P.

One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Office: +1.415.954.0200
Fax: +1.415.393.9887

Direct Dial: +1.415.954.0249
nlane@ssd.com

August 21, 2008

VIA ELECTRONIC AND REGULAR MAIL

David G. Freedman
Attorney at Law
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
E-mail: dgf@dfreedman.net

VIA ELECTRONIC AND REGULAR MAIL

Lawrence J. Bistany
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103
E-mail: bistanyl@whiteandwilliams.com

VIA ELECTRONIC AND REGULAR MAIL

Jeffrey S. Kravitz
Fox Rothschild LLP
1801 Century Park East, Suite 1420
Los Angeles, CA 90067
E-Mail: jskravitz@foxrothschild.com

Re: *Starlight International, Ltd., LP v. Lifeguard Health, LLC*
United States District Court, Northern District of California, San Jose Division
Case No. C 08 01894 RS

Dear Counsel:

This letter will confirm that the mediation session in the above-referenced case will be held on Friday, October 3, 2008, commencing at 10:00 A.M. in our offices located at One Maritime Plaza, Third Floor, San Francisco, California. Written mediation statements conforming to ADR L.R. 6-7 will be submitted to me and served on all other parties no later than 4:00 P.M. on Friday, September 26, 2008. Copies for me may be submitted electronically in Word or .pdf format at the e-mail address shown above. While I will accept a short, confidential statement setting forth any matters that you consider relevant but do not feel comfortable including in your mediation statement (see ADR L.R. 6-8), I would prefer that your statements be exchanged with one another to the fullest extent possible.

Finally, I confirm that I have reserved the entire day for the mediation in case this is necessary. There will be no charge for my services as a mediator.

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • FRANKFURT • LONDON • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • SANTIAGO

www.ssd.com

SQUIRE, SANDERS & DEMPSEY L.L.P.

David G. Freedman
Lawrence J. Bistany
Jeffrey S. Kravitz
August 21, 2008
Page 2

      I look forward to meeting you personally and to doing whatever I can to facilitate a mutually satisfactory resolution of your clients' dispute. If you have any questions, please do not hesitate to contact me or my secretary, Sarah Lansang David, at (415) 954-0312.

      Very truly yours,

      Nathan Lane III

NL/sld
cc:   Alice M. Fiel, ADR Case Administrator, (Alice_Fiel@cand.uscourts.gov)