*E-FILED 12/10/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLIGHT INTERNATIONAL, LTD. LP, a California Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>LIFEGUARD HEALTH, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. C08-01894 RS<br><br>**ORDER DISMISSING ACTION** |

THE COURT having received the parties' Stipulation Re Dismissal;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice and that the Court retains full jurisdiction over this action to enforce the terms of the parties' Settlement Agreement and Mutual Release.

Dated: __December 10__, 2008

_____
United States Magistrate Judge